**Contract Number**
CTW000685
**Agency at**
1201 W. Cypress Creek
Suite 130
Ft. Lauderdale, FL 33309
**Agent**
Joseph Knapp

# SWORN STATEMENT IN PROOF OF LOSS

Claim No.
Rockhill claim#PR-186072
Lloyds's claim# 915561

626.8797 Proof of loss; fraud statement.--All proof of loss statements must prominently display the following statement: "Pursuant to s. 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in s. 775.082, ¹s. 775.083, or s. 775.084, Florida Statutes."

Expires:  12/31/2017

**Rockhill Insurance Company (A-XII) Policy # CPW001437-00 /Underwriters at Lloyd's, London (A XV) #B0429BA1603149/LWH000557/ Underwriters at Lloyd's, London (A XV) #B0429BA1503201/LWH000557/ Underwriters at Lloyd's, London (A XV) #B0429BA1501148/LWH000557**

At time of loss, by the above indicate policy of insurance, you insured

St. Louis Condominium Association, Inc. – 800 Claughton Drive, Miami, FL 33131

Against loss by    Hurricane Irma    to the property, according to the terms and conditions of said policy and of all forms, endorsements,

transfers and assignments attached thereto.

**1. Time and Origin:** A    Hurricane Irma    loss occurred about the hour of    12:00    o'clock    A    M.,

on or about the **10th** day of    September  , 2017    The cause and origin of the said loss were:    Hurricane Irma

**2. Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other

purpose whatever:  (If property was located elsewhere, give its location.)

**AS PER POLICY**

**3.  Title and Interest:**  At the time of the loss the interest of your insured in the property described therein was:

**AS PER POLICY**

No other person had any interest therein or encumbrance thereon, except:

**AS PER POLICY**

**4.  Changes:**  Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except:

**NO EXCEPTIONS**

**5.  Total Insurance:**  The total amount of insurance upon the property described by this policy was, at the time of the loss, $ 31,511,400.00 as more particularly specified in the apportionment attached under Schedule "C" besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

**6. The actual cash value** of said property at the time of loss was.........................................................$ 31,511,400.00
**7. The whole loss and damage was**...............................................................................................$ 16,113,648.88
**8. Less amount of deductible**.......................................................................................................$   945,342.00
**9. The amount claimed** under the above numbered policy is...............................................................$ 15,168,306.88

The said loss did not originate by any act, design or procurement on the part of your insured or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made.  Any other information that may be required will be furnished and considered a part of this proof.

In consideration of and to the extent of said payment, the undersigned hereby assigns and transfers to the said company, all rights, claims, demands, and interests which the undersigned may have against any party through the occurrence of such loss and authorizes said company to sue, compromise or settle, in the name of the undersigned or otherwise, all such claims and to execute and sign releases and acquaintances in the name of the undersigned.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of    Florida

County of    Dade

Notary Public State of Florida
Nelly Nickerson
My Commission FF 185169
Expires 01/04/2019

Subscribed and sworn to before me this

07 day of February , 2018

_____ Notary Public

_____ Insured

_____ Insured

_____ Insured

## EXHIBIT "1"

**DLT BUILDING ADVISORS**
3470 North Miami Avenue
Upper Suite
Miami, Florida 33127

State of Florida CGC 058081

ST LOUIS BRICKELL KEY CONDO ASSOC
800 Claughton Island Drive
Miami, Florida 33131

## BUILDING RESTORATION  ESTIMATE - _SUMMARY_

| | | | ELEVATION | | | |
|---|---|---|---|---|---|---|
| Property Inspected: | 800 Claughton Island Drive | Total GSF 128420.60 | NORTH | SOUTH | EAST | WEST |
| Location: | Miami, Florida 33131 | Stucco/Concrete | 3157.66 | 3157.66 | 9684.4 | 9,684 |
| Owner: | St Louis Brickell Key Condo Association | | | | | |
| Stories | 31 | Window/Glass | 12630.64 | 12630.64 | 38737.6 | 38,738 |
| Total Units | 130 | | | | | |
| Claim Category: | Hurricane Irma - **WIND** | Total GSF | 15788.3 | 15788.3 | 48,422 | 48,422 |
| Estimate Date: | October 27, 2017 | | | | | |
| Prepared By: | Hector Torres CGC 058081 -C:754.581.2475 | | | | | |

| Item | Description | Mobilization | Materials | Supplies | Equipment | Total Cost |
|---|---|---|---|---|---|---|
| 1000 | General Requirements | $78,000 | | $65,000 | $138,000 | $281,000 |
| 1100 | Equipment | | | | $289,800 | $289,800 |
| 2100 | Demolition | | | | | $226,250 |
| 2200 | Surveying | | | | | $34,680 |
| 3200 | Site Safety | | | | | $69,000 |
| 7100 | Waterproofing | | | | | $359,578 |
| 8100 | Doors and Hardware | | | | | $931,000 |
| 8500 | Window, Glass and Glazing | | | | | $7,705,236 |
| 9260 | Framing and Drywall | | | | | $466,050 |
| 9280 | Stucco and Plastering | | | | | $924,628 |
| 9900 | Painting | | | | | $150,252 |
| 14000 | Pools & Spas | | | | | $23,085 |
| | **Subtotal Direct Cost** | | | $65,200 | $427,800 | $11,460,559 |
| | General Conditions - Project Supervision | $630,000 | | | | $630,000 |
| | **Subtotal** | $630,000 | $0 | $65,200 | $427,800 | $12,090,559 |
| | Contractor's Contingency - 3% | | | | | $362,717 |
| | **Subtotal** | | | | | $12,453,276 |
| Major Loss Item | Construction Management Fee - 5% | | | | | $604,528 |
| | **Subtotal** | | | | | $13,057,804 |
| | General Liability Insurance - 1.5% | | | | | $195,867 |
| | **Subtotal** | | | | | $13,253,671 |
| | **Overhead - 10%** | | | | | $1,325,367 |
| | **Profit - 10%** | | | | | $1,457,904 |
| | Bond | | | | | NIC |
| | **Total Restoration Estimate** | | | | | **$16,036,942** |

| DLT BUILDING ADVISORS | | ST LOUIS BRICKELL KEY CONDO ASSOC |
| --- | --- | --- |
| 3470 North Miami Avenue Upper Suite Miami, Florida 33127 | State of Florida CGC 058081 | 800 Claughton Island Drive Miami, Florida 33131 |

## BUILDING RESTORATION ESTIMATE - *DETAIL*

| Property Inspected | 800 Claughton Island Drive | Total GSF | | ELEVATION | | |
| --- | --- | --- | --- | --- | --- | --- |
| Location: | Miami, Florida 33131 | 128420.60 | NORTH | SOUTH | EAST | WEST |
| Owner: | St Louis Brickell Key Condo Association | Stucco Concrete | 3157.66 | 3157.66 | 9684.40 | 9684.40 |
| Stories | 31 | | | | | |
| Total Units | 130 | Window Glass | 12630.64 | 12630.64 | 38737.60 | 38737.60 |
| Claim Category: | Hurricane Irma - **WIND** | | | | | |
| Estimate Date: | October 27, 2017 | TOTAL | 15788.30 | 15788.30 | 48422.00 | 48422.00 |
| Prepared By: | Hector Torres CGC 058081 -C:754.581.2475 | | | | | |

| CSI | Trade | UNIT | Qty | Unit Cost | Subtotal |
| --- | --- | --- | --- | --- | --- |
| 1100 | **Equipment** | | | | |
| 1 | Heavy Equipment Rental - Swing Stage | 6 | MTHS | $36,000 | $216,000 |
| 2 | Heavy Equipment Operators | 6 | MTHS | $12,300 | $73,800 |
| | | | **Equipment Subtotal:** | | **$289,800** |
| | | | | | |
| 2100 | **Demolition** | | | | |
| 3 | General, ongoing, Preparation of site | 6 | MTHS | $15,000.00 | **$90,000** |
| 4 | Debris Removal | 25 | EA | $1,200.00 | **$30,000** |
| 5 | Hauling of Debris | 25 | EA | $650.00 | **$16,250** |
| 6 | Site Safety - Overhead Protection | 6 | MTHS | $15,000.00 | **$90,000** |
| | | | **Demolition Subtotal** | | **$226,250** |
| | | | | | |
| 2200 | **Surveying, Staging & Permitting** | | | | |
| 7 | Architectural & plans | 1 | LS | $22,460.00 | $22,460 |
| 8 | Environmental Consultant - DERM | 1 | LS | $2,650.00 | $2,650 |
| 9 | Building and Site Control | 1 | LS | $2,500 | $2,500 |
| 10 | Site Boundary Analysis | 1 | LS | $1,500 | $1,500 |
| 11 | Benchmarks | 1 | LS | $850 | $850 |
| 12 | Existing Conditions Report | 1 | LS | $2,500 | $2,500 |
| 13 | Miami Dade County Monitoring - DERM | 1 | LS | $2,220 | $2,220 |
| | | | **Subtotal:** | | **$34,680** |
| | | | | | |
| 3200 | **Site Safety** | | | | |
| 14 | Site Safety - OSHA COMPLIANCE HIGH RISE | 6 | MTHS | $11,500.00 | $69,000 |
| | | | **Subtotal:** | | **$69,000** |
| 7100 | **Waterproofing** | | | | |
| 15 | General Caulking - Windows/Doors | 102,736 | SF | $3.50 | $359,578 |
| | | | **Subtotal:** | | **$359,578** |
| 8100 | **Doors and Hardware** | | | | |
| 16 | Door & Hardware Package - SGD | 266 | EA | $3,500 | $931,000 |
| | | | **Subtotal:** | | **$931,000** |
| 8500 | **Window, Glass and Glazing** | | | | |
| 17 | Glazing w/frame -  Package | 102,736 | SF | $75.00 | $7,705,236 |
| | | | **Subtotal:** | | **$7,705,236** |
| 9260 | **Framing and Drywall** | | | | |
| 18 | Drywall Package- Inside Units | 130 | EA | $3,585.00 | $466,050 |
| | | | **Subtotal:** | | **$466,050** |
| 9280 | **Stucco and Plastering** | | | | |
| 19 | Exterior Stucco Repair - | 25,684 | SF | $36.00 | $924,628 |
| | | | **Subtotal:** | | **$924,628** |
| 9900 | **Painting** | | | | |
| 20 | Painting - Stucco exterior 2 coats | 25,684 | SF | $5.85 | $150,252 |
| | | | **Subtotal:** | | **$150,252** |
| 14000 | **Pools and Spas** | | | | |
| 21 | Empty, Acid Wash, Gunite | 1 | EA | $15,500 | $15,500 |
| 22 | Power wash & repair pool deck | 1 | EA | $7,585 | $7,585 |
| | | | **Subtotal:** | | **$23,085** |



100 Miracle Mile, Suite 340
Coral Gables, FL 33134
Phone: 855-487-7475
Fax: 305-290-4181

Insured: St. Louis Condominium Association, Inc.
Policy #: CTW000685
Address: 800 Claughton Island Dr., Miami, FL 33131
Date of loss: on or about 9/10/2017

