UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-21365-KMW

ST. LOUIS CONDOMINIUM
ASSOCIATION, INC.

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING
## PLAINTIFF'S EXPERT WITNESS DISCLOSURES

Defendant, ROCKHILL INSURANCE COMPANY, by and through undersigned counsel hereby files the following:

1.    Plaintiff's Expert Witness Disclosures with Exhibits served September 28, 2018; and

2.    Plaintiff's Supplemental Expert Witness Disclosures with Exhibits served October 2, 2018.

## CERTIFICATE OF SERVICE

I hereby certify that on **December 21st, 2018**, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to: **Susan C. Odess, Esq.** (sodess@srhl-law.com, dbrady@srhl-law.com and etapia@srhl-law.com), Siegfried, Rivera Hyman, Lerner, De La Torre, Mars & Sobel, P.A., 201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134, in the manner specified, either via transmission of Notices of Electronic

Case No. 18-cv-21365-CIV-WILLIAMS/TORRES

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

        Respectfully submitted,

        LEVY LAW GROUP
        */s/ Lauren D. Levy*
        LAUREN D. LEVY, ESQUIRE
        Florida Bar No.:  0116490
        3399 Ponce de Leon Blvd.
        Suite 202
        Coral Gables, Florida 33134
        Telephone:   (305) 444-1500
        Facsimile:    (305) 503-9295
        *Attorneys for Defendant, Rockhill Insurance Company*