UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:18-CV-21365-KMW

ST. LOUIS CONDOMINIUM
ASSOCIATION INC.

      Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

      Defendant.

_____/

**PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO**
**FLORIDA RULES OF CIVIL PROCEDURE 26(a)(2)**

Plaintiff, St. Louis Condominium Association, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 26, Local Rule 26.1 and the Scheduling Order, hereby discloses the following persons as experts expected to testify on its behalf at trial, as follows:

1.     William J. Pyznar, P.E.
      The Falcon Group Engineering, Architecture & Energy Consultants
      7430 SW 48th Street
      Miami, Florida 33155

The Plaintiff expects to call Mr. Pyznar as expert witness at trial to present evidence under Federal Rule of Evidence 702, 703, and 705.  Mr. Pyznar's report, curriculum viate, compensation, list all publications he has authored in the ten (10) years and all litigation in which he offered testimony in the last four (4) years are attached hereto as **Composite Exhibit "A."**

2.     Paul E. Beers
      GCI Consultants, LLC
      2460 Metrocentre Boulevard
      West Palm Beach, Florida 33407

The Plaintiff expects to call Mr. Beers as expert witness at trial to present evidence under Federal Rule of Evidence 702, 703, and 705.  Mr. Beers' report, curriculum viate, compensation, list all publications he has authored in the ten (10) years and all litigation in which he offered testimony in the last four (4) years are attached hereto as **Composite Exhibit "B."**

3.       Hector Torres
         DLT Global Development & Building Advisors
         3470 North Miami Avenue
         Upper Suite
         Miami, Florida 33127

The Plaintiff expects to call Mr. Torres as expert witness at trial to present evidence under Federal Rule of Evidence 702, 703, and 705.  Mr. Torres' report, curriculum viate, compensation, list all publications he has authored in the ten (10) years and all litigation in which he offered testimony in the last four (4) years are attached hereto as **Composite Exhibit "C."**

4.       Mark J. Mintz, Esq.
         Mintz Truppman
         1700 Sans Souci Boulevard
         North Miami, Florida 33181

The Plaintiff expects to call Mr. Mintz as expert witness at trial to present evidence under Federal Rule of Evidence 702, 703, and 705.  We anticipate calling Mr. Mintz as an expert in industry standards for pre-litigation and litigation conduct.  His curriculum viate is attached hereto as **Exhibit "D."**

As requested in our prior email, the Plaintiff requests an extension until Wednesday, October 3, 2018 for Mr. Mintz to finalize his report.

5.       William S.  Coffman,  Jr.
         740 S.E. Greenville Blvd.
         Suite 400-176
         Greenville, NC 27858

The Plaintiff expects to call Mr. Coffman as expert witness at trial to present evidence under Federal Rule of Evidence 702, 703, and 705.  We anticipate calling Mr. Coffman as an expert in industry standards for adjusters and insurance companies.  His curriculum viate is attached hereto as **Exhibit "E."**

As requested in our prior email, the Plaintiff requests an extension until Wednesday, October 3, 2018 for Mr. Coffman to finalize his report.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system  on 28th day of September, 2018 to:  Lauren D. Levy, Esq., Levy Law Group, 3399 Ponce De Leon Blvd, Suite 202, Coral Gables, Florida 33134; lauren@levylawgroup.com; Lourdes@levylawgroup.com and Jocelyn@levylawgroup.com.

Respectfully submitted,

Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars, & Sobel, P.A
*Attorneys for Plaintiff*
201 Alhambra Circle
Eleventh Floor
Coral Gables, Florida 33134
Telephone: (305)442-3334
Facsimile: (305) 443-3292
sodess@srhl-law.com
dbrady@srhl-law.com

By: /s/ Susan C. Odess
Susan C. Odess
Florida Bar No. 99077

# Post Hurricane Irma Engineering Evaluation of the St. Louis Condominium Association, Miami Florida

*Prepared for:*

## Global Pro Recovery

## November 21, 2017

*Prepared By:*



Prepared by:
The Falcon Group
Engineering, Architecture & Energy Consultants
7430 SW 48th Street
Miami, FL 33155
Miami Phone: (305) 663-1970
West Palm Beach Phone: (561) 290-0504
www.thefalcongroup.us
info@thefalcongroup.us

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000001

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

**CONTENTS**                                                         **PAGE**

| | | |
|---|---|---|
| 1 | Executive Summary | 1 |
| 2 | Documents Reviewed | 2 |
| 3 | Building Description | 2 |
| 4 | Hurricane Irma | 4 |
| 5 | Damage Survey | 5 |
| | 5.1   Roof Damage | 5 |
| | 5.2   Windows and Doors Damage | 5 |
| | 5.3   Common Areas and Exteriors Damage | 11 |
| | 5.4   Interior Damage | 13 |
| | 5.5   Effects of Hurricane Irma on the Building | 19 |
| 6 | Conclusions | 20 |

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

### 1.0   EXECUTIVE SUMMARY

This report contains the results of an engineering investigation to determine the effects of Hurricane Irma on the St. Louis Condominium Association, located at 800 Claughton Island Drive, Miami, Florida. The purpose of the evaluation was to determine the cause and extent of damage to structural and non-structural components of the building. Observations and evaluation of existing conditions, assessment of Hurricane Irma wind speeds proximate to the site show that the building sustained damage from Hurricane Irma which struck Florida on September 10, 2017.

The investigation consisted of a visual evaluation of the roof, exteriors from accessible locations, exterior drone survey and inspection of selected unit interiors and common areas of the St. Louis Condominium Association in order to identify damage attributable to Hurricane Irma. Damage to different components of the building directly attributable to or exacerbated by Hurricane Irma's wind pressures is summarized in the following paragraphs.

Falcon formed the opinions and conclusions set forth in this report after interviewing building staff and residents, reviewing the project documents listed below and performing a site visit on September 25, 2017 and subsequent drone evaluation on October 23, 2017.

### Window, Door & Exterior Cladding

Wind buffeting and the intense wind pressures to which the building and building components were exposed during Irma caused the building structure and components to move and flex resulting in damages to the building components. Movement of the building components caused by Irma's strong wind forces in conjunction with building movement during the storm, as well as openings in the building envelope leading to water infiltration and associated interior damages.  The compromised cladding, windows and doors allowed water to penetrate into the apartment units and cause damage to the window and door jambs, headers and sills, ceilings, walls, floors, condensation on the windows, staining of the aluminum frames, and streaks of evaporated water rivulets on the glass panes in addition to flooding of and damages of common area finishes, and mechanical equipment, electric equipment and controls.
Buffeting of the windows and doors caused by Irma's strong wind forces displaced the window and door gaskets. Irma's wind pressures in conjunction with building movement during the storm caused separations and failure of the assemblies.  Approximately 30% of the units reported issues from Irma and damages were caused to the common areas as well.  Management reports leaking throughout the building during regular storm events after Irma, where leaks did not exist before.

It is our opinion that the damage to the building envelope, windows and doors as indicated in this report was directly caused or exacerbated by Hurricane Irma's winds. Un-repaired damage to the building components would make the building more susceptible to further damage from future rain and wind storm events. It is a recognized fact that damaged or weakened cladding components, windows and doors are more susceptible to further damage during lower intensity wind storms thereby allowing more wind to enter into a building, typically resulting in higher wind loads.

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000003

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**

An industry professional should be retained to develop the scope, method and means of repairs to rectify the damage to all the existing windows & doors. It is to be noted that engineering recommendations and additional work may be necessary for the execution of the repairs to the buildings.

The information presented in this report represents the results of our investigation to date. Should additional information become available, we request that it be brought to our attention as soon as possible so that we may fully address it.

The professional opinions presented in this report have been developed in a manner consistent with that level of care and skill ordinarily exercised by reputable members of the profession currently practicing in the same locality under similar conditions. No other warranties are expressed or implied.

## 2.0   DOCUMENTS REVIEWED

In the preparation of this report, the following documents were reviewed:

| Document Type | Topic | From | Date |
|---|---|---|---|
| Plans | Architectural | Thomas & Calzadilla Metropolitan Architects | A |
| Spread Sheet | Unit Damage from Irma | Association Management | N/A |
| Proposals and Invoices | Irma damage repairs | Various Vendors | Post Irma |

## 3.0   BUILDING DESCRIPTION

The St. Louis Condominium Association consists of a thirty-one (31) story building containing 134 units, flat roof systems, multi-story parking garage/parking deck, and an in-ground pool and pool deck that was constructed in 1995.

As shown in **Figure 3.1**, the St. Louis Condominium Building has a roughly rectangular floor plan with balcony projections along the east façade and has approximate dimensions of 60 feet by 160 feet. The building faces the Biscayne Bay along the east façade and is accessed by Claughton Island Drive on the south façade.   A low-slope thermoplastic single-ply roof system is present on the main roof area and a barrel-vaulted standing seam roof system is present on the roof over the mechanical penthouse located at the roof level.   A large cooling tower enclosure is present at the center of the roof.

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000004

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Figure 3.1 Typical building floor plan**

Figure 3.1 provides further insight regarding the layout of the apartment units on typical floor. Each unit has at least one balcony.

Photographs 3.1 shows general exterior view of the property.

Y:\Clients\Falcon2017\17-886\Documents\R171121-St Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000005

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 3.1: View of subject site from the East**

The structural system of the building consists of reinforced concrete columns and core walls which support reinforced concrete floor slabs. The exterior walls are constructed from precast concrete panels clad with a direct applied finish system or aluminum framed glass window units. The balconies are enclosed with concrete and masonry walls with aluminum railings overtop and are accessed through aluminum framed glass sliding doors.  The interior partitions are drywalls on metal studs. The columns, core walls, and floor slabs resist the lateral wind loads imposed on the building and transfer the loading to the foundation. The building's low slope roof sections are covered with a single-ply thermoplastic membrane.

## 4.0    HURRICANE IRMA

According to updates published by the National Hurricane Center, after crossing the Straits of Florida and being upgraded to a Category 4 hurricane, initial landfall took place at Cudjoe Key at 9:10 a.m. EDT on September 10, where an estimated 10 ft (3 m) storm surge occurred during the afternoon.  In the Keys, the hurricane caused major damage to buildings, trailer parks, boats, roads, the electricity supply, mobile phone coverage, internet access, sanitation, the water supply and the fuel supply. Key West, Sugarloaf Key, Summerland Key, Ramrod Key, Little Torch Key, Big Pine Key and Marathon were also flooded by storm surge, and tornadoes were reported at Sugarloaf Key.

Publications by the National Hurricane Center reported second landfall was made, as a Category 3 hurricane, at Marco Island at 3:35 p.m. EDT the same day. A 7 ft (2.1 m) storm surge occurred in Naples, which Irma passed over as a Category 2 hurricane after being downgraded at 5 p.m.

Y:\Clients\Falcon2017\17-886\Documents\R171121-St  Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000006

EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

EDT.  Part of Tampa Bay (at Hillsborough Bay) was drained in a reverse storm surge caused by the storm's pressure differential, prior to the arrival of the eye of the hurricane. Sarasota Bay was also drained.  The hurricane was downgraded to Category 1, prior to reaching Tampa.[219]

A wind gust of 109 mph (175 km/h) was recorded in Pembroke Pines as published in the Sun Sentential September 10, 2017.

As of 1:00 p.m. EDT, on September 10, almost 730,000 customers were without power in Miami-Dade County alone, with almost 500,000 without power in Broward County, over 225,000 out in Palm Beach County, and in total approximately 1,572,000 customers were without power across the state according to the Florida Power & Light Power Traker Map web link.  As of 6:41 p.m. EDT on September 10 over 2.6 million homes in Florida were without power.

## 5.0   DAMAGE SURVEY

Falcon performed on-site inspections on September 25, 2017 and subsequent drone evaluation on October 23, 2017.  Inspections were performed by   William Pyznar, P.E., John Quinn GCL. and Luis Lopez, Drone Piolet

Falcon was provided access by building management to nine (9) units (405, 701, 704, 804, 1302, 2004, 2801, 3001, & 3103) in the St. Louis Condominium building.  Falcon surveyed all four of the facades on the building via drone.

### 5.1  Roof Damage

There was no discernable roof damage on the building.

### 5.2  Windows and Doors Damage

Significant damage occurred to the sliding doors and windows.  All the sliding balcony doors are floor to ceiling and feature an aluminum frame with tempered glass panels.  Windows are aluminum framed single hung and partial height.  No direct impact damage to the glazing was observed however the wind pressure on the units caused them to rack within the frame creating operational and performance issues.