## Incurred Expenses

| Date | Company | Invoice # | Amount |
|---|---|---|---|
| 9/18/2017 | Thyssen Krupp | 49011071719340300 | $25,680.77 |
| 9/19/2017 | Production Power | 802365 | $1,337.50 |
| 9/21/2017 | Electric Masters | 800-30 | $5,800.00 |
| 9/18/2017 | Electric Masters | 800-31 | $4,880.00 |
| 9/23/2017 | Florida Bright and Blue | 3383 | $1,450.00 |
| 9/25/2017 | Water Restoration Group | 17-1002 | $11,820.91 |
| 9/26/2017 | TEM | 0089203-IN | $5,248.29 |
| 9/26/2017 | Snapp Industries | 490107171000 | $2,500.00 |
| 9/27/2017 | Service America - Airstron | 92717 | $2,225.00 |
| 9/27/2017 | Electric Masters | 800-32 | $540.00 |
| 10/1/2017 | La Guaria Landscaping | 1037 | $1,085.00 |
| 10/3/2017 | M&M window cleaning | 0.056 | $1,400.00 |
| 10/16/2017 | Water Restoration Group | 17-1097 | $2,764.76 |
| 10/19/2017 | OJR | 20171019 | $1,200.00 |
| 10/20/2017 | OJR | 20171020 | $600.00 |
| 10/26/2017 | Rubber Flooring | 1320564 | $1,758.65 |
| 11/20/2017 | Electric Masters | 800-34 | $250.00 |
| 11/21/2017 | Electric Masters | | $5,076.00 |
| 1/10/2018 | Electric Masters | 800-37 | $590.00 |
| 1/10/2018 | Electric Masters | 800-38 | $500.00 |
| | | **Total** | **$76,706.88** |

 

**WORK ORDER**

**Date:** September 18, 2017

| | | | |
|---|---|---|---|
| **Purchaser:** | St Louis Condominium Association | **Location:** | St Louis Condo |
| **Address:** | 800 Claughton Island Dr | | 800 Claughton Island Dr |
| **City/State/Zip:** | Miami, FL 33131-2655 | | Miami, FL 33131-2655 |

Purchaser authorizes thyssenkrupp Elevator Corporation (referred to as "thyssenkrupp Elevator" hereafter) to perform the following work on the equipment and at the location described above, in exchange for the sum of **Twenty Five Thousand Six Hundred Eighty Dollars and Seventy Seven Cents ($25,680.77)** plus any applicable tax pursuant to the terms and conditions contained in this Work Order (the "Work Order").

**Scope of Work:**

### St. Louis Condominium: Elevators 1 - 3

thyssenkrupp Elevator will furnish the necessary labor and materials to perform the following scope of work needed to repair elevator components damaged due to water intrusion and bring the elevator back to the condition it was prior to Hurricane Irma that occurred September 9th – September 10th. In the event of water intrusion, elevator components are subject to rapid corrosion and reliability issues.

thyssenkrupp Elevator will furnish the necessary labor and materials to perform the following scope of work needed to repair components damaged due to the water intrusion:

Billing Rates:
1) Mechanic (M) = $363/hr
2) Helper (H) = $290/hr
3) Foreman (F) = $408/hr
4) 2 Man Team (2MT=1M & 1H) = $653/hr

| Elevator 1 - 3 | Material Price: | Labor Price: | Total Price: |
|---|---|---|---|
| 6300JC5 Board X 3 | $7,956.43 | 24 (2MT) at $653/hr = $15,672.00 | |
| T-IV Software X 3 | $2,052.34 | | $25,680.77 |
| **TOTAL** | **$10,008.77** | **$15,672.00** | |

No permits or inspections by others are included in this work, unless otherwise indicated herein. Delivery and shipping is included. All work is to be performed during regular working days and hours as defined in this Work Order unless otherwise indicated herein.




## Terms and Conditions

thyssenkrupp Elevator does not assume any responsibility for any part of the vertical transportation equipment other than the specific components that are described in this Work Order and then only to the extent thyssenkrupp Elevator has performed the work described above.

No work, service, examination or liability on the part of thyssenkrupp Elevator is intended, implied or included other than the work specifically described above. It is agreed that thyssenkrupp Elevator does not assume possession or control of any part of the vertical transportation equipment and that such remains Purchaser's exclusively as the owner, lessor, lessee, possessor, or manager thereof.

Unless otherwise stated herein, thyssenkrupp Elevator's performance of this Work Order is expressly contingent upon Purchaser securing permission or priority as required by all applicable governmental agencies and paying for any and all applicable permits or other similar documents.

It is agreed that thyssenkrupp Elevator's personnel shall be given a safe place in which to work. thyssenkrupp Elevator reserves the right to discontinue its work in the location above whenever, in its sole opinion, thyssenkrupp Elevator believes that any aspect of the location is in any way unsafe until such time as Purchaser has demonstrated, at its sole expense, that it has appropriately remedied the unsafe condition to thyssenkrupp Elevator's satisfaction. Unless otherwise agreed, it is understood that the work described above will be performed during regular working days and hours which are defined as Monday through Friday, 8:00 AM to 4:30 PM (except scheduled union holidays). If overtime is mutually agreed upon, an additional charge at thyssenkrupp Elevator's usual rates for such work shall be added to the price of this Work Order.

In consideration of thyssenkrupp Elevator performing the work described above Purchaser, to the fullest extent permitted by law, expressly agrees to indemnify, defend, save harmless, discharge, release and forever acquit thyssenkrupp Elevator, its employees, officers, agents, affiliates, and subsidiaries from and against any and all claims, demands, suits, and proceedings made or brought against thyssenkrupp Elevator, its employees, officers, agents, affiliates and subsidiaries for loss, property damage (including damage to the equipment which is the subject matter of this Work Order), personal injury or death that are alleged to have been caused by Purchaser or any others in connection with the presence, use, misuse, maintenance, installation, removal, manufacture, design, operation or condition of the vertical transportation equipment that is the subject of this Work Order, or the associated areas surrounding such equipment. Purchaser's duty to indemnify does not apply to the extent that the loss, property damage (including damage to the equipment which is the subject matter of this Work Order), personal injury or death is determined to be caused by or resulting from the negligence of thyssenkrupp Elevator and/or its employees. Purchaser recognizes, however, that its obligation to defend thyssenkrupp Elevator and its employees, officers, agents, affiliates and subsidiaries under this clause is broader and distinct from its duty to indemnify and specifically includes payment of all attorney's fees, court costs, interest and any other expenses of litigation arising out of such claims or lawsuits.

Purchaser expressly agrees to name thyssenkrupp Elevator along with its officers, agents, affiliates and subsidiaries as additional insureds in Purchaser's liability and any excess (umbrella) liability insurance policy(ies). Such insurance must insure thyssenkrupp Elevator, along with its officers, agents, affiliates and subsidiaries for those claims and/or losses referenced in the above paragraph, and for claims and/or losses arising from the negligence or legal responsibility of thyssenkrupp Elevator and/or its officers, agents, affiliates and subsidiaries. Such insurance must specify that its coverage is primary and non-contributory. Purchaser hereby waives the right of subrogation.

thyssenkrupp Elevator shall not be liable for any loss, damage or delay caused by acts of government, labor, troubles, strikes, lockouts, fire, explosions, theft, riot, civil commotion, war, malicious mischief, acts of God, or any cause beyond its control. thyssenkrupp Elevator Corporation shall automatically receive an extension of time commensurate with any delay regarding the work called for in this Work Order.

Should loss of or damage to thyssenkrupp Elevator's material, tools or work occur at the location that is the subject of this Work Order, Purchaser shall compensate thyssenkrupp Elevator therefor, unless such loss or damage results solely from thyssenkrupp Elevator's own acts or omissions.

If any drawings, illustrations or descriptive matter are furnished with this Work Order, they are approximate and are submitted only to show the general style and arrangement of equipment being offered. Work Order.

Purchaser shall bear all cost(s) for any reinspection of thyssenkrupp Elevator's work due to items outside the scope of this Work Order or for any inspection arising from the work of other trades requiring the assistance of thyssenkrupp Elevator.

 

Purchaser expressly agrees to waive any and all claims for consequential, special or indirect damages arising out of the performance of this Work Order and specifically releases thyssenkrupp Elevator from any and all such claims.

A service charge of 1.5% per month, or the highest legal rate, whichever is less, shall apply to delinquent accounts. In the event of any default of any of the payment provisions herein, Purchaser agrees to pay, in addition to any defaulted amount, any attorney fees, court costs and all other expenses, fees and costs incurred by thyssenkrupp Elevator in connection with the collection of that defaulted amount..

Purchaser agrees that this Work Order shall be construed and enforced in accordance with the laws of the state where the vertical transportation equipment that is the subject of this Work Order is located and consents to jurisdiction of the courts, both state and Federal, of that as to all matters and disputes arising out of this Work Order. Purchaser further agrees to waive trial by jury for all such matters and disputes.

The rights of thyssenkrupp Elevator under this Work Order shall be cumulative and the failure on the part of the thyssenkrupp Elevator to exercise any rights given hereunder shall not operate to forfeit or waive any of said rights and any extension, indulgence or change by thyssenkrupp Elevator in the method, mode or manner of payment or any of its other rights shall not be construed as a waiver of any of its rights under this Work Order.

In the event any portion of this Work Order is deemed invalid or unenforceable by a court of law, such finding shall not affect the validity or enforceability of any other portion of this Work Order.

This Work Order shall be considered as having been drafted jointly by Purchaser and thyssenkrupp Elevator and shall not be construed or interpreted against either Purchaser or thyssenkrupp Elevator by reason of either Purchaser or thyssenkrupp Elevator's role in drafting same.

In the event Purchaser's acceptance of the work called for in this Work Order is in the form of a purchase order or other kind of document, the provisions, terms and conditions of this Work Order shall exclusively govern the relationship between thyssenkrupp Elevator and Purchaser with respect to the work described herein.




## Acceptance

This Work Order is submitted for acceptance within 30 days from the date executed by thyssenkrupp Elevator. Unless otherwise stated, the Purchaser agrees to pay as follows: 50% upon signed acceptance of this Work Order and $12,840.39 upon completion of the work described in this Work Order.

Purchaser's acceptance of this Work Order will constitute exclusively and entirely the agreement for the work herein described. All prior representations or agreements regarding this work, whether written or verbal, will be deemed to be merged herein, and no other changes in or additions to this Work Order will be recognized unless made in writing and properly executed by both parties. No agent or employee of thyssenkrupp Elevator shall have the authority to waive or modify any of the terms of this Work Order without the written approval of an authorized thyssenkrupp Elevator manager. This Work Order specifically contemplates work outside the scope of any other contract currently in effect between the parties; any such contract shall be unaffected by this Work Order.