*The following images illustrate typical damages to the building's windows and doors caused by Hurricane Irma that was observed during our site investigation:*

Y:\Clients\Falcon2017\17-886\Documents\R171121-St  Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000007

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.1: Failed (racked) bedroom window on the South elevation**



**Photo 5.2: Failed (racked) bedroom window on the South elevation**

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000008

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.3: Failed (racked) bedroom window on the South elevation**



**Photo 5.4: Failed (racked) bedroom window on the South elevation**

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000009

### EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.5: Failed (racked) bedroom window on the South elevation**



**Photo 5.6: Failed (racked) bedroom window on the South elevation**

Y:\Clients\Falcon2017\17-886\Documents\R171121-St  Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000010

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.7: Failed (racked) bedroom window on the South elevation**



**Photo 5.8: Failed (racked) bedroom window on the South elevation**

Y:\Clients\Falcon2017\17-886\Documents\R171121-St Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000011

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.8: Failed (racked) bedroom window on the South elevation**



**Photo 5.9: Failed (racked) window on the East elevation**

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000012

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.10: Failed (racked) bedroom window on the North elevation**



**Photo 5.11: Boarded windows on the East elevation**

## 5.3   Common Areas and Exteriors Damage

High winds and heavy rain caused building movement resulting in openings allowing water to penetrate the exterior wall cladding and enter the building.

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000013

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

*The following images illustrate typical damages to the building's exterior cladding from Hurricane Irma that was observed during our site investigation:*



**Photo 5.12 Cracked & water stained cladding on exterior balcony walls**



**Photo 5.13 Cracked cladding at column on East elevation**

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000014

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.14 Cracked cladding on the mechanical penthouse**



**Photo 5.14 Cracked cladding on the mechanical penthouse**

## 5.4    Interior Damages

Water infiltration through the building envelope resulted in damages to the interior finishes of the residential units.  Typical damages were observed to the ceiling, walls, and floors.  Management provided the following list of units that reported damage resulting from Irma, representing approximately 30% of the residential units.

**Units with damages by Hurricane IRMA**

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000015

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

| Unit # | Name | Damaged Areas | Notes |
|---|---|---|---|
| 602 | Jeanna Knight | 2nd bd | |
| 604 | Pedro Santiago | 2rd bd | |
| 605 | Gabriel Aleaga | Living room ceiling | |
| 702 | Fabrizio Di Carlo | Master bd and 2nd Bb | |
| 704 | Sonia Edinger | 2nd Bd and living room | |
| 705 | Ben Benitez | Living room ceiling, unable to open windows | |
| 802 | Edmar Fujita | 2nd bd | |
| 904 | Lorene Pathuisje | Balcony ceiling | |
| 1002 | Olga Evgrafova | Living room floor | |
| 1203 | Irene Di Tondo | living room baseboards | |
| 1302 | Catalina Gonzalez | 2nd Bd | |
| 1304 | Diamelys Torres | Living room ceiling | |
| 1501 | Jaime Pineda | Balcony ceiling | |
| 1503 | Yaqueline Richards | Living room base boards | |
| 1505 | Francisco Caballero | Living room wall | |
| 1604 | Maria C. Macias | Living room floor | |
| 1703 | Tereza Kemp | living room area rug | |
| 1704 | Carmen Lasso | 2nd bd wall | |
| 1803 | Pablo Ramirez | Livingroom ceiling | |
| 1804 | Raymond Aporta | 2nd bd walls, ceiling, also the closet wall | |
| 1904 | Roxana Budetta | Living Rm base boards | |
| 2004 | Phoebe Fellows | 2nd bd and living area rug and sofa | |
| 2005 | Paolo Dina | Living room ceiling | |
| 2104 | Daphne Plug | Kitchen ceiling | |
| 2203 | Paul Camacho | Master bedroom walls | |
| 2204 | Carolina Pena | 2nd bd window wall | |
| 2304 | Sanjay Dansani | living room ceiling and baseboards | |
| 2305 | Rita Dargham | living room carpet and baseboards | |
| 2402 | Arnau Llopart | 2nd bd ceiling | |
| 2404 | Mauricio Acevedo | Ceiling, baseboards around the unit | |
| 2504 | Joselyn Lutchmeesingh | Living and master | |
| 2602 | Hector Almaguer | Master bedroom window | |
| 2801 | Martin Michaelson | living room ceiling | |
| 2803 | Alex Pratt | Master and 2nd Bd ceilings and living r rug | |
| 2805 | Cassandra Andrade | Balcony ceiling | |
| 2903 | Sandra Veizaga | Master bd carpet and ceiling | |
| 3001 | Kal Das | Living, master bedroom and balcony | |

14

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000016

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

| 3002 | Elizabeth De Aguirre | 2nd bd | |
|------|----------------------|--------|---|
| 3003 | Maria del Castillo | Master bd, unable to open windows/shutters | |
| 3103 | Hulusi Gurbuz | Dining room ceiling. Unable to open windows | |

*The following are typical damages that were observed:*



**Photo 5.15 Water stains on the tile along the balcony door of Unit 3001**



**Photo 5.16 Peeling paint and water stains on the ceiling of Unit 3001**

Y:\Clients\Falcon2017\17-886\Documents\R171121-St  Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000017

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.17 Peeling paint from the Dining Room ceiling of Unit 3103**



**Photo 5.18 Peeling paint from ceiling**

Y:\Clients\Falcon2017\17-886\Documents\R171121-St Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000018

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA



**Photo 5.19 Water stains running down wall from crown molding**



**Photo 5.19 Water stains running down wall from crown molding**

Y:\Clients\Falcon2017\17-886\Documents\R171121-St  Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000019

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**



**Photo 5.20 Water damage at ceiling of guest bedroom**



**Photo 5.21 Water damage at ceiling of master bedroom**

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000020

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**





**Photo 5.22 Water damage at ceiling of master bedroom**

**Photo 5.23 Water damage at ceiling**

Several units had water infiltration further back into the units along the east elevation along the shear walls that are perpendicular to the east elevation. It is suspected the damages in the cladding allowed water to infiltrate along the continuous shear walls and travel down to lower units causing damage to finishes.

## 5.5    Effect of Hurricane Irma on the Building:

Wind buffeting and the intense wind pressures to which the building and building components were exposed during Irma caused the building structure and components to move and flex resulting in damages to the building components. Movement of the building components caused by Irma's strong wind forces in conjunction with building movement during the storm, led to water infiltration and associated interior damages.

The aluminum windows and doors were compromised as a result of the strong wind pressures. The compromised windows and doors allowed water to penetrate into the apartment units and cause damage to the window and door jambs, headers and sills, ceilings, walls and floors. Buffeting of the windows and doors caused by Irma's strong wind forces displaced the window and door gasket and caused the windows and doors to rack.

Irma's wind pressures in conjunction with building movement during the storm caused separations and failure of the exterior sealants and cladding of the building façade.

It is our opinion that the damage to the building envelope, windows and doors as indicated in this report was directly caused or exacerbated by Hurricane Irma's winds. Un-repaired damage to the building components would make the building more susceptible to further damage from future rain and wind storm events. It is a recognized fact that damaged or weakened cladding components,

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000021

**EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA**

windows and doors are more susceptible to further damage during lower intensity wind storms thereby allowing more wind to enter into a building, typically resulting in higher wind loads. It is also noted that the management has reported that units continue to leak as a result of regular storm events after Irma, which did not leak previously, further supporting the damage to cladding, windows and doors caused by Irma.

Documents provided by management include proposals, reports and invoices for cleaning and repairs including, but not limited to:
- Lobby air conditioning compressor replacement
- Hallway air conditioning controller replacement
- Chilled water flow switch replacement
- 600 Amp breaker replacement
- Junction box for landscape lighting and circuitry replacement
- Injection Wells pump out and cleaning
- 2 sediment tank replacements
- Removal of mud and debris from parking garage
- Removal of fallen trees and branches
- Removal of carpet from meeting room and office
- Replace wall and flooring in Play room
- Replace card reader for garage exit
- Replace elevator control board


## 6.0   CONCLUSIONS

Based on the analysis and evaluation provided above, the following conclusions are appropriate to a reasonable degree of Architectural and Engineering certainty:

Observations and evaluation of existing conditions, assessment of Hurricane Irma wind speeds proximate to the site show that the building sustained damage from Hurricane Irma which struck Florida on September 10, 2017.

Wind buffeting and the intense wind pressures to which the building and building components were exposed during Irma caused the building structure and components to move and flex resulting in damages to the building components, especially, the windows, doors and areas of the exterior cladding.

Movement of the building components caused by Irma's strong wind forces in conjunction with building movement during the storm, as well as caused openings in the building envelope leading to interior damages and water infiltration.

The compromised windows and doors allowed water to penetrate into the apartment units and common areas and cause damage to the window and door jambs, headers and sills, ceilings, walls, floors, condensation on the windows, staining of the aluminum frames, and streaks of evaporated

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000022

## EVALUATION OF DAMAGES FOLLOWING HURRICANE IRMA

water rivulets on the glass panes in addition to flooding of and damages of common area finishes, and mechanical equipment, electric equipment and controls.

It is our opinion that the damage to the windows and doors as indicated in this report was directly caused or exacerbated by Hurricane Irma's winds. Un-repaired damage to the building components would make the building more susceptible to further damage from future rain and wind storm events. It is a recognized fact that damaged or weakened windows and doors are more susceptible to further damage during lower intensity wind storms thereby allowing more wind to enter into a building, typically resulting in higher wind loads. Poor operation of the windows and doors have been reported throughout the building as a direct effect of the wind forces produced by the storm.

Areas of the exterior cladding has cracked creating points of water infiltration. Selective repairs shall be completed to restore the exterior cladding to a watertight condition and the entire façade coated with a waterproof paint and new sealants.

All residential windows and doors should be replaced as the existing units have failed and no longer function correctly or provide the necessary weather protection. New windows and doors shall be hurricane rated as required by the current building code. Replacement of the windows will require repairs to the adjacent stucco, further necessitating recoating the entire building.

Sincerely,

William J. Pyznar, P.E.
Principal
FL#68708

Y:\Clients\Falcon2017\17-886\Documents\R171121-St Louis Condominium Association- Hurricane Irma Draft Report Docxx

St. Louis - Plaintiff's Expert - The Falcon Group's File - 000023


**GCI CONSULTANTS, LLC**

# Water Leakage Investigation Report

## St. Louis Condominium
## 800 Claughton Island Drive
## Miami, FL  33131



## Prepared for:

### Susan C. Odess, Esq., Attorney
### Siegfried Rivera Hyman Lerner De la Torre Mars & Sobel, PA
### 201 Alhambra Circle, 11th Floor
### Coral Gables, FL  33134

### Investigation Dates:
### 09/11/18 & 09/12/18

### Report Date:
### September 17, 2018

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000001

## STATEMENT OF OBJECTIVE

GCI Consultants, LLC (GCI) was retained to conduct a water leakage investigation at the referenced project site. The objective is to identify, investigate and provide opinions as to the source(s) of water intrusion during and after Hurricane Irma.

## INVESTIGATION PROTOCOL

Conduct a water leakage investigation at the referenced project site using guidelines contained in ASTM E2128-17 Standard Guide for Evaluating Water Leakage of Building Walls, including:
- Gather and review relevant project information as available.
- Interview building management and/or occupants to gain insight about service history.
- Inspect areas of reported leakage.
- Conduct testing of representative leakage locations to recreate reported leaks and identify source(s).

Water test pressures were developed by researching weather records for the highest winds during a rain event at the closest weather reporting station 365 days prior to September 10, 2017 and the days subsequent to September 10, 2017 up to the investigation date.

Water leakage testing includes (continue through sequences until water leakage occurs and source(s) are identified):
- Sequence 1: Spray testing using calibrated water spray rack as described in ASTM E1105-15 Standard Test Method for Field Determination of Water Penetration of Installed Exterior Windows, Skylights, Doors, and Curtain Walls, by Uniform or Cyclic Static Air Pressure Difference. Static air pressure differential = 0 pounds per square foot (psf) Duration = 15 minutes.
- Sequence 2: Spray testing using calibrated water spray rack as described in ASTM E1105-15. Static air pressure differential = 2.96 psf or 0.57[1] column inches of water. Duration = 15 minutes.
- Sequence 3: Spray testing using calibrated water spray rack as described in ASTM E1105-15. Static air pressure differential = 4.96 psf or 0.95[2] column inches of water. Duration = 15 minutes.
- Sequences 4: Investigate and confirm specific source(s) of leakage by successively testing isolated components with a combination of water spray rack, low pressure spray nozzle, and/or static air pressure differential.