To indicate acceptance of this work order, please sign and return one (1) original of this agreement to the address shown below. Upon receipt of your written authorization and required materials and/or supplies, we shall implement the work called for in this Work Order.

| thyssenkrupp Elevator Corporation: | St Louis Condominium Association (PURCHASER): |
|---|---|
| By: | By: |
| (Signature of thyssenkrupp Elevator Representative) | (Signature of Authorized Individual) |
| Austin Omahony<br>Sales Rep<br>austin.omahony@thyssenkrupp.com<br>+1 | Nelly Nickerson |
| | (Print or Type Name) |
| | (Print or Type Title) |
| 09-18-2017 | |
| (Date of Submission) | (Date of Acceptance) |

**thyssenkrupp Elevator Corporation Approval**

| | |
|---|---|
| (Date of Approval) | (Signature of Branch Representative) |
| | Paul Locklear<br>Branch Manager |


thyssenkrupp

**SCHEDULING AND PRODUCTION
REQUEST FOR PAYMENT**

Please Remit To:   thyssenkrupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

Attn:   Nelly Nickerson
St Louis Condominium Association
800 Claughton Island Dr
Miami FL, 33131-2655

| Date | Terms | Reference ID | Customer Reference # / PO |
|------|-------|--------------|---------------------------|
| September 18, 2017 | Immediate | ACIA-1BWN25T | |

| | | |
|---|---|---|
| Total Contract Price: | | $25,680.77 |
| Down Payment: | (50% ) | $12,840.39 |
| Amount Due upon Acceptance: | | $12,840.39 |

For inquiries regarding your contract or services provided by thyssenkrupp Elevator, please contact your local account manager at +1. To make a payment by phone, please call 786-336-5248 with the reference information provided below.

Thank you for choosing thyssenkrupp Elevator. We appreciate your business.

**Please detach the below section and provide along with payment.**

| Customer Name: | St Louis Condominium Association |
| Location Name: | St Louis Condo |
| Customer Number: | 108125 |

**Remit To:**
thyssenkrupp Elevator Corporation
PO Box 933004
Atlanta GA 31193-3004

| Reference ID: | ACIA-1BWN25T |
|---------------|--------------|
| Remittance Amount: | $12,840.39 |



thyssenkrupp

## Repair Completion Notice

to be signed at job completion

Date: _____

Repair Job #: _____

| Building Name: | St Louis Condo |
|---|---|
| Street Address: | 800 Claughton Island Dr |
| City State, Zip: | Miami FL, 33131-2655 |

Dear Nelly Nickerson,

Thank you for allowing us the opportunity to perform the repair job listed above. We have completed the work as outlined in job #_____and the unit is now up and running. You will receive a final bill for this work shortly.

We hope your experience was exceptional and look forward to serving you in the future. If you have any questions about the repair work or your service agreement, please check one of the boxes under "Follow-Up Request" and the appropriate person will contact you soon.

| Customer Representative | | thyssenkrupp Representative | |
|---|---|---|---|
| Customer Name: | Nelly Nickerson | Name: | AUSTIN.OMAHONY |
| | Print or Type Name | | Print or Type Name |
| Customer Signature: | | Signature: | |
| | Signature of Authorized Individual | | Signature of Authorized Individual |
| Title: | Property Manager | Title: | Sales Rep |
| | Print or Type Title | | Print or Type Title |
| Date: | | Date | |
| | Date of acceptance | | |
| Customer Email: | manager@stlcondo1.com | | |
| | Customer Email | | |

### Follow Up Request

If you would like a manager or department representative to contact you, please check one of the following:

☐ Sales Department      ☐ Service Department
☐ Branch Manager      ☐ Repair Department
    Phone Number

Comments:

PRODUCTION POWER, INC.

2780 NW 55TH CT
FT LAUDERDALE, FL 33309

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/2017 | 802365 |

**Bill To**

St. Louis Condominium
Accounts Payable
800 Claughton Island
Miami,FL  33131

| CUSTOMER PO # | PAYMENT DUE | Project |
|---------------|-------------|---------|
|  | 9/19/2017 | 2 Spot Coolers |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 1 TON AC UNIT | 2 | 500.00 | 1,000.00T |
| 12" X 25' A/C Duct | 2 | 0.00 | 0.00T |
| EDISON BLUE 50" |  | 0.00 | 0.00T |
| DELIVERY / PICK UP |  | 250.00 | 250.00T |

A 1.5% FINANCE CHARGE AND A $35.00 LATE FEE WILL BE ASSESSED
MONTHLY ON ALL INVOICES NOT PAID BY DUE DATE.

| | |
|---|---|
| **Subtotal** | $1,250.00 |
| **Sales Tax  (7.0%)** | $87.50 |
| **Total** | $1,337.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,337.50 |

| Phone # | Fax # |
|---------|-------|
| 954-739-2468 | 954-739-9010 |

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157. Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

**Invoice#800-30**

Prepared for St Louis Condominium• Maintenance
Miguel del Cristo • 786.344.1262

**PAYMENT TERMS**
To be made payable to Electrical masters BY MC Inc.

**APPROVED BY**

**ADDRESS**
17941 SW 115TH AVE, 33157-4935

**NAME:** 0490 St louis.

**DATE** 09/21/17

**Location:** 800 Claughton Island Dr, Miami FL 33131

| DESCRIPTION OF WORK | QUANTITY | UNIT PRICE | SUB TOTAL |
|---|---|---|---|
| **1. analysis of existing breaker** | | | |
| a. Check-up of existing 600 amp 600V cutler hammers breakers integrity and terminal resistances. | 01 | | |
| **2. Revision before connecting new breaker.** | | | |
| a. Evaluation of all panels connected to the 600 AMP Main breaker. Revision of panels cables and resistances. | 01 | | |
| b. Inspection and evaluation of all breakers and cabling connected to breaker to check for safety before connecting. | 01 | | |
| c. Inspection of all conduit and box access for short circuits or any type of water leaking damage. | 01 | | |

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157. Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

**3. Installation of new breaker**

| | |
|---|---|
| a. Site visit with FPL to disconnect existing breaker | 01 |
| b. Revision of all cabling and terminal connections before restoring power to cooling towers. | 01 |
| c. Installation of new Cutler Hammer Breaker and revision of all equipments connected to breaker. | 01 |

**Materials**

| | |
|---|---|
| 1. 600V 600 AMP max breaker HLD 65K cutlet hammer. | 01 |

**GRAND TOTAL**          $5,800.00

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157, Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

**Invoice#800-31**

Prepared for St Louis Condominium• Maintenance
Miguel del Cristo • 786.344.1262

## Hurricane Irma emergency repairs.

**PAYMENT TERMS**
To be made payable to Electrical masters BY MC Inc.

**APPROVED BY**

**ADDRESS**
17941 SW 115TH AVE, 33157-4935

**NAME:** 0490 St louis.

**DATE** 09/21/17

**Location:** 800 Claughton Island Dr,
Miami FL 33131

| DESCRIPTION OF WORK | QUANTITY | UNIT PRICE | SUB TOTAL |
|---|---|---|---|
| **1. analysis of existing breaker** | | | |
| a. Check-up of existing 600 amp 600V cutler hammers breakers integrity and terminal resistances. (Visit was done after hurricane. Emergency call, visit). | 01 | $300.00 | $300.00 |
| **2. Revision before connecting new breaker.** | | | |
| a. Evaluation of all panels connected to the 600 AMP Main breaker. Revision of panels cables and resistances. | 01 | $240.00 | $240.00 |
| b. Inspection and evaluation of all breakers and cabling connected to breaker to check for safety before connecting. | 01 | $240.00 | $240.00 |
| c. Inspection of all conduit and box access for short circuits or any type on every floor damaged by Hurricane Irma. | 01 | $300.00 | $300.00 |

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157. Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

### 3. Installation of new breaker

| | | | |
|---|---|---|---|
| a. Site visit with FPL to disconnect existing breaker | 01 | $300.00 | $300.00 |
| b. Revision of all cabling and terminal connections before restoring power to cooling towers. | 01 | $300.00 | $300.00 |
| c. Installation of new Cutler Hammer Breaker and revision of all equipments connected to breaker. | 01 | $500.00 | $500.00 |
| d. Open permit for installation of breaker and closing after | 01 | $300.00 | $300.00 |

### Materials

| | | | |
|---|---|---|---|
| 1. 600V 600 AMP max breaker HLD 65K cutlet hammer. (expedited next dair air early morning shipping with tax included) | 01 | | $2400.00 |

|  |  |
|---|---|
| **GRAND TOTAL** | $4,880.00 |



THE WATER RESTORATION GROUP

## INVOICE

555 NW 95TH ST.
MIAMI, FL 33150

3056612533

| DATE | INVOICE # |
|------|-----------|
| 9/25/2017 | 17-1002 |

BILL TO

ST. LOUIS CONDOMINIUM
NELLY NICKERSON
800 CLAUGHTON ISLAND DR
MIAMI FL 33131

PROJECT

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DRYOUT HURRICANE IRMA   DATE OF LOSS 09-10-2017 | 1 | 11,820.91 | 11,820.91 |

| | | |
|---|---|---|
| | TOTAL | $11,820.91 |

Make all checks payable to
THE WATER RESTORATION GROUP

| PAYMENTS/CREDITS | $0.00 |
|---|---|
| **BALANCE DUE** | $11,820.91 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/23/2017 | 3383 |

**Licensed & Insured
CPC1458660**

FLORIDA'S
**BRIGHT & BLUE** POOLS
1521 Alton Road
Suite 438
Miami Beach, FL 33139

## Bill To

St Louis Condominium
800 Claughton Island Drive
Miami, FL 33131
FSR Account #(0490)

| Date Completed | Completed By: | P.O. No. | Terms | Account # |
|----------------|---------------|----------|-------|-----------|
|  |  |  | Net 15 | C025-Email |

| Description | Qty | Price | Curr % | Amount |
|-------------|-----|-------|--------|--------|
| Commerical Pool  Acid Wash | | 825.00 | | 825.00 |
| Scope of Work: (Approx 3-4 days weather permitting) | | | | |
| When we acid wash your pool we will start by draining the pool | | | | |
| completely. This will give us a clear view of our work field. | | | | |
| Remember, the process is time consuming but we are here to | | | | |
| make it simple. | | | | |
| Acid Washing Process | | | | |
| • Drain Water From Pool | | | | |
| • Drain Dirty Water From Pool | | | | |
| • Apply Acid Water Solution To Walls And Floor | | | | |
| • Drain Acid Water Solution From Pool | | | | |
| • Clean And Inspect Filters | | | | |
| | | | | |
| Debris removal will be an additional cost | | | | |
| Fountain  Acid Wash | 1 | 475.00 | | 475.00 |
| | | | | |
| Scope of Work: (Approx 3-4 days weather permitting) | | | | |
| Drain Spa | | | | |
| Acid Wash with Muriatic Acid | | | | |
| | | | | |
| | | | | |
| Debris removal will be an additional cost | | | | |
| Chemical Balnce | | 150.00 | | 150.00 |
| Miami Dade Sales Tax | | 7.00% | | 0.00 |

| | |
|---|---|
| **Total** | $1,450.00 |

| Phone # | Fax # | E-mail | | |
|---------|-------|--------|---|---|
| 3058584700 | 1.305.809.7900 | service@FLBrightBluePools.com | **Payments/Credits** | $0.00 |
| | | | **Balance Due** | $1,450.00 |

*Thank you For Your Business!*

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4736

| | |
|---|---|
| Insured: | St. Louis Condominium |
| Property: | 800 Claughton Drive |
| | Miami , FL 33131 |

| | | | |
|---|---|---|---|
| Estimator: | Andres Salazar | Business: | (305) 661-2505 |
| Company: | THE WATER RESTORATION GROUP | | |