## SOURCES OF INFORMATION

Nelly Nickerson, Community Association Manager at St. Louis Condominium Association informed GCI Consultants that most of the glazing systems of the St. Louis Condominium sustained damages due to Hurricane Irma.

## DESCRIPTION OF SYSTEMS

| Specimen | Description | Location |
|----------|-------------|----------|
| A | One Panel Picture Window | Lobby, Meeting Room, East Elevation. |
| B | Two Panel Fixed Window | Lower Lobby, Gym Area, East Elevation. |
| C | Three Single hung Windows | 25th Floor, Unit 2504, East Elevation. |
| D | Three Panel Sliding Glass Door | 10th Floor, Unit 1002, East Elevation. |
| E | Three Single hung Windows | 13h Floor, Unit 1302, East Elevation. |

---

[1] Equivalent to the highest winds during a rain event after September 10, 2017 up to the date of the investigation
[2] Equivalent to the highest winds during a rain event during the 365 days prior to September 10, 2017

**GCI CONSULTANTS, LLC**

## SERVICE HISTORY

- No modifications were done to the glazing systems after the storm.
- No glazing maintenance records were provided from prior to the storm.

**GCI CONSULTANTS, LLC**

**WATER LEAKAGE INVESTIGATION OBSERVATIONS AND RESULTS**

# Lobby, Meeting Room

Tuesday September 11, 2018    11:17 AM

East elevation, One Panel Picture Window.





**GCI CONSULTANTS, LLC**

St. Louis Condominiums
Water Leakage Investigation Report
September 17, 2018
Page 5 of 28





Perimeter sealant and glazing sealant were damaged during the storm, creating openings through which water could pass

**GCI CONSULTANTS, LLC**

0.0 Psf. – 0.0 Col. In. $H_2O$. for 15 min.



No water was observed at 0.0 PSF.

2.96 Psf. - 0.57 Col. In. $H_2O$. for 15 min



**GCI CONSULTANTS, LLC**



No water was observed at 0.57 PSF.

4.96 Psf. - 0.95 Col. In. H2O. 15 min



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000007









**GCI CONSULTANTS, LLC**





Water flowed from the sill glazing joint and collected atop the window frame sill.



# Lower Lobby, Gym Area.

Tuesday September 11, 2018    2:27 PM

Two Panel Fixed Window



0.0 Psf. – 0.0 Col. In. H2O. for 15 min.



No Water was observed at 0.0 PSF.



2.96 Psf. - 0.57 Col. In. H2O. for 15 min











Water flowed to the interior from the sill glazing joint and a corner frame joint.



St. Louis Condominiums
Water Leakage Investigation Report
09/17/2018
Page 13 of 28

# 25th Floor, Unit 2504

Wednesday September 12, 2018      10:06

### Three Single Hung Windows











Frame joints damaged during the storm, creating openings through which water could pass.



**GCI CONSULTANTS, LLC**

St. Louis Condominiums
Water Leakage Investigation Report
09/17/2018
Page 15 of 28

0.0 Psf. – 0.0 Col. In. H2O. for 15 min.





No water observed at 0.0 Psf.



**GCI CONSULTANTS, LLC**

2.96 Psf. - 0.57 Col. In. H2O. for 15 min





 **GCI CONSULTANTS, LLC**





Water flowed to the interior from an assembly frame joint.

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000017

 **GCI CONSULTANTS, LLC**

# 10th Floor, Unit 1002

Wednesday September 12, 2018     1:16 P.M.

Three Panel Sliding Glass Door





Frame joints damaged during the storm, creating openings through which water could pass.



St. Louis Condominiums
Water Leakage Investigation Report
09/17/2018
Page 19 of 28



Perimeter sealant and glazing sealant were damaged during the storm, creating openings through which water could pass.



0.0 Psf. – 0.0 Col. In. H$_2$O. for 15 min.







No water was observed at 0.0 PSF.

2.96 Psf. - 0.57 Col. In. H2O. for 15 min









Water flowed from the left panel bottom rail glazing joint.


**GCI CONSULTANTS, LLC**



Water flowed from the left panel bottom rail glazing joint.



Water flowed from the joint between the operable panel top rail and the head track.



# 13th Floor, Unit 1302

Wednesday September 12, 2018     3:15P.M.

Three Single Hung Window.






**GCI CONSULTANTS, LLC**



Frame joints damaged during the storm, creating openings through which water could pass.

0.0 Psf. – 0.0 Col. In. H2O. for 15 min.







Water flowed from an assembly frame joint.

2.96 Psf. - 0.57 Col. In. H2O. for 15 min




**GCI CONSULTANTS, LLC**

St. Louis Condominiums
Water Leakage Investigation Report
09/17/2018
Page 26 of 28





Water flowed from an assembly frame joint.









St. Louis Condominiums
Water Leakage Investigation Report
09/17/2018
Page 28 of 28

## ANALYSIS AND CONCLUSIONS

GCI Consultants, LLC (GCI) conducted a water leakage investigation at the referenced project site using guidelines contained in ASTM E2128-17 Standard Guide for Evaluating Water Leakage of Building Walls. Seven representative leak locations were investigated as described herein. Each location was identified by building management or occupants as having leaked during Hurricane Irma in September 2017. They further reported leakage was not occurring prior to Hurricane Irma, but has now continued afterwards.

The results of GCI's investigation contained herein confirm active water leakage at representative leak locations. The leakage was caused by openings formed by the storm and damage that occurred during the storm. Specific damages causing water leakage include:
- Openings formed in glazing joints by the storm
- Openings formed in the frame joints by the storm.

The observed damages in combination with observed wind damage (documented in a separate report) cannot be repaired. The windows must be replaced. The stucco must have all cracks repaired and must be re-waterproofed.

My expert opinions and the basis for them are contained within this report and are to a reasonable degree of professional certainty. I reserve the right to supplement my opinions if I am asked to provide any additional services or if new information becomes available.

_____          September 17, 2018
Name                                     Date

**GCI CONSULTANTS, LLC**

September 18, 2018

St. Louis Condominium Association, Inc.
800 Claughton Island Drive
Miami Fl, 33131

RE:  St. Louis Condominium Site Inspection

Dear Board Members;

GCI Consultants, LLC (GCI) has been retained St. Louis Condominium Association, Inc.
to inspect glazing assemblies at the subject property for evidence of windstorm damage and
provide documentation and opinions regarding any identified damage and how to remedy it. My
expert opinions and the basis for them are contained within this report and are to a reasonable
degree of professional certainty.

The basis for my expert opinions includes my work background and over 35 years of experience
in the industry including, but not limited to:

- Thorough working knowledge of windows and sliding glass doors;
- Extensive testing of similar windows and sliding glass doors;
- Developed and introduced the missile impact test that is now used in the Florida Building
  Code;
- Member of ASTM Committees that develop and maintain performance and test standards
  for the window industry;
- Author of numerous papers and articles about hurricane damages and designs for
  hurricane protection;
- Hurricane damage investigations following virtually every major storm since Hurricane
  Andrew in 1992;
- Windstorm damage investigations at over 250 projects following hurricanes of 2004 and
  2005 in Florida;
- Speaker at various educational seminars about hurricane damages and hurricane
  protection;
- Former part owner of Hurricane Test Laboratory, which tests windows and doors to
  Florida Building Code Standards;
- Consultant to Owners, Architects, Contractors and Insurance Companies for hurricane
  damage and mitigation.
- Qualified as an Expert Witness in Federal and State courts with hurricane wind damage,
  windows and doors, and water leakage

A copy of my current Curriculum Vitae is included as ATTACHMENT I and provides further
information about my qualifications

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

GCI conducted inspections at the property in August and September 2018. Our activities at the site included a physical examination of every accessible exterior window and sliding glass door assembly.

**Background Information**

This project is a thirty-one-floor condominium building with a total of 130 units. The structures are concrete and block. Glazing product types include: single hung window, double single hung windows, triple single hung window, three panel sliding glass door. The windows and doors are believed to date from the original construction. The manufacturer is Howard Industries, Inc.

**Scope of Assignment**

GCI was retained to inspect exterior windows and doors for windstorm damage following Hurricane Irma striking the property on September 10, 2017. The owner representative has advised us that the property insurance policy provides for remedying windstorm damage to exterior window and door assemblies to their pre-loss condition A repair would need to cure any observed windstorm damage by restoring the assemblies in performance and appearance to the condition they were in prior to the loss date. If the windows and doors are not able to be repaired to their pre-loss condition, then they must be replaced with new code compliant assemblies.

**Windstorm Damage Inspection**

Every accessible window and door in the building was inspected by me and trained GCI inspectors, using the protocol included as ATTACHMENT II. I have reviewed, edited and approved the data presented within this report, which consists of damage observations and photographs.

The data was collected using Bluebeam Revu software installed on iPad devices. GCI set up floor plan and elevation data sheets prior to the field inspection that were used to record observations and capture photographs. The field data sheets (Floor Plans & Elevations) with data collected during the inspection are included as ATTACHMENT III to this report.

GCI's field observations were recorded by inserting keynotes that I developed for the inspection to describe types of windstorm damage onto elevation drawings of each window or door. Specific observations included:

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

Frame Joint Damage (FJD) - A frame member becomes twisted or separated from another as evidenced by being out of plane, a gap or daylight. This occurs when the frame deflects under load, causing a frame joint between a vertical and horizontal member to twist or come apart.



*Frame Joint Damage*

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018



*Frame Joint Damage*



St. Louis Condominium
September 18, 2018

Damaged or Missing Glazing Bead (GS) - The glazing bead (or glass stop), which functions as a structural member to secure glass in a frame, is misaligned or bent. This occurs when the window or door deflects under wind load. This is a structural issue that cannot be economically repaired.



*Damaged Glass Stop*

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018



*Damaged Glass Stop*

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

Frame Movement (FM) - The perimeter frame has moved as evidenced by a crack between the frame and adjacent surfaces.



*Frame Movement*

# GCI CONSULTANTS, LLC

St. Louis Condominium
September 18, 2018



*Frame Movement*

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

Water Damage (WD) - Evidence of water ingress.



*Water Damage*

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018



*Water Damage*

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

**Analysis and Opinions**

A summary of windstorm damage observations at windows and doors is contained in list format as ATTACHMENT IV. They include recommendation(s) as to whether each assembly should be repaired or replaced.

For assemblies where replacement is recommended, the performance has been reduced and they are vulnerable to future wind events, including during typical afternoon thunderstorms. Repair is not possible due to the type of damage and/or impracticality of repair.

Replacement assemblies must be designed by a licensed professional engineer who would analyze any applicable current code and wind loading requirements. They must withstand required wind loads and have any needed Product Approval and NOA documents.

We reserve the right to supplement my opinion(s) if we are asked to provide any additional services or if new information becomes available.
Respectfully submitted:
GCI Consultants, LLC

*Paul E. Beers*
*CEO and Managing Member*

enclosures

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

# Table of Contents

**ATTACHMENT I** ................................................................................. **13**

**Curriculum Vitae** .......................................................................... **13**

**ATTACHMENT II** .............................................................................. **26**

**Inspection Protocol** ..................................................................... **26**

**ATTACHMENT III** ............................................................................ **28**

**Site Inspection Data** .................................................................... **28**

**ATTACHMENT IV** ............................................................................ **29**

**Data Spreadsheet** ......................................................................... **29**

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

# ATTACHMENT I

**Curriculum Vitae**



 **GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

# PAUL E. BEERS
## Curriculum Vitae

### September 2018

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2005 - Present | Managing Member<br>GCI Consultants, LLC<br>(formerly Glazing Consultants International, LLC, successor entity to Glazing Consultants, Inc.)<br>Building envelope consulting firm |
| 1994 – 2011 | Owner/Director<br>Hurricane Test Laboratory<br>Building Products Testing Facility |
| 1988 - 2005 | Chief Executive Officer<br>Glazing Consultants, Inc.<br>Building envelope consulting firm |
| 1983 - 1989 | President<br>Florida Window and Door, Inc.<br>Commercial glazing firm |
| 1981 - 1983 | Vice President<br>Palm Beach Window Contractors, Inc.<br>Window installation firm |
| 1979 - 1981 | Window and sliding glass door installer and supervisor<br>Jet Window Installers, Inc.<br>Window distributor |
| 1978 - 1979 | Window and sliding glass door installer<br>Gold Coast Erectors, Inc.<br>Window installation firm |
| 1978 | Carpenter's Helper D. E. Hughes, Inc.<br><br>Structural contractor |

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

## SELECTED PROFESSIONAL ASSIGNMENTS

(1)         GCI Consultants, LLC

Perform consulting and expert services for:  attorneys, insurance companies, general contractors, architects, developers, manufacturers, installers and building owners.  Types of projects include hotels, office buildings, hospitals, airports, schools, condominiums, and municipal buildings.