**Claim Number:**           **Policy Number:**           **Type of Loss:**

| | | | |
|---|---|---|---|
| Date of Loss: | 9/10/2017 | Date Received: | |
| Date Inspected: | | Date Entered: | 9/22/2017 2:24 PM |

| | |
|---|---|
| Price List: | FLFL8X_AUG17 |
| | Restoration/Service/Remodel |
| Estimate: | ST_LOUIS_BRICKELL |

**Note: No authorization to remove baseboards or drill holes.**

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4736

### ST_LOUIS_BRICKELL

#### Management Office

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - XLarge - No monitoring | 4.00 EA | 0.00 | 110.00 | 0.00 | 440.00 |
| Air mover (per 24 hour period) - No monitoring | 19.00 EA | 0.00 | 25.57 | 0.00 | 485.83 |

**The above line items are for:**

**1 dehumidifier from 9/11 to 9/15**
**5 air movers from 9/11 to 9/14 and 4 air movers from 9/14 to 9/15**

**Note: No authorization to remove baseboards or drill holes.**

| | | | | | |
|---|---|---|---|---|---|
| Water extraction from carpeted floor - Category 3 water | 290.00 SF | 0.00 | 1.14 | 0.00 | 330.60 |
| HEPA Vacuuming - Detailed - (PER SF) | 250.00 SF | 0.00 | 0.52 | 0.00 | 130.00 |
| Apply anti-microbial agent to the surface area | 300.00 SF | 0.00 | 0.20 | 0.00 | 60.00 |

| Totals: Management Office | | | | 0.00 | 1,446.43 |
|---|---|---|---|---|---|

#### Children Playroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - XLarge - No monitoring | 8.00 EA | 0.00 | 110.00 | 0.00 | 880.00 |
| Air mover (per 24 hour period) - No monitoring | 43.00 EA | 0.00 | 25.57 | 0.00 | 1,099.51 |

**The above line items are for:**

**1 dehumidifier from 9/11 to 9/19**
**6 air movers from 9/11 to 9/14 and 5 air movers from 9/14 to 9/19**

**Note: No authorization to remove baseboards or drill holes.**

| | | | | | |
|---|---|---|---|---|---|
| Water extraction from carpeted floor - Category 3 water | 620.00 SF | 0.00 | 1.14 | 0.00 | 706.80 |
| Tear out wet drywall, cleanup, bag - Cat 3 | 4.00 SF | 1.10 | 0.00 | 0.00 | 4.40 |
| HEPA Vacuuming - Detailed - (PER SF) | 600.00 SF | 0.00 | 0.52 | 0.00 | 312.00 |
| Apply anti-microbial agent to the surface area | 600.00 SF | 0.00 | 0.20 | 0.00 | 120.00 |

| Totals: Children Playroom | | | | 0.00 | 3,122.71 |
|---|---|---|---|---|---|

ST_LOUIS_BRICKELL

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4736

**Meeting Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - XLarge - No monitoring | 5.00 EA | 0.00 | 110.00 | 0.00 | 550.00 |
| Air mover (per 24 hour period) - No monitoring | 23.00 EA | 0.00 | 25.57 | 0.00 | 588.11 |
| **The above line items are for:** | | | | | |
| **1 dehumidifier from 9/14 to 9/19** | | | | | |
| **3 air movers from 9/13 to 9/14 and 4 air movers from 9/14 to 9/19** | | | | | |
| Apply anti-microbial agent to the surface area | 20.00 SF | 0.00 | 0.20 | 0.00 | 4.00 |

Totals: Meeting Room

|  |  |  |  | 0.00 | 1,142.11 |
|---|---|---|---|---|---|

**General**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Equipment setup, take down, and monitoring (hourly charge) | 60.50 HR | 0.00 | 45.06 | 0.00 | 2,726.13 |
| **The above line item is for:** | | | | | |
| **1) Nine technicians for 3.5 hours each on 9/11 including drive time and mobilization** <br> **2) Five technicians for 3 hours each on 9/13 including drive time and mobilization** <br> **3) Two technicians for 3 hours each on 9/14 including drive time and mobilization** <br> **4) Two technicians for 3 hours each on 9/15 including drive time and mobilization** <br> **5) One technicians for 2 hours on 9/19 including drive time and mobilization** | | | | | |
| Cleaning & Remediation - Supervisory - per hr | 15.00 HR | 0.00 | 47.98 | 0.00 | 719.70 |
| **The above line item is for:** | | | | | |
| **1) One supervisor for 4 hours each on 9/11 including drive time and mobilization** <br> **2) One supervisor for 3 hours each on 9/13 including drive time and mobilization** <br> **3) One supervisor for 3 hours each on 9/14 including drive time and mobilization** <br> **4) One supervisor for 3 hours each on 9/15 including drive time and mobilization** <br> **5) One supervisor for 2 hours each on 9/19 including drive time and mobilization** | | | | | |
| Emergency service call - during business hours | 1.00 EA | 0.00 | 127.94 | 0.00 | 127.94 |
| Equipment decontamination charge - per piece of equipment | 18.00 EA | 0.00 | 31.43 | 0.00 | 565.74 |

ST_LOUIS_BRICKELL

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4736

## CONTINUED - General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 3 DH | | | | | |
| 5 AM | | | | | |

Reference: IICRC S500 3rd Edition standards.
Note: Labor cost to wash contaminated equipment. Per piece of equipment.
Category 1 Water – That which is clean at the releasing source and does not pose a hazard if consumed by humans. Category 1 water may become progressively contaminated as it mixes with soils on or within floor coverings or building assemblies (walls, decking, sub flooring). Time and temperature, which promote the growth and amplification of microorganisms in water can cause Category 1 water to degrade. The S500 Standard Puts Obligations of Responsibility on the Restorer, Ensuring that all equipment used in a Category 2 or 3 project is cleaned and decontaminated at the job site before bring the equipment back to the warehouse or sent to the next project.

| | | | | | |
|---|---|---|---|---|---|
| Hurricane Mobilization | 1.00 EA | 0.00 | 1,970.15 | 0.00 | 1,970.15 |

There will be a 20% mobilization charge on all Hurricane Irma jobs. This is to cover additional expenses not normally incurred during normal business operations. This charge will be added to the final bill. This includes, but is not limited to:
- Additional crews brought in to help
- Hotels, food, travel expenses
- Rental equipment brought in from out of state to service property
- Freight charges for rental equipment brought in
- Additional administrative costs to work around the clock to service customers

| | | | | | |
|---|---|---|---|---|---|
| Totals: General | | | | 0.00 | 6,109.66 |
| Line Item Totals: ST_LOUIS_BRICKELL | | | | 0.00 | 11,820.91 |

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4736

## Summary for Dwelling

Line Item Total                                                                     11,820.91

**Replacement Cost Value**                                                          **$11,820.91**
**Net Claim**                                                                       **$11,820.91**

_____

Andres Salazar



**TEM SYSTEMS, INC.**
4747 N Nob Hill Road, Suite 5
Sunrise, FL 33351
Phone: 800.777.8912
FAX: 954-572-4531
Email: service@temsystems.com
www.temsystems.com
#EF-1300021

### Estimate for Repair and/or Service
<u>TEM REQUIRES 50% DOWN ON ESTIMATES OVER $1000.00</u>

**Date:**   09/25/17

**To:**  St. Louis Condominium 800 Claugton Island Drive Miami FL 33131
**ATTN:** Kendra **Email:** admin@stlcondo#1.com  **FSR:** 19544 **Technician:** n/a

**Estimate to:**  provide and install replacement Transcore Reader for Garage 2 Exit.
TEM has not been to the site.  This estimate was requested by customer.

**Estimate includes:** labor, materials, parts, and freight & handling to complete the repair and/or  service based on our inspection of the repair and/or service to be completed. Of note: Freight and handling quoted is for standard UPS ground (5-7 business days).

$ 5,248.29  **Total amount due including Florida State Sales tax**

**Payment:** 50% Deposit and balance due at completion
**Estimated Completion Time:** 5 to 20 working days after receipt of approved and signed estimate form.
**Warranty:**   1 year after completion on Parts and Labor
**Terms and Conditions:** The above is an estimate based on our inspection of the repair and/or  service to be done.  This estimate does not include or cover any additional parts or labor that may be required after the work has been started.  Occasionally, worn or damaged parts are discovered which may not be evident on the first inspection. Because of this, the above prices are not guaranteed. Any additional costs up to 10 % above the estimate will be the responsibility of the customer.  If the actual cost exceeds your estimate by more than 10%, TEM will contact you to authorize the service and/or repair at the revised estimate. Warranty on this repair and/or service is 30 days parts and labor from date of completion unless otherwise agreed to by TEM in writing. This estimate is valid for 30 days from the above date.

*Customer Service Department/swd*

<u>Approved and Accepted:</u>

Signature  Maria del Castillo

MARIA DEL CASTILLO                    9/26/17
Print Name and Title                          Date

PRESIDENT

# SNAPP INDUSTRIES, INC.

**2902 NW 22 STREET**
**MIAMI, FLORIDA 33142-7087**

Dade: (305) 635-0687
Fax:   (305) 638-2131
website: snappindustries.com
email:  snappind@bellsouth.net

| MASONRY & CONCRETE RESTORATION | PRESSURE GROUTING | GENERAL BUILDING REPAIRS |
|---|---|---|
| GUN CEMENT APPLICATION | EPOXY INJECTION | CHEMICAL GROUTING |

## CONTRACT

| | | | |
|---|---|---|---|
| **Name:** | ST. LOUIS CONDOMINIUM | **Date:** | September 26th, 2017 |
| | Attn: Nelly Nickerson | **Job Site:** | 800 Claughton Isle Drive |
| **Address:** | 800 Claughton Isle Drive | | Miami, Florida |
| **City:** | Miami FL 33131 | | |

## SCOPE OF WORK:

Supply the necessary labor, equipment, and materials to perform polyurethane chemical grout injection to address existing leaks into the parking garage at the following locations:

a) Swimming pool
b) Overhead slab (adjoining parking stall B-072).
c) Overhead slab (adjoining parking stall B-073).

## COST FOR CHEMICAL GROUT INJECTION REPAIRS: TIME PLUS COST OF MATERIALS:

**RATE:** $200.00 per hour (minimum 8 hours/including travel time).

**MATERIALS COST:**
a) Chemical grout: $109.30 per gallon
b) Injection ports: $2.43 each
c) Washing agent: $46.14 per gallon

## ESTIMATE TIME OF COMPLETION: 1 Day

**NOTES:**

1. It will be the responsibility of the St. Louis Condominium management to have the vehicles that use the parking stalls to vacate during the chemical grout repairs.

2. Please see the attached material information literature for the intended material: Euclid Chemical Co.'s "Seal Foam Pure".

**TOTAL COST OF WORK AS ITEMIZED ABOVE:   $ COMPUTED AND PAYABLE UPON COMPLETION.**

Terms:  $ 1,000.00 payment upon signing of contract.
The balance of: $ computed and payable immediately upon completion of work.