(2)         Glazing Consultants, Inc.

Perform consulting and expert services for:  attorneys, insurance companies, general contractors, architects, developers, manufacturers, installers and building owners.  Types of projects include hotels, office buildings, hospitals, airports, schools, condominiums, and municipal buildings.

(3)         Florida Window and Door, Inc.

Commercial glazing firm with sales volume averaging over $1,000,000.00 annually.  Duties included:  sales, estimating, project coordination, employee supervision and financial management.

Types of products sold included:  storefronts, curtain walls, sloped glazing, sliding glass doors, windows, and all types of glass.  Also specialized in water leak repairs and glass and window replacements.

(4)         Palm Beach Window Contractors, Inc.

Commercial glazing firm specializing in window and sliding glass door installation, water leakage repairs, and scratched glass replacement.  Duties included:  installation, sales, estimating, supervision, and financial management.

(5)         Jet Window Installers, Inc.

Window and sliding glass door distributor specializing in new installations.  Duties included installation of products as well as supervision of workers.

(6)         Gold Coast Erectors, Inc.

Window and sliding glass door installation firm.

(7)         D. E. Hughes, Inc.

Structural concrete forming contractor.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

## EDUCATION

| | |
|---|---|
| 1978 - 1979 | Attended Palm Beach Junior College, Lake Worth, FL |
| 1978 | Attended University of Florida, Gainesville, FL |
| 1974 - 1977 | Graduate of Palm Beach Gardens High School, Palm Beach Gardens, FL |

## CONTINUING EDUCATION

| | |
|---|---|
| February 2017 | Sto Innovation Conference, New York, NY |
| April 2015 | Glass & Metal Symposium, Miami, FL |
| November 2014 | Glass & Metal Symposium, Orlando, FL |
| February 2014 | Glass & Metal Symposium, Fort Lauderdale, FL |
| April 2011 | Window Designs for Bomb Blasts – ASCE Structures Conference, Las Vegas, NV |
| March 2011 | Glass Association of North America – Building Envelope Conference, Las Vegas, NV |
| March 2010 | Glass Association of North America – Building Envelope Conference, Las Vegas, NV |
| August 2009 | GCI Educational Seminar – GE Sealants, Tremco ETA Assemblies, Fluke Thermal Imagers and Suspended Platform Safety Training, West Palm Beach, FL |
| August 2008 | An Overview of AAMA 511-08, West Palm Beach, FL |
| August 2008 | Below Grade Waterproofing and Deck Coatings, Tremco, Inc, GCI Education Seminar, West Palm Beach, FL |
| August 2008 | The Roofing Industry and SBS Modified Bitumen Roofing, Soprema, Inc., GCI Education Seminar, West Palm Beach, FL |
| August 2007 | SBS Modified Bitumen Roofing Systems, and Terapro Waterproofing and Surfacing Systems by Siplast, Palm Beach Gardens, FL |

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

| | |
|---|---|
| August 2006 | "Commercial Glass School" and "Glass Performance Pitfalls," Viracon, Palm Beach Gardens, FL |
| August 2005 | GCI Educational Seminar – Dow Corning Sealants, ASTM Standards and Field Water Infiltration Tests, West Palm Beach, FL |
| April 2004 | Construction Specifications Institute National Conference, Chicago, IL – various continuing education courses |
| June 2003 | Lorman Education Services, "Advances in Environmental Mold Issues in Florida," Sarasota, FL |
| November 2002 | NIST/HUD "Mold in Housing" Workshop, Gaithersburg, MD |
| March 2002 | ASTM Symposium on Glass in Buildings, Pittsburgh, PA |
| February 2002 | Conference on Security Glazing, GSA Headquarters, Washington, DC |
| April 1999 | BETEC Symposium on Security Glazing, Impact Resistant Windows and Systems, and Thermal Performance, Atlanta, GA |
| November 1998 | 3rd National Contract Glazing Conference, Dallas, TX |
| June 1998 | BETEC Symposium on Security Glazing, Impact Resistant Windows and Systems, and Thermal Performance, Washington, DC |
| April 1998 | ASTM Symposium on Water Problems in Building Exterior Walls: Evaluation, Prevention, and Repair, Atlanta, GA |
| October 1997 | ASTM Symposium on Exterior Insulated Finish Systems (EIFS), Innovations and Solutions to Industry Challenges, San Diego, CA |
| March 1997 | American Arbitration Association Training Workshop for Construction Industry Arbitration, Ft. Lauderdale, FL |
| March 1996 | ASTM Symposium on Water Leakage Through Building Facades, Orlando, FL |
| February 1996 | ASTM Symposium on The Science and Technology of Building Seals, Sealants, Glazing and Water Proofing, Ft. Lauderdale, FL |
| March 1995 | ASTM Symposium on Exterior Insulated Finish Systems (EIFS): Materials, Properties and Performance, Denver, CO |
| December 1993 | ASCE Conference on Hurricanes of 1992, Miami, FL |

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

February 1991          ASTM Symposium on Building Seals and Sealants, Ft. Lauderdale, FL

October 1990           ASTM Symposium on Water Leakage Through the Exterior Building
                       Envelope, Detroit, MI

## PROFESSIONAL LICENSES

Glass and Glazing      Dade County, FL Martin County, FL

Window and Door        Palm Beach County, FL Broward County, FL

*Note:                 All licenses were held during periods of association with glazing firms.
                       Licenses are no longer active.

## PROFESSIONAL ASSOCIATIONS

American Society for Testing and Materials (ASTM International)

    Technical Committees:
        E 06 Performance of Building Construction
        C 14 Glass
        F 14 Security

Florida Hospital Engineering Association

Glass Association of North America

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

## PUBLICATIONS

Beers, Paul E., "Wind Risk Assessments for Cladding and Glazing Systems in Critical Facilities," ASCE 2011 Structures Congress, Las Vegas, NV, April 14, 2011.

Beers, Paul E., "Designing Beyond the Code," USGlass, Metal & Glazing, March 2008.

Beers, Paul E., "Designing Beyond the Code," Architects Guide to Glass, Volume 22, Issue 2, March/April 2008.

Beers, Paul E., Pilcher, Mark, Sciaudone, Jeffrey, "Retrofitting Commercial Glazing Systems with Laminated Glass," Use of Glass in Buildings, ASTM STP 1434, V. Block, Ed., ASTM International, 2003.

Beers, Paul E., "Hurricane Protection Requirements for Glazing: Codes and Standards Update," The Construction Specifier, August 2000.

Beers, Paul E., and Yarosh, Kenneth J., "Remedial Sealant Procedures for Fixed Glass and Curtain Walls," Journal of Engineering and Testing, ASTM, March 2000.

Beers, Paul E., Smith, William D., "Evaluation of Windows and Sliding Glass Door Assemblies Installed in New Construction Projects" Water Problems in Building Exterior Walls: Evaluation, Prevention, and Repair, Third Volume, ASTM STP 1352, Jon Boyd and Michael Scheffler, Eds., ASTM, 1999.

Beers, Paul E., Smith, William D., "Repair Methods for Common Water Leaks at Operable Windows and Sliding Glass Doors" Water Leakage Through Building Facades, ASTM STP 1314, R.J. Kudder and J.L. Erdley, Eds., ASTM, 1998.

Beers, Paul E., Smith, William D., "Quality Control Procedures to Prevent Water Leakage Through Windows," Water Leakage Through Building Facades, ASTM STP 1314, R.J. Kudder and J.L. Erdley, Eds., ASTM, 1998.

Smith, William D., Beers, Paul E., "Evaluation of Water Resistance Testing Problems for Installed Facade Systems," Water Leakage Through Building Facades, ASTM STP 1314, R.J. Kudder and J.L. Erdley, Eds., ASTM, 1998.

Beers, Paul E., "Security Glazing" The Construction Specifier, October 1997.

Beers, Paul E., "Looking Back – The Impact of Building Code Changes for Windborne Debris in Hurricane Prone Areas," NCSBCS/NIST Joint Technical and Research Conference, September 1997.

Beers, Paul E., "Batten Down the Hatches" Glass Magazine, February 1997.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

Beers, Paul E., "Windborne Debris Standards Adopted," <u>Glass Magazine</u>, February 1995.

Beers, Paul E., "Designing Hurricane Resistant Glazing," <u>Progressive Architecture</u>, September 1993.

Beers, Paul E., "The Lasting Effects of Hurricane Andrew," <u>Glass Magazine</u>, April 1993.
Beers, Paul E., "Wind Does Not Break Window Glass," <u>Progressive Architecture</u>, April 1992.

Beers, Paul E., "Door Sill Detailing," <u>Progressive Architecture</u>, August 1991.

Beers, Paul E., "Field Testing Windows for Water Leakage," <u>USGlass, Metal & Glazing</u>, August 1990.

Beers, Paul E., "Preventing Water Leakage Through Windows," <u>SunCoast Architect/Builder</u>, June 1990.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

## PRESENTATIONS

"Building Envelope Risk Management," Glass & Metal Symposium, Miami, FL, April 24, 2015

"Assessing Curtain Walls – Considerations and Best Practices," National Academy of Building Inspection Engineers 2015 Annual Conference, Atlanta, Georgia, February 22, 2015

"Designing Building Envelopes for Hurricanes," Zurich Winds of Change, Charlotte, NC, September 24, 2014

"Building Envelopes and Hurricanes," Construction Real Estate Women (CREW), Miami, FL, August 22, 2012

"Designing Building Envelopes for Hurricanes," Risk and Insurance Management Society, Inc. (RIMS) 2011 Florida Chapters 36th Annual Joint Educational Conference, Naples, FL, August 3, 2011

"Wind Risk Assessments for Cladding and Glazing Systems in Critical Facilities," ASCE 2011 Structures Congress, Las Vegas, NV, April 14, 2011.

"Designing The Building Envelope for Disasters," part of "Hurricanes, Seismic, Bomb Blasts, The Building Envelope and More," presentation for Zurich Insurance Risk Engineering, Palm Beach Shores, FL, March 21, 2011

"Glazing Issues, Water Infiltration and Energy," CSI Chapter Meeting, Miami, FL, April 20, 2010.

"Glazing Design Criteria for Windborne Debris," Designing for Windborne Debris, CGI Architectural Symposium, Bonita Springs, FL, November 16, 2007.

"Field Water Testing," Pella 2007 Regional Service Training, Tucson, AZ, February 21, 2007. (Note – this program was repeated in Columbia, SC, Greensboro, NC, Murray, KY, Gettysburg, PA, and Fairfield, OH in March and April 2007).

"Water Infiltration Issues Following the Hurricanes of 2004," WCI Communities Tower Division Meeting, Bonita Springs, FL, October 6, 2004.

"Water Leakage – Addressing the Tough Issues," Pella 2003 Commercial Sales Meeting, Pella, IA, February 14, 2003.

"Water Intrusion and Mold," Thompson, Ventulett, Stainback and Associates, Atlanta, GA, January 27, 2003.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

"Mold Roundtable," National Multifamily Housing Council, La Quinta, California, January 16, 2003.

"Common Water Problems in Buildings," Solving Water Intrusion and Mold Problems in Florida, Sarasota, FL, November 14, 2002.

"Common Water Problems in Buildings," Solving Water Intrusion and Mold Problems in Florida, Tampa, FL, September 19, 2002.

"Common Water Problems in Buildings," and "New Construction Quality Control," R. J. Griffin & Company Project Mangers Seminar, Atlanta, GA, August 23, 2002.

"Water Leakage and Windows – Addressing the Tough Issues," Denver, CO and Chicago, IL, August 6-8, 2002.

"Water Leakage and Windows – Addressing the Tough Issues," Cincinnati, OH and Albany, NY, June 4-6, 2002.

"Common Water Problems in Buildings," Solving Water Intrusion and Mold Problems in Florida, Ft. Lauderdale, FL, May 29, 2002.

"Retrofitting Commercial Glazing Systems with Laminated Glass," ASTM Symposium on Glass in Buildings, Pittsburgh, PA, April 14, 2002.

"Water Leakage and Windows – Addressing the Tough Issues," Kansas City, MO and Minneapolis, MN, February 2002.