**INTEREST WILL BE CHARGED @ 1.5% A MONTH ON PAST DUE INVOICES.**

Page 1 of 4

(1)  Snapp Industries, Inc. carries public liability and workman's compensation insurance.

(2)  The owner may cancel this contract at any time prior to commencement of work; any out of pocket costs incurred by Snapp Industries, Inc. will be billed to owner.  If the contract is cancelled after the commencement of work the owner will be responsible for the cost of labor and materials used.

(3)  Should the owner, for reasons not within the control of Snapp Industries, Inc., delay or interrupts work on the job site for more than 14 days Owner shall pay to Snapp Industries, Inc. all costs for labor and materials expended by it through the date of the delay.

(4)  If it becomes necessary to employ an attorney to enforce any provision of this contract, the prevailing party shall be entitled to recover all reasonable attorney's fees and costs arising under any breach of this Agreement, through trial and all levels of appeal.

(5)  Snapp Industries, Inc. is not bound by this offer unless it is accepted, in writing, within 30 days of contract date, and the owner agrees that when it is so accepted, it will become a valid and binding contract.

(6)  Any work done at the request of the owner and not specifically listed herein will be charged for as an extra.

(7)  In the event a lien is filed for non-payment, the property owner will be invoiced an additional $400.00 for the removal of same at the final payment of this contract.   Owner shall be responsible for all costs and expenses, including but not limited to claim of lien recording, notice of non-payment filing, attorney's fees and court costs incurred by Snapp Industries, Inc. in collecting any outstanding amount at any time due under the contract, enforcing its rights hereunder, or in litigating any issues related hereto. The parties acknowledge that the proper venue for any litigation stemming from this contract will be court of competent jurisdiction in Miami-Dade County, Florida.

(8)  See the special conditions regarding scope of work/or other work done by Snapp Industries, Inc. on page 4 of this contract.

This contract contains the entire agreement between the parties; both parties certify that they have read, understand, and agree to both the contract and special conditions herein and there are not verbal agreements other than those which have been reduced to writing and are included in this contract.

**Order taken by:** Eugene Miller/gdr                   **Date:** September 26th, 2017

**ACCEPTED FOR SNAPP INDUSTRIES, INC.:** _____

                                        **Title:** Project Manager

**OWNER or OWNER'S AGENT:** St. Louis Condominium

**Signed this:** 25th day of October, 20 17.

**By** Maria Del Castillo          **(Authorized Signature)**

**PRINTED NAME:** MARIA V DEL CASTillo

**PLEASE SIGN AND RETURN ORIGINAL COPY.**

Page 3 of 4

**SPECIAL CONDITIONS REGARDING SANDBLASTING, SCOPE OF WORK AND/OR OTHER WORK**

The terms owner as hereinafter used is defines as follows:
"The Property Owner or his agent including, General Contractor, Sub-Contractor,
Engineer, Architect or any other representing the Property Owner".
The term contractor as hereinafter used is understood to be
**SNAPP INDUSTRIES, INC.**

**CONDITIONS**

**PLACING OF EQUIPMENT AT JOB SITE:** Wherever possible the contractor will leave trucks, air compressors and other heavy equipment on the street adjacent to the job site. In some cases, however, it may be necessary to park off-street and on the building premises. Where this condition exists, the owner agrees not to hold the contractor responsible for damage to driveway as a result of placing this equipment on the premises.

**WATER/ELECTRICITY CLAUSE:** The owner agrees to furnish all water and electricity necessary for the work (as itemized on the face of this contract) from the building supply at his own expense.

**UTILITY LINES:** Contractor is not responsible for electric, plumbing, or any other utility lines damaged during the performance of repairs.

**SPECIAL CONDITIONS REGARDING CLEANING OF PREMISES:** In regards to exterior repairs Snapp Industries, Inc. will make every reasonable effort to confine sand cement to the exterior premises both during and upon completion of the repair operation. While the contractor assumes liability for cleaning of the exterior premises, the owner will be responsible for any and all interior cleaning and/or damage to the interior premises from chipping, sand, dust and/or water penetration.

**SPECIAL CONDITIONS REGARDING HOURLY WORK:** Under certain conditions, concrete repair work or soil stabilization will be undertaken on an hourly basis. This work is performed on the basis of renting of equipment and providing labor and materials. When exact quantities or conditions are unknown. It is understood by both parties that in this type of hourly contract, no guarantees/warranties either given or implied are applicable. This work is performed on the basis of renting of equipment and providing labor and materials.

**PROFESSIONAL ENGINEERING SERVICE AND FEES:** On all jobs requiring structural repair or shoring the county or municipality may require sealed plans and specifications or special supervision by a Florida registered engineer or architect, both parties agree that the owner will pay for these services.

OWNER or OWNER'S AGENT: St. Louis Condominium

Signed this: 4 day of October 20 17 .

By _Maria del Castillo_ (Authorized Signature)

PRINTED NAME: MARIA DEL CASTILLO

**PLEASE SIGN AND RETURN ORIGINAL COPY.**

Page 4 of 4

# Airstron

1559 SW 21st Avenue • Ft. Lauderdale, FL 33312
Miami-Dade (305) 940-2962 • Broward (954) 923-1654
Fax (954) 321-1918 • CAC023473

Sales / Service / Installations

September 27 ,2017

| Proposal Submitted To: | Nelly Nickerson | Work To Be Performed At | Chiller Repairs | | |
|---|---|---|---|---|---|
| **Name** St. Louis Condominium | | **Street** | | | |
| **Street** 800 Claughton Island Drive | | **City** | **State** | **Zip** | |
| **City** Miami **State** Fl. **Zip** 33131 | | **Date of Plans** | | | |
| **Phone Number** (305) 377-8250 Fax (305) 377-8253 | | **Architect** | | | |

We hereby propose to furnish all the materials and perform all the labor necessary for the completion of:

Replacement of Existing Hallway AC Controller and Chiller Flow Switch

Job Scope:
1. Remove defective hallway system Controller from cabinet and mount new Metasys FEC2611 Controller.
2. Power new controller and install new program into new controller to match original building design.
3. Valve off chilled water to chiller and remove defective chilled water flow switch and install new.
4. Open valves and give signal new controller to start hallway unit.
6. Start system and check for proper operation

NOTE:PERMITENGINEERING,ELECTRIC,CONNECTION TO FIRE ALARM SYSTEM, CUTTING AND PATCHING EXCLUDED FROM THIS PROPOSAL

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of:   $2,225 .00
with payments to be made as follows:   Upon completion

Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance upon above work. Workmen's Compensation and Public Liability Insurance on above work to be taken out by Airstron Air Conditioning Inc.

Purchaser (Debtor) agrees to pay all cost of collection damages, including a reasonable attorneys fee for collecting this account or repossessing the said property, whether suit be brought or not  The Purchaser (Debtor) agrees that the said materials above described will not be removed form above address without prior written consent of Airstron Inc., the Seller (Secured Party)  Purchaser (Debtor) waives demand and all requirements to hold it liable  All delinquent payments shall bear interest at the rate of 1 1/2% per month until paid

If Airstron Inc , is required to make repairs occasioned by improper operation, damage caused by electrolytic action (either battery action or stray currents); negligence or misuse of the equipment or due to any cause beyond our control, purchaser shall reimburse Airstron Inc for the expense incurred in making such repairs  It is mutually understood that replacement parts, refrigerant and service materials must be purchased by you, from us, at our regular selling prices, and installed by us, during the terms of this contract  Any repairs, refrigerant, chemicals and suppplies deemed necessary and recommended by us for efficient operation of your installation are to be authorized by you  Unless these recommendations are accepted by you and authorization given to perform this service, we will not furnish emergency service  Airstron Inc  shall not be liable for injuries to persons, or damages to property, except those due to the negligent acts or omissions of Airstron Inc  employees  In no event shall Airstron Inc  be liable for any form of damages except to the equipment listed in this agreement  This contract contains the entire agreement between the parties and shall become effective on the date shown below, provided it has been accepted by you and approved by us  If the customer is a corporation, or any other entity created by law, then the person executing this agreement on behalf of the customer is hereby executing this agreement as an authorized agent of the customer and in addition hereto agrees to serve as a guarantor, and is personally liable for all the debts of the customer, company or corporation arising out of this contract  Any modifications in this Agreement must be done in writing and exectued by all parties  It is hereby agreed and stipulated by the parties that venue or jurisdication to any litigation arising out of the terms of this contract shall be in Miami-Dade County, Florida  In the event that any provisions of this contract are found to be illegal, unenforceable or void, by any Court of law, then the remaining provisions shall remain in full force and effect

**Respectfully Submitted**

Greg Rowe , Account Manager

**Per**

**Note -- This proposal may be withdrawn by us if not accepted within** 45 **days.**

## ACCEPTANCE OF PROPOSAL

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

**Accepted** _____   **Signature** _____

**Date** _____   **Signature** _____

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157, Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

**Invoice#800-32**

Prepared for St Louis Condominium· Maintenance
Miguel del Cristo • 786.344.1262

## Hurricane Irma emergency repairs.

**PAYMENT TERMS**
To be made payable to Electrical masters BY MC Inc.

**APPROVED BY**

**ADDRESS**
17941 SW 115TH AVE, 33157-4935

**NAME:** 0490 St louis.

**DATE** 09/27/17

**Location:** 800 Claughton Island Dr, Miami FL 33131

| DESCRIPTION OF WORK | QUANTITY | UNIT PRICE | SUB TOTAL |
|---|---|---|---|
| 1. Repair of junction box for landscape lighting | 01 | | |
| 2. Removal of damaged cylindrical plastic. | 01 | | |
| 3. Installation of extension 12X12X4 junction box. | 01 | | |
| 4. Installation of new dedicated circuit from main junction box to panel. | 01 | | |
| 5. Cleaned and performed Maintenance of boxes and splices due to hurricane irma. | 01· | | |
| 6. Restoration of outdoor damaged lighting circuits | 01 | | |

**Materials**

| | | | |
|---|---|---|---|
| 1. 12X12X4 PVC junction box | 01 | | |
| 2. Accessories. | | | |

| | | |
|---|---|---|
| **GRAND TOTAL** | | $540.00 |

Electrical masters - 786.344.1262 - Mdelcris@Electrical-Masters.com

1/1

Oct 24 2017 02:49PM LaGuaria 305551/ '4                    page 1

LA GUARIA LANDSCAPING
PO. BOX 960861            MI
FL 33296

PHONE:305-388-4255
FAX :305-551-4414



# INVOICE

Invoice Number:  1037
Invoice Date:    Oct 1, 2017
Page:            1

**Bill To:**

St. Louis Condominium (FSResidentiall)
800 Claughton Island Dr
Miami, FL 33131

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| St. Louis Condominiu | | Net Due | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 10/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | 09.21.17LAWN SERVICES | | 335.00 |
| | | SPECIAL HURRICANE TREE WORK | | 750.00 |
| | | LABOR | | |

| | | |
|---|---|---|
| Subtotal | | 1,085.00 |
| Sales Tax | | |
| Total Invoice Amount | | 1,085.00 |
| Payment/Credit Applied | | |
| TOTAL | | 1,085.00 |