"Florida Building Code Briefing," Southeast Glass Association, Orlando, FL, August 11, 2001. "Building Envelope Quality Control," Bovis Lend Lease Project Managers Meeting, Charlotte, NC, May 4, 2001.

"Building Code Briefing – Wind and Water," National Glass Show, Miami Beach, FL, March 14 and 15, 2001.

"Retrofitting Existing Windows and Doors for Hurricane Protection," National Hurricane Conference, New Orleans, LA, April 20, 2000.

"Codes and Standards Update," Glass Association of North America Glass Week, Orlando, FL, January 30, 2000.

"Exterior Insulation and Finish Systems Refresher," Pella Dealer Service Training Seminar, Pella, IA, September 21, 1999.  (The program was repeated October 19, 1999.)

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

"Water Management," Pella Dealer Service Training Seminar, Pella, IA, September 21, 1999. (The program was repeated October 19, 1999.)

"Codes and Standards – Review of the Current Status of Codes and Standards Activities Including ASCE Standard 7, SBCCI's Code Provisions, Proposals for New International Building Code, Dade and Broward County Florida Codes, ASTM and others," BETEC Symposium on Security Glazing, Impact Resistant Windows and Systems, and Thermal Performance Atlanta, GA, April 7, 1999.

"Codes, Standards, Tests & Design for Glazing Hurricane Protection," Colegio de Arquitectos de Puerto Rico (College of Architects of Puerto Rico), San Juan, Puerto Rico, February 25, 1999.

"Got Codes? – An Update on Codes and Standards Activities," 3rd National Contract Glazing Conference, Dallas, TX, November 2, 1998.

 "Retrofitting Commercial Glazing Systems," Annual Congress of The Institute for Business and Home Safety, Orlando, FL, October 22 and 23, 1998.

"Quality Control for Glazing Systems," McDevitt Street Bovis Company Meeting, Charlotte, NC, September 25, 1998.

"Exterior Insulation and Finish Systems," Pella Dealer Service Training Seminar, Pella, IA, September 23, 1998.  (The program was repeated October 14, 1998.)

"Problem Construction Practices," Pella Dealer Service Training Seminar, Pella, IA, September 23, 1998.  (The program was repeated October 14, 1998.)

"Windows, Doors and Skylights," Marriott South Central Region Engineers Conference, Point Clear, AL, August 31, 1998.

"Glazing Codes and Standards," Southeast Glass Expo '98, Ft. Lauderdale, FL, August 7, 1998. "Hurricane Glazing Systems," Cayman Architects and Engineers Society, Grand Cayman, Cayman Islands, British West Indies, July 8, 1998.

"Risky Houses," National Press Club, Washington, DC, June 16, 1998.

"Codes and Standards – Review of the Current Status of Codes and Standards Activities Including ASCE Standard 7, SBCCI's Code Provisions, Proposals for New International Building Code, Dade and Broward County Florida Codes, ASTM and others," BETEC

Symposium on Security Glazing, Impact Resistant Windows and Systems, and Thermal Performance Washington, DC, June 10, 1998.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

"Evaluation of Windows and Sliding Glass Door Assemblies Installed in New Construction Projects," ASTM Symposium on Water Problems in Building Exterior Walls: Evaluation, Prevention, and Repair, Atlanta, GA, April 18 and 19, 1998.

"Standards and Code Provisions for the Design of Non-Structural Components of Buildings," Design of Non-Structural Components of Buildings (Session F-4, Engineering), National Hurricane Conference, Norfolk, VA, April 9, 1998.

"Retrofitting Commercial Structures", IBHS Retrofit Committee, Phoenix, AZ, January 14, 1998. "Looking Back – The Impact of Building Code Changes for Windborne Debris in Hurricane Prone Areas," NCSBCS/NIST Joint Technical & Research Conference, Reston, VA, September 4, 1997.

"Laminated Glass and the South Florida Building Code," University of Miami School of Architecture, Miami, FL, January 24, 1997.

"Curtain Wall Glazing Systems," McDevitt Street Bovis Company Seminar, Charlotte, NC, April 11, 1996.

"Repair Methods For Common Window Leaks at Operable Windows and Sliding Glass Doors," ASTM Symposium on Water Leakage Through Building Facades, Orlando, FL, March 17, 1996.

"New Hurricane Glazing Codes and Fenestration & Energy Codes," Southeast Glass Expo '96, Orlando, FL, March 2, 1996.

"Missile Impact Demonstration," SBCCI Yearly Conference, Nashville, TN, November 6-9, 1994.

"Complying with Missile Impact Requirements Of The South Florida Building Code," AIA/CSI Product Fair, Ft. Lauderdale, FL, September 28, 1994.

"Designing for Windborne Debris," CSI, Miami, FL, September 19, 1994.

"Changes to The South Florida Building Code," Panel Member at CSI Roundtable Discussion, Miami, FL, August 12, 1994.

"Evaluating Storm Shutters & Other Forms of Opening Protection for Use in Hurricane Prone Areas," Florida Department of Insurance, Tallahassee, FL, August 10, 1994.

"Understanding the New South Florida Building Code Missile Impact Requirements," Dade County AIA/CSI Product Fair, Miami, FL, April 19, 1994.

"Hurricane Glazing Workshop," Palm Beach County AIA/CSI Product Fair, West Palm Beach, FL, February 7, 1994.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

"Missile Impact Code Update," ASTM Missile Impact Working Group Meeting, New Orleans, LA, January 12, 1994.

"Hurricane Glazing," Laminated Safety Glass Association/ Glass Tempering Association Summer Meeting, Snowmass, CO, August 27, 1993.

"Engineering the Building Envelope for Hurricane Effects," Metro Dade Building Code Evaluation Task Force, Miami, FL, October 21, 1992.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

# ATTACHMENT II

**Inspection Protocol**



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000054

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

## Inspection Protocol

- Confirm the proper unit number is on the floor plan.

  o  If it is not correct, make a note on the floor plan.

- Confirm floor plan layout is correct.

  o  Make note on floor plan of any changes.

- Make damage observations by going through the entire damages checklist.

- For any noted damages, drag appropriate keynote onto plan and capture photos from within the keynote to depict it as best as possible.

- After taking each photo, examine it to confirm clarity.

  o  If the photo is blurry or otherwise less than perfect, delete it and retake.

- Download inspection data to GCI server midday and upon completion of daily inspection.

.

**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

# ATTACHMENT III

**Site Inspection Data**



**GCI CONSULTANTS, LLC**

St. Louis Condominium
September 18, 2018

# ATTACHMENT IV

**Data Spreadsheet**



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000057



**2nd Floor**
UNDERGROUND

SI E PLAN



Opening: 01

Unit: UNDERGROUND
Assembly Type  Window Wall

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000059

Opening: 02

Unit: UNDERGROUND
Assembly Type  Window Wall



Opening: 03

Unit: UNDERGROUND

Assembly Type   Double Swing Door with Sidelites



Opening: 04

Unit: UNDERGROUND
Assembly Type   Window Wall

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000062

Opening: 05

Unit: UNDERGROUND
Assembly Type Window Wall



Opening: 06

Unit: UNDERGROUND
Assembly Type   Swing Door



Opening: 07

Unit: UNDERGROUND
Assembly Type   Two Frame Fixed Window

Opening: 08

Unit: UNDERGROUND

Assembly Type   Two Frame Fixed Window



Opening: 09



Unit: UNDERGROUND
Assembly Type   Circle Fixed Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000067

Opening: 10



Unit: UNDERGROUND

Assembly Type   Circle Fixed Window



Opening: 11

Unit: UNDERGROUND

Assembly Type   Circle Fixed Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000069



Opening: 12

Unit: UNDERGROUND

Assembly Type   Circle Fixed Window

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 01
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 01
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)

## 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 01
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 01
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 01
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 02
**Space:** 2nd Floor - UNDERGROUN...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 02
**Space:** 2nd Floor - UNDERGROUN...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 2nd Floor - UNDERGROUN...



GS (1 of 1)

**Comments:**

Damaged Glass Stop

---

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 03
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 05
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 06
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 06
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 06
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Movement



FM (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 06
**Space:** 2nd Floor - UNDERGROUN...



**Comments:**

Frame Movement

FM (1 of 1)



**Page:** Opening 06
**Space:** 2nd Floor - UNDERGROUN...



**Comments:**

Frame Movement

FM (1 of 1)



**Page:** Opening 06
**Space:** 2nd Floor - UNDERGROUN...



**Comments:**

Frame Movement

FM (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 07
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 07
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 07
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 07
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 08
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 08
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 08
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 08
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 08
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Water Damage



WD (1 of 1)

# 2nd Floor - UNDERGROUND.pdf Capture Summary



**Page:** Opening 10
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Service and Clean



SC (1 of 1)



**Page:** Opening 11
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Service and Clean



SC (1 of 1)



**Page:** Opening 12
**Space:** 2nd Floor - UNDERGROUN...

**Comments:**

Service and Clean



SC (1 of 1)



| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 01 | 2 | 2nd Floor - UNDERGROUND - Opening 01 - Window Wall | Water Damage | Replace |
| Opening 01 | 2 | 2nd Floor - UNDERGROUND - Opening 01 - Window Wall | Water Damage | Replace |
| Opening 01 | 2 | 2nd Floor - UNDERGROUND - Opening 01 - Window Wall | Water Damage | Replace |
| Opening 01 | 2 | 2nd Floor - UNDERGROUND - Opening 01 - Window Wall | Water Damage | Replace |
| Opening 01 | 2 | 2nd Floor - UNDERGROUND - Opening 01 - Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 2nd Floor - UNDERGROUND - Opening 01 - Window Wall | Water Damage | Replace |
| Opening 02 | 3 | 2nd Floor - UNDERGROUND - Opening 02 - Window Wall | Frame Joint Damage | Replace |
| Opening 02 | 3 | 2nd Floor - UNDERGROUND - Opening 02 - Window Wall | Frame Joint Damage | Replace |
| Opening 03 | 4 | 2nd Floor - UNDERGROUND - Opening 03 - Double Swing Door with Sidelites | Damaged Glass Stop | Replace |
| Opening 03 | 4 | 2nd Floor - UNDERGROUND - Opening 03 - Double Swing Door with Sidelites | Frame Joint Damage | Replace |
| Opening 04 | 5 | 2nd Floor - UNDERGROUND - Opening 04 - Window Wall | Frame Joint Damage | Replace |
| Opening 04 | 5 | 2nd Floor - UNDERGROUND - Opening 04 - Window Wall | Frame Joint Damage | Replace |
| Opening 05 | 6 | 2nd Floor - UNDERGROUND - Opening 05 - Window Wall | Frame Joint Damage | Replace |
| Opening 05 | 6 | 2nd Floor - UNDERGROUND - Opening 05 - Window Wall | Water Damage | Replace |
| Opening 05 | 6 | 2nd Floor - UNDERGROUND - Opening 05 - Window Wall | Frame Joint Damage | Replace |
| Opening 06 | 7 | 2nd Floor - UNDERGROUND - Opening 06 - Swing Door | Frame Movement | Replace |
| Opening 06 | 7 | 2nd Floor - UNDERGROUND - Opening 06 - Swing Door | Frame Movement | Replace |
| Opening 06 | 7 | 2nd Floor - UNDERGROUND - Opening 06 - Swing Door | Frame Movement | Replace |
| Opening 06 | 7 | 2nd Floor - UNDERGROUND - Opening 06 - Swing Door | Frame Movement | Replace |
| Opening 06 | 7 | 2nd Floor - UNDERGROUND - Opening 06 - Swing Door | Frame Movement | Replace |
| Opening 06 | 7 | 2nd Floor - UNDERGROUND - Opening 06 - Swing Door | Frame Movement | Replace |
| Opening 07 | 8 | 2nd Floor - UNDERGROUND - Opening 07 - Two Frame Fixed Window | Frame Movement | Replace |
| Opening 07 | 8 | 2nd Floor - UNDERGROUND - Opening 07 - Two Frame Fixed Window | Water Damage | Replace |
| Opening 07 | 8 | 2nd Floor - UNDERGROUND - Opening 07 - Two Frame Fixed Window | Water Damage | Replace |
| Opening 07 | 8 | 2nd Floor - UNDERGROUND - Opening 07 - Two Frame Fixed Window | Frame Joint Damage | Replace |
| Opening 08 | 9 | 2nd Floor - UNDERGROUND - Opening 08 - Two Frame Fixed Window | Water Damage | Replace |
| Opening 08 | 9 | 2nd Floor - UNDERGROUND - Opening 08 - Two Frame Fixed Window | Water Damage | Replace |
| Opening 08 | 9 | 2nd Floor - UNDERGROUND - Opening 08 - Two Frame Fixed Window | Water Damage | Replace |