Check/Credit Memo No:

# M&M WINDOW CLEANING SERVICE INC.

### P.O.BOX 166120 MIAMI FL,  33116-6120
### TEL: 305-282-6917
### M.MCLEANINGSERVICE@HOTMAIL.COM

**NAME:**   ST. LUIS CONDOMINIUM
**ADRES:**  800 CLAUGHTON ISLAND DRIVE
**STATE:**  MIAMI FLORIDA 33131
**TEL:**      305-377-8250
**FAX:**      305-377-8253

**SEP- 29-2017**
**INVOICE # 0056**

**BILL FOR WORK:**

**FOR EXTERIOR WINDOW CLEANING SERVICE.**      **TOTAL: 1,400.00 $**

Hurricane Irma.
Cleaning

**GRAND TOTAL: 1,400.00 $**

**Scanned by CamScanner**



THE WATER RESTORATION GROUP

INVOICE

555 NW 95TH ST.
MIAMI, FL 33150

305-691-6533

| DATE | INVOICE # |
|---|---|
| 10/16/2017 | 17-1097 |

**PAID**
**01/03/2018**

BILL TO

ST. LOUIS CONDOMINIUM
NELLY NICKERSON
800 CLAUGHTON ISLAND DR MIAMI FL 33131

PROJECT

ST. LOUIS CONDOMINIUM
800 CLAUGHTON ISLAND DR
MIAMI, FL 33131

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| DRYOUT AS PER DETAILED ESTIMATE. UNITS 2602 AND 1804  DATE OF LOSS 9-10-2017 | 2,764.76 | 2,764.76 |

MAKE ALL CHECKS PAYABLE TO
THE WATER RESTORATION GROUP

| | |
|---|---|
| **TOTAL** | $2,764.76 |
| **PAYMENTS/CREDITS** | -$2,764.76 |
| **BALANCE DUE** | $0.00 |

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4790

Insured: St Louis Condominium
Property: 800 Claughton Drive
Miami, FL 33131

Estimator: Andres Salazar                      Business:   (305) 661-2505
Company: THE WATER RESTORATION GROUP

**Claim Number:**              **Policy Number:**                **Type of Loss:**

Date of Loss: 9/10/2017
Date Inspected:                     Date Received:
                                    Date Entered:   10/16/2017 10:15 AM

Price List: FLFL8X_AUG17
            Restoration/Service/Remodel
Estimate: ST_LOUIS_2ND_LOSS

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4790

## ST_LOUIS_2ND_LOSS

### Unit 1804

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - Large - No monitoring | 4.00 EA | 0.00 | 78.31 | 0.00 | 313.24 |
| Air mover (per 24 hour period) - No monitoring | 8.00 EA | 0.00 | 25.57 | 0.00 | 204.56 |
| **The above line items are for:** | | | | | |
| **1 dehumidifier from 10/05 to 10/09** **2 air movers from 10/05 to 10/09** | | | | | |
| Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.06 | 0.00 | 90.12 |
| **The above allowance is for:** | | | | | |
| **2 technicians for 1 hour each: Removing 10 lf of quarter round, 10 lf of baseboard, drilling 8 holes throughout the unit, set up time, vacuuming and clean up.** | | | | | |
| Apply anti-microbial agent to the surface area | 20.00 SF | 0.00 | 0.20 | 0.00 | 4.00 |

Totals: Unit 1804                                          0.00        611.92

### Unit 3001

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - Large - No monitoring | 6.00 EA | 0.00 | 78.31 | 0.00 | 469.86 |
| Air mover (per 24 hour period) - No monitoring | 21.00 EA | 0.00 | 25.57 | 0.00 | 536.97 |
| **The above line items are for:** | | | | | |
| **2 dehumidifiers from 10/06 to 10/09** **7 air movers from 10/06 to 10/09** | | | | | |
| **No access to unit during weekend.** | | | | | |
| Apply anti-microbial agent to the surface area | 15.00 SF | 0.00 | 0.20 | 0.00 | 3.00 |

Totals: Unit 3001                                          0.00       1,009.83

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4790

### CONTINUED - General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Equipment setup, take down, and monitoring (hourly charge) | 7.50 HR | 0.00 | 45.06 | 0.00 | 337.95 |

The above line item is for:

1) One technician for 1.5 hours on 10/05 including drive time and mobilization
2) One technician for 3 hours on 10/06 including drive time and mobilization
3) One technician for 3 hours on 10/09 including drive time and mobilization

| | | | | | |
|---|---|---|---|---|---|
| Cleaning & Remediation - Supervisory - per hr | 9.50 HR | 0.00 | 47.98 | 0.00 | 455.81 |

The above line item is for:

1) One supervisor for 3.5 hours on 10/05 including drive time and mobilization
2) One supervisor for 3 hours on 10/06 including drive time and mobilization
3) One supervisor for 3 hours on 10/09 including drive time and mobilization

| | | | | | |
|---|---|---|---|---|---|
| Equip. setup, take down & monitoring - after hrs | 2.50 HR | 0.00 | 67.66 | 0.00 | 169.15 |

The above line item is for:

1) One technician for 2.5 hours on 10/07 including drive time and mobilization

| | | | | | |
|---|---|---|---|---|---|
| Cleaning & Remediation - Supervisory - after hrs. | 2.50 HR | 0.00 | 72.04 | 0.00 | 180.10 |

The above line item is for:

1) One supervisor for 2.5 hours on 10/07 including drive time and mobilization

| | | | | |
|---|---|---|---|---|
| Totals: General | | | 0.00 | 1,143.01 |

| | | | | |
|---|---|---|---|---|
| **Line Item Totals: ST_LOUIS_2ND_LOSS** | | | **0.00** | **2,764.76** |

 **THE WATER RESTORATION GROUP**

555 NW 95th Street
Miami, Fl 33150
(305)661-2533 (Phone)
Email address: admin@kdconstructionmiami.com
TAX ID #: 20-373-4790

## Summary for Dwelling

Line Item Total

2,764.76

**Replacement Cost Value**                          **$2,764.76**
**Net Claim**                                        **$2,764.76**

Andres Salazar

O.J.R BUILDING INC
8095 NW 8 ST#201
Miami, FL 33126 786-306-1014
rodriguezo@bellsouth.net
305-265-1495
NUMBER: 20171019

**HURRICANE IRMA Play room**

TO: St. Louis Condominium 800 Claughton
Island Drv. Miami, Florida
TEL: 305-377-8250
E-MAIL: MANAGER@STLCONDO1.COM
DATE: October 19, 2017

| Item | Description | Amount |
|------|-------------|--------|
| 1 | Replace 120' by 6'' wall (Remove, dispose and Install) | $600.00 |
| 2 | Install baseboard 120' | $600.00 |
| 3 | Flooring price for 900 sf as per Board of Directors decision | |
| 4 | Pending installation as product specifications | |
| | | |
| | TAX: | |
| | TOTAL: | $1,200.00 |

**Please provide 50% of invoice immediately**

**PLEASE  MAKE  CHECKS  PAYABLE  TO:  O.J.R BUILDING INC**

Thanks for letting us serve you!

O.J.R BUILDING INC
8095 NW 8 ST#201
Miami, FL 33126 786-306-1014
rodriguezo@bellsouth.net
305-265-1495
NUMBER: 20171020

**HURRICANE IRMA Office and Meeting Room**

TO: St. Louis Condominium 800 Claughton
Island Drv. Miami, Florida
TEL: 305-377-8250
E-MAIL: MANAGER@STLCONDO1.COM
DATE: October 20, 2017

| Item | Description | Amount |
|------|-------------|--------|
| 1 | Remove carpet | $250.00 |
| 2 | Carpet Disposal | $350.00 |
| | This includes remove and reset furniture | |
| | | |
| | | |
| | TAX: | |
| | TOTAL: | **$600.00** |

Please provide 50% of invoice immediately

PLEASE  MAKE  CHECKS  PAYABLE  TO:  O.J.R BUILDING INC

Thanks for letting us serve you!

Please make all checks payable to:
IncStores, LLC
2045 S Vineyard Ste 118
Mesa, AZ 85210



**INVOICE PO#**                        10/26/2017

SOLD TO: Hines

# Katherine Barro
800 Claughton Island Dr
Miami, FL 33131

# (786) 359-6514

SHIP TO: Hines

**St Louis condos**
**Att Katherine Barro**
800 Claughton Island Dr,
Miami, FL 33131

# (786) 359-6514

| Product | Description | Quantity | Total |
|---|---|---|---|
| 1" MMA Mats | 3x3 | 105 | $1,529.85 |
| MMS Cornes | 8 piece sets 4" x 27" | 2 | $27.20 |
| MMA Female Edge | 4" x 24.25 | 56 | $100.80 |
| MMA Male Edge | 4" x 24.25 | 56 | $100.80 |

| | |
|---|---|
| Subtotal | $2,718.20 |
| Total Savings | -$959.55 |
| Shipping | 0 |
| Total Paid | $1,758.65 |

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157, Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

**Invoice#800-34**

Prepared for St Louis Condominium• Maintenance
Miguel del Cristo • 786.344.1262

## Hurricane Irma emergency repairs.

**PAYMENT TERMS**
To be made payable to Electrical masters BY MC Inc.

**APPROVED BY**

**ADDRESS**
17941 SW 115TH AVE, 33157-4935

**NAME:** 0490 St louis.

**DATE** 11/20/17

**Location:** 800 Claughton Island Dr,
Miami FL 33131

| DESCRIPTION OF WORK | QUANTITY | UNIT PRICE | SUB TOTAL |
|---|---|---|---|
| 1. Revision of panel feeding elevator shunt trip breakers | 01 | | |
| 2. Troubleshoot of shunt trip breaker circuit feeding Shunt Coil (Breaker itself working perfectly fine. Device or fault activating shunt coil making breaker trip.) | 01 | | |
| **Service** | | | $250.00 |
| | | **GRAND TOTAL** | $250.00 |

# ELECTRICAL MASTERS Inc.

17941 SW 115 AVE, 33157. Miami, FL. PH. 786 344 1262
Mdelcris@Elecrical-Masters.com  Lic. 97E000003

**PROPOSAL**

**ADDRESS**
800 Claughton Island drive

**Purpose:** Maintenance

**NAME:** St louis condominium.

**DATE:** 11/21/17

| DESCRIPTION OF WORK | QUANTITY | UNIT PRICE | SUB TOTAL |
|---|---|---|---|
| 1. Furnishing of LED PT 710 series 40 watts 5 year manufacturer warranty | 08 | | |
| 2. Removal of existing damaged light fixtures due to hurricane Irma. | | | |
| 3. Revision of damaged circuits and integrity of existing light poles | 08 | | |
| 4. New installation of LED PT 710 series 40 watt 5 year manufacturer warranty. 1 year electrical service warranty | 08 | | |
| 5. New installation of adapter for lighting pole 4" diameter. | 08 | | |
| **Materials** | | | |
| 1. LED PT710 series 5 year manufacturer warranty 4000K 40 watt | 08 | $409.50 | $3,276.00 |
| **Service** | | | $1,800.00 |
| | | **GRAND TOTAL** | $5,076.00 |

Electrical Masters - 786-344-1262 - Mdelcris@Electrical-masters.com

-Payment to be made as followed, 50% upon signing contract and 50% upon substantial completion of job.