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 08 | 9 | 2nd Floor - UNDERGRGROUND - Opening 08 - Two Frame Fixed Window | Water Damage | Replace |
| Opening 08 | 9 | 2nd Floor - UNDERGROUND - Opening 08 - Two Frame Fixed Window | Water Damage | Replace |
| Opening 09 | 10 | 2nd Floor - UNDERGROUND - Opening 09 - Circle Fixed Window | Service and Clean | |
| Opening 10 | 11 | 2nd Floor - UNDERGRGROUND - Opening 10 - Circle Fixed Window | Service and Clean | |
| Opening 11 | 12 | 2nd Floor - UNDERGROUND - Opening 11 - Circle Fixed Window | Service and Clean | |
| Opening 12 | 13 | 2nd Floor - UNDERGROUND - Opening 12 - Circle Fixed Window | Service and Clean | |



**INACCESSIBLE**

**MAIN ENTRANCE**

**SITE PLAN**



Opening: 01

Unit: MAIN ENTRANCE

Assembly Type  Window Wall



Opening: 02

Unit: MAIN ENTRANCE
Assembly Type  Window Wall



Opening: 03



Unit: MAIN ENTRANCE
Assembly Type   Swing Door



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000087



Opening: 04

Unit: MAIN ENTRANCE
Assembly Type  Double Swing Door





Opening: 05



Unit: MAIN ENTRANCE

Assembly Type   Swing Door



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000089

Opening: 06

Unit: MAIN ENTRANCE

Assembly Type  Two Frame Window Wall



Opening: 07

Unit: MAIN ENTRANCE
Assembly Type  Window Wall



Opening: 08



Unit: MAIN ENTRANCE
Assembly Type   Swing Door





Opening: 09

Unit: MAIN ENTRANCE

Assembly Type   Double Swing Door



Opening: 10



Unit: MAIN ENTRANCE
Assembly Type   Swing Door





Opening: 11

Unit: MAIN ENTRANCE

Assembly Type   Window Wall



Opening: 12

Unit: MAIN ENTRANCE

Assembly Type Window Wall



Opening: 13

Unit: MAIN ENTRANCE
Assembly Type Window Wall



Opening: 14

Unit: MAIN ENTRANCE
Assembly Type  Window Wall



Opening: 15

Unit: MAIN ENTRANCE

Assembly Type Window Wall

# 3rd Floor - MAIN ENTRANCE.pdf Capture Summary



**Page:** Opening 01
**Space:** 3rd Floor - MAIN ENTRANC...



WD (1 of 1)

**Comments:**

Water Damage



**Page:** Opening 01
**Space:** 3rd Floor - MAIN ENTRANC...



WD (1 of 1)

**Comments:**

Water Damage



**Page:** Opening 02
**Space:** 3rd Floor - MAIN ENTRANC...



WD (1 of 1)

**Comments:**

Water Damage

# 3rd Floor - MAIN ENTRANCE.pdf Capture Summary



**Page:** Opening 02
**Space:** 3rd Floor - MAIN ENTRANC...



**Comments:**

Water Damage

WD (1 of 1)



**Page:** Opening 04
**Space:** 3rd Floor - MAIN ENTRANC...



**Comments:**

Damaged Glass Stop

GS (1 of 1)



**Page:** Opening 04
**Space:** 3rd Floor - MAIN ENTRANC...



**Comments:**

Damaged Glass Stop

GS (1 of 1)

# 3rd Floor - MAIN ENTRANCE.pdf Capture Summary



**Page:** Opening 12
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 12
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 13
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Water Damage



WD (1 of 1)

# 3rd Floor - MAIN ENTRANCE.pdf Capture Summary



**Page:** Opening 13
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 14
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 14
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Water Damage



WD (1 of 1)

# 3rd Floor - MAIN ENTRANCE.pdf Capture Summary



**Page:** Opening 14
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 15
**Space:** 3rd Floor - MAIN ENTRANC...

**Comments:**

Water Damage

WD (1 of 1)



GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 01 | 2 | 3rd Floor - MAIN ENTRANCE - Opening 01 - Window Wall | Water Damage | Replace |
| Opening 01 | 2 | 3rd Floor - MAIN ENTRANCE - Opening 01 - Window Wall | Water Damage | Replace |
| Opening 02 | 3 | 3rd Floor - MAIN ENTRANCE - Opening 02 - Window Wall | Water Damage | Replace |
| Opening 02 | 3 | 3rd Floor - MAIN ENTRANCE - Opening 02 - Window Wall | Water Damage | Replace |
| Opening 03 | 4 | 3rd Floor - MAIN ENTRANCE - Opening 03 - Swing Door | Service and Clean | |
| Opening 04 | 5 | 3rd Floor - MAIN ENTRANCE - Opening 04 - Double Swing Door | Damaged Glass Stop | Replace |
| Opening 04 | 5 | 3rd Floor - MAIN ENTRANCE - Opening 04 - Double Swing Door | Damaged Glass Stop | Replace |
| Opening 05 | 6 | 3rd Floor - MAIN ENTRANCE - Opening 05 - Swing Door | Service and Clean | |
| Opening 06 | 7 | 3rd Floor - MAIN ENTRANCE - Opening 06 - Two Frame Window Wall | Service and Clean | |
| Opening 07 | 8 | 3rd Floor - MAIN ENTRANCE - Opening 07 - Window Wall | Service and Clean | |
| Opening 08 | 9 | 3rd Floor - MAIN ENTRANCE - Opening 08 - Swing Door | Service and Clean | |
| Opening 09 | 10 | 3rd Floor - MAIN ENTRANCE - Opening 09 - Double Swing Door | Service and Clean | |
| Opening 10 | 11 | 3rd Floor - MAIN ENTRANCE - Opening 10 - Swing Door | Service and Clean | |
| Opening 11 | 12 | 3rd Floor - MAIN ENTRANCE - Opening 11 - Window Wall | Service and Clean | |
| Opening 12 | 13 | 3rd Floor - MAIN ENTRANCE - Opening 12 - Window Wall | Water Damage | Replace |
| Opening 12 | 13 | 3rd Floor - MAIN ENTRANCE - Opening 12 - Window Wall | Water Damage | Replace |
| Opening 13 | 14 | 3rd Floor - MAIN ENTRANCE - Opening 13 - Window Wall | Water Damage | Replace |
| Opening 13 | 14 | 3rd Floor - MAIN ENTRANCE - Opening 13 - Window Wall | Water Damage | Replace |
| Opening 13 | 14 | 3rd Floor - MAIN ENTRANCE - Opening 13 - Window Wall | Frame Joint Damage | Replace |
| Opening 14 | 15 | 3rd Floor - MAIN ENTRANCE - Opening 14 - Window Wall | Frame Joint Damage | Replace |
| Opening 14 | 15 | 3rd Floor - MAIN ENTRANCE - Opening 14 - Window Wall | Water Damage | Replace |
| Opening 14 | 15 | 3rd Floor - MAIN ENTRANCE - Opening 14 - Window Wall | Water Damage | Replace |
| Opening 15 | 16 | 3rd Floor - MAIN ENTRANCE - Opening 15 - Window Wall | Water Damage | Replace |



**ELEVA OR'S AREA**

**BUILDING KEY PLAN**

**SI E PLAN**

Opening: 01



Unit: ELEVATOR'S AREA

Assembly Type   Two Frame Window Wall



UNI  01

SI  E PLAN

BUILDING
KEY PLAN



Opening: 01

Unit: 401

Assembly Type  Triple Single Hung Window





Opening: 02

Unit: 401

Assembly Type   Triple Single Hung Window



Opening: 03

Unit: 401

Assembly Type   Single Hung Window



Opening: 04

Unit: 401

Assembly Type   Double Single Hung Window





Opening: 05

Unit: 401

Assembly Type   Double Single Hung Window





Opening: 06

Unit: 401

Assembly Type   Three Panel Sliding Glass Door





Opening: 01

Unit: 402

Assembly Type   Triple Single Hung Window





Opening: 02

Unit: 402

Assembly Type   Three Panel Sliding Glass Door



Opening: 03



Unit: 402

Assembly Type  Triple Single Hung Window





Opening: 01

Unit: 403

Assembly Type   Triple Single Hung Window





Opening: 02

Unit: 403

Assembly Type   Three Panel Sliding Glass Door



Opening: 03

Unit: 403

Assembly Type   Triple Single Hung Window







Opening: 01

Assembly Type  Triple Single Hung Window

Unit: 404





Opening: 02

Unit: 404

Assembly Type   Three Panel Sliding Glass Door



Opening: 03

Assembly Type   Triple Single Hung Window

Unit: 404





UNI  405

SI  E PLAN

**BUILDING KEY PLAN**



Opening: 01

Unit: 405

Assembly Type  Triple Single Hung Window





Opening: 02

Unit: 405

Assembly Type   Triple Single Hung Window



Opening: 03



Unit: 405

Assembly Type   Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000130



Opening: 04

Unit: 405

Assembly Type   Double Single Hung Window





Opening: 05

Unit: 405

Assembly Type  Double Single Hung Window





Opening: 06

Assembly Type  Three Panel Sliding Glass Door

Unit:  405



# 4th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 4th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 4th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** UNIT 401
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000134

# 4th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 4th Floor - UNIT 401 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** UNIT 402
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 4th Floor - UNIT 402 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 01
**Space:** 4th Floor - UNIT 402 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 4th Floor - UNIT 402 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 402 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 402 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 4th Floor - UNIT 402 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 03
**Space:** 4th Floor - UNIT 402 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** UNIT 403
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 4th Floor - UNIT 403 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 404
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 4th Floor.pdf Capture Summary




**Page:** Opening 01
**Space:** 4th Floor - UNIT 404 - Openi...



**Comments:**

Frame Joint Damage

FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 404 - Openi...



**Comments:**

Frame Joint Damage

FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 404 - Openi...



**Comments:**

Frame Joint Damage

FJD (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 01
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Limited Access



LA (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 03
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 03
**Space:** 4th Floor - UNIT 404 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** UNIT 405
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 4th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 4th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 4th Floor - UNIT 405 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 01 | 2 | 4th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 4th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 401 | 3 | | Unit Number | |
| Opening 01 | 4 | 4th Floor - UNIT 401 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 4th Floor - UNIT 401 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 4th Floor - UNIT 401 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 4th Floor - UNIT 401 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 4th Floor - UNIT 401 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 4 | 4th Floor - UNIT 401 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 4th Floor - UNIT 401 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 4th Floor - UNIT 401 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 4th Floor - UNIT 401 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 4th Floor - UNIT 401 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 4th Floor - UNIT 401 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 4th Floor - UNIT 401 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 4th Floor - UNIT 401 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 4th Floor - UNIT 401 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 4th Floor - UNIT 401 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 4th Floor - UNIT 401 - Opening 04 - Double Single Hung Window | Hard To Operate | Repair |
| Opening 05 | 8 | 4th Floor - UNIT 401 - Opening 05 - Double Single Hung Window | Frame Movement | Replace |
| Opening 05 | 8 | 4th Floor - UNIT 401 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 4th Floor - UNIT 401 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 4th Floor - UNIT 401 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| UNIT 402 | 10 | | Unit Number | |
| Opening 01 | 11 | 4th Floor - UNIT 402 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 11 | 4th Floor - UNIT 402 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 11 | 4th Floor - UNIT 402 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 02 | 12 | 4th Floor - UNIT 402 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 4th Floor - UNIT 402 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |



| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 13 | 4th Floor - UNIT 402 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 13 | 4th Floor - UNIT 402 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| UNIT 403 | 14 | | Unit Number | |
| Opening 01 | 15 | 4th Floor - UNIT 403 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 4th Floor - UNIT 403 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 16 | 4th Floor - UNIT 403 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 16 | 4th Floor - UNIT 403 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 16 | 4th Floor - UNIT 403 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 16 | 4th Floor - UNIT 403 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 17 | 4th Floor - UNIT 403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 4th Floor - UNIT 403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 4th Floor - UNIT 403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 4th Floor - UNIT 403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 4th Floor - UNIT 403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 404 | 18 | | Unit Number | |
| Opening 01 | 19 | 4th Floor - UNIT 404 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 4th Floor - UNIT 404 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 4th Floor - UNIT 404 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 4th Floor - UNIT 404 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 4th Floor - UNIT 404 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 4th Floor - UNIT 404 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 02 | 20 | 4th Floor - UNIT 404 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 20 | 4th Floor - UNIT 404 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 21 | 4th Floor - UNIT 404 - Opening 03 - Triple Single Hung Window | Limited Access | |
| Opening 03 | 21 | 4th Floor - UNIT 404 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 4th Floor - UNIT 404 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 4th Floor - UNIT 404 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| UNIT 405 | 22 | | Unit Number | |

GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 01 | 23 | 4th Floor - UNIT 405 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 4th Floor - UNIT 405 - Opening 01 - Triple Single Hung Window | Hard To Operate | Repair |
| Opening 01 | 23 | 4th Floor - UNIT 405 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 4th Floor - UNIT 405 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 4th Floor - UNIT 405 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 4th Floor - UNIT 405 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 4th Floor - UNIT 405 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 4th Floor - UNIT 405 - Opening 04 - Double Single Hung Window | Hard To Operate | Repair |
| Opening 04 | 26 | 4th Floor - UNIT 405 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 4th Floor - UNIT 405 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 4th Floor - UNIT 405 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 4th Floor - UNIT 405 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 28 | 4th Floor - UNIT 405 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 4th Floor - UNIT 405 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 4th Floor - UNIT 405 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 4th Floor - UNIT 405 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 4th Floor - UNIT 405 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 4th Floor - UNIT 405 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000101

Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type: Two Frame Window Wall





Opening: 01

Assembly Type: Triple Single Hung Window

Unit: 501





Opening: 02

Unit: 501

Assembly Type: Triple Single Hung Window



**Opening:** 03

**Unit:** 501

**Assembly Type:** Single Hung Window



Opening: 04

Unit: 501

Assembly Type: Double Single Hung Window





**Opening:** 05

**Unit:** 501

**Assembly Type:** Double Single Hung Window



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000168



Opening: 06

Unit: 501

Assembly Type: Three Panel Sliding Glass Door



SI E PLAN

BUILDING
KEY PLAN

UNI  502

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000170



**Opening:** 01

**Unit:** 502

**Assembly Type:** Triple Single Hung Window





Opening: 02

Assembly Type: Three Panel Sliding Glass Door

Unit: 502

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000172



**Opening:** 03

**Assembly Type:** Triple Single Hung Window

**Unit:** 502







Opening: 01

Assembly Type: Triple Single Hung Window

Unit: 503





Opening: 02

Assembly Type: Three Panel Sliding Glass Door

Unit: 503



**Opening:** 03

**Unit:** 503

**Assembly Type:** Triple Single Hung Window







Opening: 01

Assembly Type: Triple Single Hung Window

Unit: 504





Opening: 02

Assembly Type: Three Panel Sliding Glass Door

Unit: 504



**Opening:** 03

**Assembly Type:** Triple Single Hung Window

**Unit:** 504





UNI  505

SI  E PLAN

BUILDING
KEY PLAN



Opening: 01

Assembly Type: Triple Single Hung Window

Unit: 505







Opening: 02

Assembly Type: Triple Single Hung Window

Unit: 505

**Opening:** 03

**Unit:** 505

**Assembly Type:** Single Hung Window



**Opening:** 04

**Unit:** 505

**Assembly Type:** Double Single Hung Window





**Opening:** 05

**Unit:** 505

**Assembly Type:** Double Single Hung Window





**Opening:** 06

**Unit:** 505

**Assembly Type:** Three Panel Sliding Glass Door

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000188

# 5th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 5th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 5th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 5th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000189

# 5th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 5th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 5th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** UNIT 501
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

----------------------------------------------------



**Page:** Opening 01
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

----------------------------------------------------



**Page:** Opening 02
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Water Damage



WD (1 of 1)

----------------------------------------------------

# 5th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 02
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 02
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Water Damage



WD (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 5th Floor - UNIT 501 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 5th Floor - UNIT 501 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 04
**Space:** 5th Floor - UNIT 501 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000193

# 5th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 5th Floor - UNIT 501 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 502
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 5th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 5th Floor - UNIT 502 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 01
**Space:** 5th Floor - UNIT 502 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 5th Floor - UNIT 502 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 5th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 5th Floor - UNIT 502 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 03
**Space:** 5th Floor - UNIT 502 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** UNIT 503
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 5th Floor - UNIT 503 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 5th Floor - UNIT 503 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** UNIT 504
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 5th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 5th Floor - UNIT 504 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 5th Floor - UNIT 504 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 5th Floor - UNIT 504 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 5th Floor - UNIT 504 - Openi...

**Comments:**

Damaged Glass Stop



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 5th Floor - UNIT 504 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 02
**Space:** 5th Floor - UNIT 504 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 5th Floor.pdf Capture Summary




**Page:** Opening 03
**Space:** 5th Floor - UNIT 504 - Openi…

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 5th Floor - UNIT 504 - Openi…

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 5th Floor - UNIT 504 - Openi…

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 5th Floor.pdf Capture Summary




**Page:** Opening 03
**Space:** 5th Floor - UNIT 504 - Openi...



GS (1 of 1)

**Comments:**

Damaged Glass Stop

---



**Page:** Opening 03
**Space:** 5th Floor - UNIT 504 - Openi...



GS (1 of 1)

**Comments:**

Damaged Glass Stop

---



**Page:** Opening 03
**Space:** 5th Floor - UNIT 504 - Openi...



GS (1 of 1)

**Comments:**

Damaged Glass Stop

---

# 5th Floor.pdf Capture Summary



**Page:** UNIT 505
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 5th Floor - UNIT 505 - Openi…

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 02
**Space:** 5th Floor - UNIT 505 - Openi…

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 5th Floor - UNIT 505 - Openi…

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Damaged Glass Stop



FJD (1 of 1)



**Page:** Opening 03
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Damaged Glass Stop



FJD (1 of 1)

# 5th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---

# 5th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 5th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 5th Floor - UNIT 505 - Openi...

**Comments:**

Frame Joint Damage

FJD (1 of 1)

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000208



GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 01 | 2 | 5th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 5th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 5th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 5th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 5th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 501 | 3 | | Unit Number | |
| Opening 01 | 4 | 5th Floor - UNIT 501 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 5th Floor - UNIT 501 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 5th Floor - UNIT 501 - Opening 02 - Triple Single Hung Window | Water Damage | Replace |
| Opening 02 | 5 | 5th Floor - UNIT 501 - Opening 02 - Triple Single Hung Window | Water Damage | Replace |
| Opening 02 | 5 | 5th Floor - UNIT 501 - Opening 02 - Triple Single Hung Window | Water Damage | Replace |
| Opening 02 | 5 | 5th Floor - UNIT 501 - Opening 02 - Triple Single Hung Window | Water Damage | Replace |
| Opening 03 | 6 | 5th Floor - UNIT 501 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 5th Floor - UNIT 501 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 5th Floor - UNIT 501 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 5th Floor - UNIT 501 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 5th Floor - UNIT 501 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 5th Floor - UNIT 501 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 5th Floor - UNIT 501 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 5th Floor - UNIT 501 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| UNIT 502 | 10 | | Unit Number | |
| Opening 01 | 11 | 5th Floor - UNIT 502 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 11 | 5th Floor - UNIT 502 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 5th Floor - UNIT 502 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 13 | 5th Floor - UNIT 502 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 13 | 5th Floor - UNIT 502 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| UNIT 503 | 14 | | Unit Number | |
| Opening 01 | 15 | 5th Floor - UNIT 503 - Opening 01 - Triple Single Hung Window | Service and Clean | |

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 02 | 16 | 5th Floor - UNIT 503 - Opening 02 - Three Panel Sliding Glass Door | Frame Movement | Replace |
| Opening 02 | 16 | 5th Floor - UNIT 503 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 17 | 5th Floor - UNIT 503 - Opening 03 - Triple Single Hung Window | Service and Clean | |
| UNIT 504 | 18 | | Unit Number | |
| Opening 01 | 19 | 5th Floor - UNIT 504 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 5th Floor - UNIT 504 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 5th Floor - UNIT 504 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 5th Floor - UNIT 504 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 5th Floor - UNIT 504 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 5th Floor - UNIT 504 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 21 | 5th Floor - UNIT 504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 5th Floor - UNIT 504 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 5th Floor - UNIT 504 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 5th Floor - UNIT 504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 5th Floor - UNIT 504 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 5th Floor - UNIT 504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 505 | 22 | | Unit Number | |
| Opening 01 | 23 | 5th Floor - UNIT 505 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 5th Floor - UNIT 505 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 23 | 5th Floor - UNIT 505 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 02 | 24 | 5th Floor - UNIT 505 - Opening 02 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 02 | 24 | 5th Floor - UNIT 505 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 5th Floor - UNIT 505 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 5th Floor - UNIT 505 - Opening 03 - - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 5th Floor - UNIT 505 - Opening 03 - - Single Hung Window | Damaged Glass Stop | Replace |
| Opening 04 | 26 | 5th Floor - UNIT 505 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 5th Floor - UNIT 505 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 5th Floor - UNIT 505 - Opening 05 - Double Single Hung Window | Damaged Glass Stop | Replace |



GCI CONSULTANTS, LLC



GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 05 | 27 | 5th Floor - UNIT 505 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 28 | 5th Floor - UNIT 505 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 5th Floor - UNIT 505 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 5th Floor - UNIT 505 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 5th Floor - UNIT 505 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |



ELEVA OR'S AREA

SI E PLAN

BUILDING KEY PLAN

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000212

Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type   Two Frame Window Wall



UNI 601

SI E PLAN

BUILDING KEY PLAN



Opening: 01

Assembly Type Triple Single Hung Window

Unit: 601





Opening: 02

Unit: 601

Assembly Type Triple Single Hung Window



**Opening:** 03

**Unit:** 601

**Assembly Type** Single Hung Window



Opening: 04

Assembly Type Double Single Hung Window

Unit: 601





Opening: 05

Unit: 601

Assembly Type Double Single Hung Window





Opening: 06

Assembly Type Three Panel Sliding Glass Door

Unit: 601







Opening: 01

Unit: 602

Assembly Type Triple Single Hung Window



Opening: 02

Unit: 602

Assembly Type  Three Panel Sliding Glass Door



Opening: 03

Unit: 602

Assembly Type Triple Single Hung Window







**Opening:** 01

**Unit:** 603

**Assembly Type** Triple Single Hung Window





**Opening:** 02

**Unit:** 603

**Assembly Type**  Three Panel Sliding Glass Door



**Opening:** 03

**Unit:** 603

**Assembly Type** Triple Single Hung Window





**SI E PLAN**

**UNI  604**

**BUILDING KEY PLAN**



**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 604



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000230



**Opening:** 02

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 604



Opening: 03

Unit: 604

Assembly Type Triple Single Hung Window





St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000233



Opening: 01

Assembly Type  Triple Single Hung Window

Unit: 605





Opening: 02

Unit: 605

Assembly Type Triple Single Hung Window



Opening: 03

Assembly Type  Single Hung Window

Unit: 605



Opening: 04

Assembly Type  Double Single Hung Window

Unit: 605





**Opening:** 05

**Unit:** 605

**Assembly Type** Double Single Hung Window





Opening: 06

Assembly Type  Three Panel Sliding Glass Door

Unit: 605

# 6th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 6th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 601
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 601 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 6th Floor - UNIT 601 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 6th Floor - UNIT 601 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 6th Floor - UNIT 601 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage



**Page:** Opening 02
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage



**Page:** Opening 02
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

# 6th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 04
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 04
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 05
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 05
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 06
**Space:** 6th Floor - UNIT 601 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 6th Floor - UNIT 601 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 602
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary




**Page:** Opening 01
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 602 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** UNIT 603
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Service and Clean



SC (1 of 1)

---



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** UNIT 604
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...



**Comments:**

Frame Movement

FM (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...



**Comments:**

Damaged Glass Stop

GS (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...



**Comments:**

Damaged Glass Stop

GS (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...