This proposal specifically **excludes**

1. Bonds (If performance payment bond is required add 1.5% to base bid amount)
2. Engineering, design, or utility company fees.
3. Waste removal fees.
4. Cutting, patching or removal of asphalt, concrete, or dry wall.
5. Flashing counter flashing, pitch pans, or weatherproof sealing of all roof penetration.
6. Control wiring for the AHU units not indicated on drawing.
7. Power company ( FPL ) transformer meter, CT can, current transformers ( CT s ) pulse control cable. Concrete pads, primary installations or installations of it.
8. Material and electrical work from building to power company ( FPL ) and communication company.
9. Security and sound/paging system conduits, computer hardware and software, cabling, terminations, mounting hardware and special related equipment or permit and installations of it.
10. Decorative special lamp, ceiling fan exhaust, and fans.
11. Not include automatic transfer switch and generator.
12. Special installation of C Scan and scanning, only installation indicated on plan.
13. Permits.

All materials is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes accidents or delays are beyond our control . This proposal subject to acceptances within___20_____ days and is void thereafter at the option of the undersigned.

Authorized Signature (Client):_____

Electrical Masters - 786-344-1262 - Mdelcris@Electrical-masters.com

**ACCEPTANCE OF PROPOSAL**

The above prices specifications and conditions are hereby. you are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Accepted

Date 11-21-17

Signature (Client): MALiA Jol (Astimo

Signature

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157. Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

**Invoice#800-37**

Prepared for St Louis Condominium• Maintenance
Miguel del Cristo • 786.344.1262

**PAYMENT TERMS**
To be made payable to Electrical masters BY MC Inc.

**APPROVED BY**

**ADDRESS**
17941 SW 115TH AVE, 33157-4935

**NAME:** 0490 St louis.

**DATE** 01/10/18

**Location:** 800 Claughton Island Dr,
Miami FL 33131

| DESCRIPTION OF WORK | QUANTITY | UNIT PRICE | SUB TOTAL |
|---|---|---|---|
| 1. Installation of temporary lighting for light poles | 08 | | |
| **Materials** | | | |
| 1. 4000K LED spot lights | 08 | $35.00 | $280.00 |
| **Service** | | | $310.00 |
| | | **GRAND TOTAL** | $590.00 |

Electrical masters - 786.344.1262 - Mdelcris@Electrical-Masters.com

# ELECTRICAL MASTERS BY MC Inc.

17941 SW 115 AVE, 33157. Miami, FL. PH. 786 344 1262

Mdelcris@Electrical-Masters.com  Lic. 97E000003

**Invoice#800-38**

Prepared for St Louis Condominium• Maintenance
Miguel del Cristo • 786.344.1262

**PAYMENT TERMS**
To be made payable to Electrical masters BY MC Inc.

**APPROVED BY**

**ADDRESS**
17941 SW 115TH AVE, 33157-4935

**NAME:** 0490 St louis.

**DATE** 01/10/18

**Location:** 800 Claughton Island Dr.
Miami FL 33131

| DESCRIPTION OF WORK | QUANTITY | UNIT PRICE | SUB TOTAL |
|---|---|---|---|
| 1. Service visit with fire alarm contractor and elevator contractor. | 01 | | |
| 2. Identification of short circuit causing shunt trip to trip. | 01 | | |
| **Service** | | | $500.00 |
| | | **GRAND TOTAL** | $500.00 |

# Post Hurricane Irma Engineering Evaluation of the St. Louis Condominium Association, Miami Florida

*Prepared for:*

## Global Pro Recovery

## November 21, 2017

*Prepared By:*



Prepared by:
The Falcon Group
Engineering, Architecture & Energy Consultants
7430 SW 48th Street
Miami, FL 33155
Miami Phone: (305) 663-1970
West Palm Beach Phone: (516) 290-0504
www.thefalcongroup.us
info@thefalcongroup.us

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

**CONTENTS**                                                   **PAGE**

| | | | Page |
|---|---|---|---|
| 1 | Executive Summary | | 1 |
| 2 | Documents Reviewed | | 2 |
| 3 | Building Description | | 2 |
| 4 | Hurricane Irma | | 4 |
| 5 | Damage Survey | | 5 |
| | 5.1 | Roof Damage | 5 |
| | 5.2 | Windows and Doors Damage | 5 |
| | 5.3 | Common Areas and Exteriors Damage | 11 |
| | 5.4 | Interior Damage | 13 |
| | 5.5 | Effects of Hurricane Irma on the Building | 19 |
| 6 | Conclusions | | 19 |

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

### 1.0 EXECUTIVE SUMMARY

This report contains the results of an engineering investigation to determine the effects of Hurricane Irma on the St. Louis Condominium Association, located at 800 Claughton Island Drive, Miami, Florida. The purpose of the evaluation was to determine the cause and extent of damage to structural and non-structural components of the building. Observations and evaluation of existing conditions, assessment of Hurricane Irma wind speeds proximate to the site show that the building sustained damage from Hurricane Irma which struck Florida on September 10, 2017.

The investigation consisted of a visual evaluation of the roof, exteriors from accessible locations, exterior drone survey and inspection of selected unit interiors and common areas of the St. Louis Condominium Association in order to identify damage attributable to Hurricane Irma. Damage to different components of the building directly attributable to or exacerbated by Hurricane Irma's wind pressures is summarized in the following paragraphs.

Falcon formed the opinions and conclusions set forth in this report after interviewing building staff and residents, reviewing the project documents listed below and performing a site visit on September 25, 2017 and subsequent drone evaluation on October 23, 2017.

### Window, Door & Exterior Cladding

Wind buffeting and the intense wind pressures to which the building and building components were exposed during Irma caused the building structure and components to move and flex resulting in damages to the building components. Movement of the building components caused by Irma's strong wind forces in conjunction with building movement during the storm, as well as openings in the building envelope leading to water infiltration and associated interior damages. The compromised cladding, windows and doors allowed water to penetrate into the apartment units and cause damage to the window and door jambs, headers and sills, ceilings, walls, floors, condensation on the windows, staining of the aluminum frames, and streaks of evaporated water rivulets on the glass panes in addition to flooding of and damages of common area finishes, and mechanical equipment, electric equipment and controls.

Buffeting of the windows and doors caused by Irma's strong wind forces displaced the window and door gaskets. Irma's wind pressures in conjunction with building movement during the storm caused separations and failure of the assemblies. Approximately 30% of the units reported issues from Irma and damages were caused to the common areas as well. Management reports leaking throughout the building during regular storm events after Irma, where leaks did not exist before.

It is our opinion that the damage to the building envelope, windows and doors as indicated in this report was directly caused or exacerbated by Hurricane Irma's winds. Un-repaired damage to the building components would make the building more susceptible to further damage from future rain and wind storm events. It is a recognized fact that damaged or weakened cladding components, windows and doors are more susceptible to further damage during lower intensity wind storms thereby allowing more wind to enter into a building, typically resulting in higher wind loads.

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

An industry professional should be retained to develop the scope, method and means of repairs to rectify the damage to all the existing windows & doors. It is to be noted that engineering recommendations and additional work may be necessary for the execution of the repairs to the buildings.

The information presented in this report represents the results of our investigation to date. Should additional information become available, we request that it be brought to our attention as soon as possible so that we may fully address it.

The professional opinions presented in this report have been developed in a manner consistent with that level of care and skill ordinarily exercised by reputable members of the profession currently practicing in the same locality under similar conditions. No other warranties are expressed or implied.


## 2.0   DOCUMENTS REVIEWED

In the preparation of this report, the following documents were reviewed:

| Document Type | Topic | From | Date |
|---|---|---|---|
| Plans | Architectural | Thomas & Calzadilla Metropolitan Architects | A |
| Spread Sheet | Unit Damage from Irma | Association Management | N/A |
| Proposals and Invoices | Irma damage repairs | Various Vendors | Post Irma |

## 3.0   BUILDING DESCRIPTION

The St. Louis Condominium Association consists of a thirty-one (31) story building containing 134 units, flat roof systems, multi-story parking garage/parking deck, and an in-ground pool and pool deck that was constructed in 1995.

As shown in Figure 3.1, the St. Louis Condominium Building has a roughly rectangular floor plan with balcony projections along the east façade and has approximate dimensions of 60 feet by 160 feet. The building faces the Biscayne Bay along the east façade and is accessed by Claughton Island Drive on the south façade.   A low-slope thermoplastic single-ply roof system is present on the main roof area and a barrel vaulted standing seam roof system is present on the roof over the

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**

mechanical penthouse located at the roof level.  A large cooling tower enclosure is present at the center of the roof.



**Figure 3.1 Typical building floor plan**

Figure 3.1 provides further insight regarding the layout of the apartment units on typical floor. Each unit has at least one balcony.

Photographs 3.1 shows general exterior view of the property.

3

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



Photo 3.1: View of subject site from the East

The structural system of the building consists of reinforced concrete columns and core walls which support reinforced concrete floor slabs. The exterior walls are constructed from precast concrete panels clad with a direct applied finish system or aluminum framed glass window units. The balconies are enclosed with concrete and masonry walls with aluminum railings overtop and are accessed through aluminum framed glass sliding doors.  The interior partitions are drywalls on metal studs. The columns, core walls, and floor slabs resist the lateral wind loads imposed on the building and transfer the loading to the foundation. The building's low slope roof sections are covered with a single-ply thermoplastic membrane.

## 4.0    HURRICANE IRMA

According to updates published by the National Hurricane Center, after crossing the Straits of Florida and being upgraded to a Category 4 hurricane, initial landfall took place at Cudjoe Key at 9:10 a.m. EDT on September 10, where an estimated 10 ft (3 m) storm surge occurred during the afternoon.  In the Keys, the hurricane caused major damage to buildings, trailer parks, boats, roads, the electricity supply, mobile phone coverage, internet access, sanitation, the water supply and the fuel supply. Key West, Sugarloaf Key, Summerland Key, Ramrod Key, Little Torch Key, Big Pine Key and Marathon were also flooded by storm surge, and tornadoes were reported at Sugarloaf Key.

Publications by the National Hurricane Center reported second landfall was made, as a Category 3 hurricane, at Marco Island at 3:35 p.m. EDT the same day. A 7 ft (2.1 m) storm surge occurred

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

in Naples, which Irma passed over as a Category 2 hurricane after being downgraded at 5 p.m. EDT.  Part of Tampa Bay (at Hillsborough Bay) was drained in a reverse storm surge caused by the storm's pressure differential, prior to the arrival of the eye of the hurricane. Sarasota Bay was also drained.  The hurricane was downgraded to Category 1, prior to reaching Tampa.[219]

A wind gust of 109 mph (175 km/h) was recorded in Pembroke Pines as published in the Sun Sentential September 10, 2017.

As of 1:00 p.m. EDT, on September 10, almost 730,000 customers were without power in Miami-Dade County alone, with almost 500,000 without power in Broward County, over 225,000 out in Palm Beach County, and in total approximately 1,572,000 customers were without power across the state according to the Florida Power & Light Power Traker Map web link.  As of 6:41 p.m. EDT on September 10 over 2.6 million homes in Florida were without power.