FM (1 of 1)

**Comments:**

Frame Movement



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

# 6th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary





**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 6th Floor - UNIT 603 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** UNIT 605
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 6th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 6th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000269

# 6th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 6th Floor - UNIT 605 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000270

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 6th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 6th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 6th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 601 | 3 | | Unit Number | |
| Opening 01 | 4 | 6th Floor - UNIT 601 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 6th Floor - UNIT 601 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 6th Floor - UNIT 601 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 6th Floor - UNIT 601 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 6th Floor - UNIT 601 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 6th Floor - UNIT 601 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 6th Floor - UNIT 601 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 6th Floor - UNIT 601 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 6th Floor - UNIT 601 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 6th Floor - UNIT 601 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 6th Floor - UNIT 601 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 6th Floor - UNIT 601 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 6th Floor - UNIT 601 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 6th Floor - UNIT 601 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 6th Floor - UNIT 601 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 6th Floor - UNIT 601 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 6th Floor - UNIT 601 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| UNIT 602 | 10 | | Unit Number | |
| Opening 01 | 11 | 6th Floor - UNIT 602 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 6th Floor - UNIT 602 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 6th Floor - UNIT 602 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 6th Floor - UNIT 602 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 6th Floor - UNIT 602 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |


GCI CONSULTANTS, LLC



GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 02 | 12 | 6th Floor - UNIT 602 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 13 | 6th Floor - UNIT 602 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 6th Floor - UNIT 602 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 6th Floor - UNIT 602 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 6th Floor - UNIT 602 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 603 | 14 | | Unit Number | |
| Opening 01 | 15 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Service and Clean | |
| Opening 02 | 16 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 17 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 604 | 18 | | Unit Number | |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 19 | 6th Floor - UNIT 603 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Movement | Replace |
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Movement | Replace |
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Movement | Replace |
| Opening 02 | 20 | 6th Floor - UNIT 603 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 6th Floor - UNIT 603 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 605 | 22 | | Unit Number | |
| Opening 01 | 23 | 6th Floor - UNIT 605 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 6th Floor - UNIT 605 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 6th Floor - UNIT 605 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 6th Floor - UNIT 605 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 6th Floor - UNIT 605 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 6th Floor - UNIT 605 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 6th Floor - UNIT 605 - Opening 03 - Single Hung Window | Inoperable | Replace |
| Opening 03 | 25 | 6th Floor - UNIT 605 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 25 | 6th Floor - UNIT 605 - Opening 03 .- Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 6th Floor - UNIT 605 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 6th Floor - UNIT 605 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 6th Floor - UNIT 605 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 6th Floor - UNIT 605 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 6th Floor - UNIT 605 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 28 | 6th Floor - UNIT 605 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 6th Floor - UNIT 605 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000274



SI  E PLAN

BUILDING
KEY PLAN

ELEVA  OR'S AREA

① 1

Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type  Two Frame Window Wall





**Opening:** 01

**Unit:** 701

**Assembly Type** Triple Single Hung Window





Opening: 02

Unit: 701

Assembly Type Triple Single Hung Window



**Opening:** 03

**Unit:** 701

**Assembly Type** Single Hung Window



**Opening:** 04

**Unit:** 701

**Assembly Type** Double Single Hung Window





Opening: 05

Unit: 701

Assembly Type  Double Single Hung Window





Opening: 06

Unit: 701

Assembly Type  Three Panel Sliding Glass Door





Opening: 01

Unit: 702

Assembly Type Triple Single Hung Window





Opening: 02

Assembly Type  Three Panel Sliding Glass Door

Unit: 702

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000286



**Opening:** 03

**Unit:** 702

**Assembly Type** Triple Single Hung Window







Opening: 01

Assembly Type Triple Single Hung Window

Unit: 703





Opening: 02

Unit: 703

Assembly Type  Three Panel Sliding Glass Door

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000290



Opening: 03

Unit: 703

Assembly Type Triple Single Hung Window







Opening: 01

Unit: 704

Assembly Type Triple Single Hung Window





Opening: 02

Assembly Type  Three Panel Sliding Glass Door

Unit: 704



Opening: 03

Unit: 704

Assembly Type Triple Single Hung Window





UNI 705

SI E PLAN

BUILDING
KEY PLAN



Opening: 01

Unit: 705

Assembly Type  Triple Single Hung Window





**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 705



**Opening:** 03

**Unit:** 705

**Assembly Type**   Single Hung Window





Opening: 04

Unit: 705

Assembly Type  Double Single Hung Window



**Opening:** 05

**Assembly Type** Double Single Hung Window

**Unit:** 705





Opening: 06

Unit: 705

Assembly Type   Three Panel Sliding Glass Door

# 7th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 7th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 7th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** UNIT 701
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 701 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage



**Page:** Opening 02
**Space:** 7th Floor - UNIT 701 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage



**Page:** Opening 02
**Space:** 7th Floor - UNIT 701 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

# 7th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 7th Floor - UNIT 701 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 702
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 7th Floor - UNIT 702 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 703
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 02
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Limited Access



LA (1 of 1)

---



**Page:** Opening 03
**Space:** 7th Floor - UNIT 703 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 704
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Limited Access



LA (1 of 1)



**Page:** Opening 02
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 02
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Water Damage



WD (1 of 1)

---



**Page:** Opening 03
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 03
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)

---

# 7th Floor.pdf Capture Summary




**Page:** Opening 03
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 03
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 7th Floor - UNIT 704 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 7th Floor - UNIT 704 - Openi...



LA (1 of 1)

**Comments:**

Limited Access

---



**Page:** UNIT 705
**Space:**



UN (1 of 1)

**Comments:**

Unit Number

---



**Page:** Opening 01
**Space:** 7th Floor - UNIT 705 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary




**Page:** Opening 02
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 7th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 7th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 7th Floor - UNIT 705 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000328



GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 7th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 7th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 701 | 3 | | Unit Number | |
| Opening 01 | 4 | 7th Floor - UNIT 701 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 7th Floor - UNIT 701 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 7th Floor - UNIT 701 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 7th Floor - UNIT 701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 7th Floor - UNIT 701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 7th Floor - UNIT 701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 7th Floor - UNIT 701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 7th Floor - UNIT 701 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 7th Floor - UNIT 701 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 7th Floor - UNIT 701 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 7th Floor - UNIT 701 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 7th Floor - UNIT 701 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 7th Floor - UNIT 701 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 7th Floor - UNIT 701 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 7th Floor - UNIT 701 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 7th Floor - UNIT 701 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| UNIT 702 | 10 | | Unit Number | |
| Opening 01 | 11 | 7th Floor - UNIT 702 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 7th Floor - UNIT 702 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 7th Floor - UNIT 702 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 7th Floor - UNIT 702 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 7th Floor - UNIT 702 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 7th Floor - UNIT 702 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 7th Floor - UNIT 702 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 02 | 12 | 7th Floor - UNIT 702 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Hard To Operate | Repair |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 7th Floor - UNIT 702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 703 | 14 | | Unit Number | |
| Opening 01 | 15 | 7th Floor - UNIT 703 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 7th Floor - UNIT 703 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 7th Floor - UNIT 703 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 7th Floor - UNIT 703 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 7th Floor - UNIT 703 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 02 | 16 | 7th Floor - UNIT 703 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 17 | 7th Floor - UNIT 703 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 7th Floor - UNIT 703 - Opening 03 - Triple Single Hung Window | Limited Access | |
| UNIT 704 | 18 | | Unit Number | |
| Opening 01 | 19 | 7th Floor - UNIT 704 - Opening 01 - Triple Single Hung Window | Limited Access | |
| Opening 01 | 19 | 7th Floor - UNIT 704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 7th Floor - UNIT 704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 7th Floor - UNIT 704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 7th Floor - UNIT 704 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 20 | 7th Floor - UNIT 704 - Opening 02 - Three Panel Sliding Glass Door | Water Damage | Replace |
| Opening 03 | 21 | 7th Floor - UNIT 704 - Opening 03 - Triple Single Hung Window | Water Damage | Replace |
| Opening 03 | 21 | 7th Floor - UNIT 704 - Opening 03 - Triple Single Hung Window | Limited Access | |
| Opening 03 | 21 | 7th Floor - UNIT 704 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 21 | 7th Floor - UNIT 704 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |


GCI CONSULTANTS, LLC



GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 21 | 7th Floor - UNIT 704 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 21 | 7th Floor - UNIT 704 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 21 | 7th Floor - UNIT 704 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 705 | 22 | | Unit Number | |
| Opening 01 | 23 | 7th Floor - UNIT 705 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 7th Floor - UNIT 705 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 7th Floor - UNIT 705 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 7th Floor - UNIT 705 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 7th Floor - UNIT 705 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 7th Floor - UNIT 705 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 7th Floor - UNIT 705 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 7th Floor - UNIT 705 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 7th Floor - UNIT 705 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 7th Floor - UNIT 705 - Opening 03 - Single Hung Window | Hard To Operate | Repair |
| Opening 04 | 26 | 7th Floor - UNIT 705 - Opening 04 - Double Single Hung Window | Hard To Operate | Repair |
| Opening 04 | 26 | 7th Floor - UNIT 705 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 7th Floor - UNIT 705 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 7th Floor - UNIT 705 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 7th Floor - UNIT 705 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 7th Floor - UNIT 705 - Opening 05 - Double Single Hung Window | Hard To Operate | Repair |
| Opening 05 | 27 | 7th Floor - UNIT 705 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 28 | 7th Floor - UNIT 705 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 7th Floor - UNIT 705 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 7th Floor - UNIT 705 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |



Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type   Two Frame Window Wall



UNI 801

SI E PLAN

BUILDING
KEY PLAN

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000334



**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 801





Opening: 02

Assembly Type Triple Single Hung Window

Unit: 801



**Opening:** 03

**Unit:** 801

**Assembly Type** Single Hung Window



Opening: 04

Assembly Type Double Single Hung Window

Unit: 801







**Opening:** 05

**Unit:** 801

**Assembly Type** Double Single Hung Window



Opening: 06

Unit: 801

Assembly Type   Three Panel Sliding Glass Door



UNI 802

SI E PLAN

BUILDING
KEY PLAN

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000341



Opening: 01

Unit: 802

Assembly Type Triple Single Hung Window





Opening: 02

Unit: 802

Assembly Type   Three Panel Sliding Glass Door



**Opening:** 03

**Unit:** 802

**Assembly Type** Triple Single Hung Window







Opening: 01

Assembly Type Triple Single Hung Window

Unit: 803



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000346



**Opening:** 02

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 803

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000347



**Opening:** 03

**Unit:** 803

**Assembly Type** Triple Single Hung Window







**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 804





Opening: 02

Assembly Type  Three Panel Sliding Glass Door

Unit: 804



Opening: 03

Assembly Type Triple Single Hung Window

Unit: 804





UNI 805

SI E PLAN

BUILDING
KEY PLAN



**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 805







**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 805



**Opening:** 03

**Unit:** 805
**Assembly Type** Single Hung Window



Opening: 04

Assembly Type  Double Single Hung Window

Unit: 805





**Opening:** 05

**Assembly Type** Double Single Hung Window

**Unit:** 805





Opening: 06

Unit: 805

Assembly Type   Three Panel Sliding Glass Door

# 8th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 8th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 8th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 8th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 8th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 8th Floor - ELEVATOR'S AR...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** UNIT 801
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 000361

# 8th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Limited Access



LA (1 of 1)

---



**Page:** Opening 02
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 8th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 8th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Label



LABEL (1 of 1)



**Page:** Opening 03
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Broken Balance



BB (1 of 1)



**Page:** Opening 04
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 8th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 8th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 8th Floor - UNIT 801 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 8th Floor.pdf Capture Summary



**Page:** UNIT 802
**Space:**

**Comments:**

Unit Number


UN (1 of 1)

---



**Page:** Opening 01
**Space:** 8th Floor - UNIT 802 - Openi...

**Comments:**

Frame Joint Damage


FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 8th Floor - UNIT 802 - Openi...

**Comments:**

Frame Joint Damage


FJD (1 of 1)

---

# 8th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 8th Floor - UNIT 802 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 8th Floor - UNIT 802 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 8th Floor - UNIT 802 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 8th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 8th Floor - UNIT 802 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 8th Floor - UNIT 802 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 8th Floor - UNIT 802 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

# 8th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 8th Floor - UNIT 802 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** UNIT 803
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 8th Floor - UNIT 803 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 8th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 8th Floor - UNIT 803 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 8th Floor - UNIT 803 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 8th Floor - UNIT 803 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 8th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 8th Floor - UNIT 803 - Openi...

**Comments:**

Limited Access



LA (1 of 1)



**Page:** Opening 03
**Space:** 8th Floor - UNIT 803 - Openi...

**Comments:**

Service and Clean



SC (1 of 1)



**Page:** UNIT 804
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

# 8th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 8th Floor - UNIT 804 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 8th Floor - UNIT 804 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 8th Floor - UNIT 804 - Openi...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 8th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 8th Floor - UNIT 804 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 01
**Space:** 8th Floor - UNIT 804 - Openi...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 01
**Space:** 8th Floor - UNIT 804 - Openi...



LABEL (1 of 1)

**Comments:**

Label