## 5.0    DAMAGE SURVEY

Falcon performed on-site inspections on September 25, 2017 and subsequent drone evaluation on October 23, 2017.  Inspections were performed by    William Pyznar, P.E., John Quinn GCL. and Luis Lopez, Drone Piolet

Falcon was provided access by building management to nine (9) units (405, 701, 704, 804, 1302, 2004, 2801, 3001, & 3103) in the St. Louis Condominium building.  Falcon surveyed all four of the facades on the building via drone.

### 5.1  Roof Damage
There was no discernable roof damage on the building.

### 5.2  Windows and Doors Damage
Significant damage occurred to the sliding doors and windows.  All the sliding balcony doors are floor to ceiling and feature an aluminum frame with tempered glass panels.  Windows are aluminum framed single hung and partial height.  No direct impact damage to the glazing was observed however the wind pressure on the units caused them to rack within the frame creating operational and performance issues.

*The following images illustrate typical damages to the building's windows and doors caused by Hurricane Irma that was observed during our site investigation:*

### EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.1:  Failed (racked) bedroom window on the South elevation**



**Photo 5.2: Failed (racked) bedroom window on the South elevation**

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.3: Failed (racked) bedroom window on the South elevation**



**Photo 5.4: Failed (racked) bedroom window on the South elevation**

7

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.5: Failed (racked) bedroom window on the South elevation**



**Photo 5.6: Failed (racked) bedroom window on the South elevation**

G:\Share - Globalpro Recovery\GP Florida Files\S\St. Louis Condo Assn - Irma\GP Documents\R171121-St. Louis Condominium Association- Hurricane Irma.Docxx

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



Photo 5.7: Failed (racked) bedroom window on the South elevation



Photo 5.8: Failed (racked) bedroom window on the South elevation

G:\Share - Globalpro Recovery\GP Florida Files\S\St. Louis Condo Assn - Irma\GP Documents\R171121-St. Louis Condominium Association- Hurricane Irma.Docxx

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.8: Failed (racked) bedroom window on the South elevation**



**Photo 5.9: Failed (racked) window on the East elevation**

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.10: Failed (racked) bedroom window on the North elevation**



**Photo 5.11: Boarded windows on the East elevation**

**5.3   Common Areas and Exteriors Damage**

High winds and heavy rain caused building movement resulting in openings allowing water to penetrate the exterior wall cladding and enter the building.

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

*The following images illustrate typical damages to the building's exterior cladding from Hurricane Irma that was observed during our site investigation:*



**Photo 5.12 Cracked & water stained cladding on exterior balcony walls**



**Photo 5.13 Cracked cladding at column on East elevation**

G:\Share - Globalpro Recovery\GP Florida Files\S\St. Louis Condo Assn - Irma\GP Documents\R171121-St. Louis Condominium Association- Hurricane Irma.Docxx

EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.14 Cracked cladding on the mechanical penthouse**



**Photo 5.14 Cracked cladding on the mechanical penthouse**

## 5.4    Interior Damages

Water infiltration through the building envelope resulted in damages to the interior finishes of the residential units.  Typical damages were observed to the ceiling, walls, and floors.  Management provided the following list of units that reported damage resulting from Irma, representing approximately 30% of the residential units.

G:\Share - Globalpro Recovery\GP Florida Files\S\St. Louis Condo Assn - Irma\GP Documents\R171121-St. Louis Condominium Association- Hurricane Irma.Docxx

### EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

Units with damages by Hurricane IRMA

| Unit # | Name | Damaged Areas | Notes |
|---|---|---|---|
| 602 | Jeanna Knight | 2nd bd | |
| 604 | Pedro Santiago | 2rd bd | |
| 605 | Gabriel Aleaga | Living room ceiling | |
| 702 | Fabrizio Di Carlo | Master bd and 2nd Bb | |
| 704 | Sonia Edinger | 2nd Bd and living room | |
| 705 | Ben Benitez | Living room ceiling, unable to open windows | |
| 802 | Edmar Fujita | 2nd bd | |
| 904 | Lorene Pathuisje | Balcony ceiling | |
| 1002 | Olga Evgrafova | Living room floor | |
| 1203 | Irene Di Tondo | living room baseboards | |
| 1302 | Catalina Gonzalez | 2nd Bd | |
| 1304 | Diamelys Torres | Living room ceiling | |
| 1501 | Jaime Pineda | Balcony ceiling | |
| 1503 | Yaqueline Richards | Living room base boards | |
| 1505 | Francisco Caballero | Living room wall | |
| 1604 | Maria C. Macias | Living room floor | |
| 1703 | Tereza Kemp | living room area rug | |
| 1704 | Carmen Lasso | 2nd bd wall | |
| 1803 | Pablo Ramirez | Livingroom ceiling | |
| 1804 | Raymond Aporta | 2nd bd walls, ceiling, also the closet wall | |
| 1904 | Roxana Budetta | Living Rm base boards | |
| 2004 | Phoebe Fellows | 2nd bd and living area rug and sofa | |
| 2005 | Paolo Dina | Living room ceiling | |
| 2104 | Daphne Plug | Kitchen ceiling | |
| 2203 | Paul Camacho | Master bedroom walls | |
| 2204 | Carolina Pena | 2nd bd window wall | |
| 2304 | Sanjay Dansani | living room ceiling and baseboards | |
| 2305 | Rita Dargham | living room carpet and baseboards | |
| 2402 | Arnau Llopart | 2nd bd ceiling | |
| 2404 | Mauricio Acevedo | Ceiling, baseboards around the unit | |
| 2504 | Joselyn Lutchmeesingh | Living and master | |
| 2602 | Hector almaguer | Master bedroom window | |
| 2801 | Martin Michaelson | living room ceiling | |
| 2803 | Alex Pratt | Master and 2nd Bd ceilings and living r rug | |
| 2805 | Cassandra Andrade | Balcony ceiling | |

G:\Share - Globalpro Recovery\GP Florida Files\S\St. Louis Condo Assn - Irma\GP Documents\R171121-St. Louis Condominium Association- Hurricane Irma.Docxx

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**

| 2903 | Sandra Veizaga | Master bd carpet and ceiling | |
|------|----------------|------------------------------|--|
| 3001 | Kal Das | Living, master bedroom and balcony | |
| 3002 | Elizabeth De Aguirre | 2nd bd | |
| 3003 | Maria del Castillo | Master bd, unable to open windows/shutters | |
| 3103 | Hulusi Gurbuz | Dining room ceiling. Unable to open windows | |

*The following are typical damages that were observed:*



**Photo 5.15 Water stains on the tile along the balcony door of Unit 3001**



G:\Share - Globalpro Recovery\GP Florida Files\S\St. Louis Condo Assn - Irma\GP Documents\R171121-St. Louis Condominium Association- Hurricane Irma.Docxx

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

**Photo 5.16 Peeling paint and water stains on the ceiling of Unit 3001**

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.20 Water damage at ceiling of guest bedroom**



**Photo 5.21 Water damage at ceiling of master bedroom**

G:\Share - Globalpro Recovery\GP Florida Files\S\St. Louis Condo Assn - Irma\GP Documents\R171121-St. Louis Condominium Association- Hurricane Irma.Docxx

EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

**5.5     Effect of Hurricane Irma on the Building:**

Wind buffeting and the intense wind pressures to which the building and building components were exposed during Irma caused the building structure and components to move and flex resulting in damages to the building components. Movement of the building components caused by Irma's strong wind forces in conjunction with building movement during the storm, led to water infiltration and associated interior damages.

The aluminum windows and doors were compromised as a result of the strong wind pressures. The compromised windows and doors allowed water to penetrate into the apartment units and cause damage to the window and door jambs, headers and sills, ceilings, walls and floors. Buffeting of the windows and doors caused by Irma's strong wind forces displaced the window and door gasket and caused the windows and doors to rack.

Irma's wind pressures in conjunction with building movement during the storm caused separations and failure of the exterior sealants and cladding of the building façade.

It is our opinion that the damage to the building envelope, windows and doors as indicated in this report was directly caused or exacerbated by Hurricane Irma's winds. Un-repaired damage to the building components would make the building more susceptible to further damage from future rain and wind storm events. It is a recognized fact that damaged or weakened cladding components, windows and doors are more susceptible to further damage during lower intensity wind storms thereby allowing more wind to enter into a building, typically resulting in higher wind loads.  It is also noted that the management has reported that units continue to leak as a result of regular storm events after Irma, which did not leak previously, further supporting the damage to cladding, windows and doors caused by Irma.

Documents provided by management include proposals, reports and invoices for cleaning and repairs including, but not limited to:
- Lobby air conditioning compressor replacement
- Hallway air conditioning controller replacement
- Chilled water flow switch replacement
- 600 Amp breaker replacement
- Junction box for landscape lighting and circuitry replacement
- Injection Wells pump out and cleaning
- 2 sediment tank replacements
- Removal of mud and debris from parking garage
- Removal of fallen trees and branches
- Removal of carpet from meeting room and office
- Replace wall and flooring in Play room
- Replace card reader for garage exit
- Replace elevator control board

EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

## 6.0    CONCLUSIONS

Based on the analysis and evaluation provided above, the following conclusions are appropriate to a reasonable degree of Architectural and Engineering certainty:

Observations and evaluation of existing conditions, assessment of Hurricane Irma wind speeds proximate to the site show that the building sustained damage from Hurricane Irma which struck Florida on September 10, 2017.

Wind buffeting and the intense wind pressures to which the building and building components were exposed during Irma caused the building structure and components to move and flex resulting in damages to the building components, especially, the windows, doors and areas of the exterior cladding.

Movement of the building components caused by Irma's strong wind forces in conjunction with building movement during the storm, as well as caused openings in the building envelope leading to interior damages and water infiltration.

The compromised windows and doors allowed water to penetrate into the apartment units and common areas and cause damage to the window and door jambs, headers and sills, ceilings, walls, floors, condensation on the windows, staining of the aluminum frames, and streaks of evaporated water rivulets on the glass panes in addition to flooding of and damages of common area finishes, and mechanical equipment, electric equipment and controls.

It is our opinion that the damage to the windows and doors as indicated in this report was directly caused or exacerbated by Hurricane Irma's winds. Un-repaired damage to the building components would make the building more susceptible to further damage from future rain and wind storm events. It is a recognized fact that damaged or weakened windows and doors are more susceptible to further damage during lower intensity wind storms thereby allowing more wind to enter into a building, typically resulting in higher wind loads. Poor operation of the windows & doors have been reported throughout the building as a direct effect of the wind forces produced by the storm.

Areas of the exterior cladding has cracked creating points of water infiltration. Selective repairs shall be completed to restore the exterior cladding to a watertight condition and the entire façade coated with a waterproof paint and new sealants.

All residential windows and doors should be replaced as the existing units have failed and no longer function correctly or provide the necessary weather protection. New windows and doors shall be hurricane rated as required by the current building code. Replacement of the windows will require repairs to the adjacent stucco, further necessitating recoating the entire building.

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**

Sincerely,

William J. Pyznar, P.E.
Principal