

Opening: 01

Unit: 2403

Assembly Type Triple Single Hung Window





Opening: 02

Assembly Type  Three Panel Sliding Glass Door

Unit: 2403

GCI

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001176



Opening: 03

Unit: 2403

Assembly Type  Triple Single Hung Window





Opening: 01





Assembly Type Triple Single Hung Window

Unit: 2404





Opening: 02

Unit: 2404
Assembly Type   Three Panel Sliding Glass Door



**Opening:** 03

**Unit:** 2404

**Assembly Type** Triple Single Hung Window





Opening: 01

Unit: 2405

Assembly Type  Triple Single Hung Window







**Opening:** 02



**Unit:** 2405

**Assembly Type** Triple Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001184

**Opening:** 03

**Assembly Type** Single Hung Window

**Unit:** 2405



Opening: 04

Double Single Hung Window

Assembly Type

Unit: 2405





**Opening:** 05

**Assembly Type** Double Single Hung Window

**Unit:** 2405





**Opening:** 06

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 2405

# 24th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 24th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 24th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 24th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 24th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 24th Floor - UNIT 2401 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 24th Floor - UNIT 2401 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 24th Floor.pdf Capture Summary



**Page:** UNIT 2402
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2402 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2402 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 24th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2402 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2402 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2402 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 24th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2402 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2403
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 24th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 24th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 24th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 24th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2403 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 24th Floor.pdf Capture Summary



**Page:** UNIT 2404
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2404 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2404 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 24th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2404 - Op...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2404 - Op...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2404 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 24th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2404 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 24th Floor - UNIT 2404 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Movement



FM (1 of 1)

---

# 24th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 01
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Movement



FM (1 of 1)

# 24th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 04
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 24th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Service and Clean



SC (1 of 1)

---



**Page:** Opening 06
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Water Damage



WD (1 of 1)

---



**Page:** Opening 06
**Space:** 24th Floor - UNIT 2405 - Op...

**Comments:**

Frame Movement



FM (1 of 1)

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 24th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 24th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 24th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 2401 | 3 | | Unit Number | |
| Opening 01 | 4 | 24th Floor - UNIT 2401 - Opening 01 - Triple Single Hung Window | Service and Clean | |
| Opening 02 | 5 | 24th Floor - UNIT 2401 - Opening 02 - Triple Single Hung Window | Service and Clean | |
| Opening 03 | 6 | 24th Floor - UNIT 2401 - Opening 03 - Single Hung Window | Service and Clean | |
| Opening 04 | 7 | 24th Floor - UNIT 2401 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 24th Floor - UNIT 2401 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 24th Floor - UNIT 2401 - Opening 05 - Double Single Hung Window | Service and Clean | |
| Opening 06 | 9 | 24th Floor - UNIT 2401 - Opening 06 - Three Panel Sliding Glass Door | Service and Clean | |
| UNIT 2402 | 10 | | Unit Number | |
| Opening 01 | 11 | 24th Floor - UNIT 2402 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 24th Floor - UNIT 2402 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 24th Floor - UNIT 2402 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 13 | 24th Floor - UNIT 2402 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 24th Floor - UNIT 2402 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 24th Floor - UNIT 2402 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2403 | 14 | | Unit Number | |
| Opening 01 | 15 | 24th Floor - UNIT 2403 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 24th Floor - UNIT 2403 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 24th Floor - UNIT 2403 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 24th Floor - UNIT 2403 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 16 | 24th Floor - UNIT 2403 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 16 | 24th Floor - UNIT 2403 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 16 | 24th Floor - UNIT 2403 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 17 | 24th Floor - UNIT 2403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |


GCI CONSULTANTS, LLC



GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 17 | 24th Floor - UNIT 2403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 24th Floor - UNIT 2403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 24th Floor - UNIT 2403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 24th Floor - UNIT 2403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 24th Floor - UNIT 2403 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2404 | 18 | | Unit Number | |
| Opening 01 | 19 | 24th Floor - UNIT 2404 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 24th Floor - UNIT 2404 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 24th Floor - UNIT 2404 - Opening 02 - Three Panel Sliding Glass Door | Frame Movement | Replace |
| Opening 02 | 20 | 24th Floor - UNIT 2404 - Opening 02 - Three Panel Sliding Glass Door | Frame Movement | Replace |
| Opening 03 | 21 | 24th Floor - UNIT 2404 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 24th Floor - UNIT 2404 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 24th Floor - UNIT 2404 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 24th Floor - UNIT 2405 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 01 | 23 | 24th Floor - UNIT 2405 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 24th Floor - UNIT 2405 - Opening 01 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 02 | 24 | 24th Floor - UNIT 2405 - Opening 02 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 02 | 24 | 24th Floor - UNIT 2405 - Opening 02 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 25 | 24th Floor - UNIT 2405 - Opening 03 - - Single Hung Window | Service and Clean | |
| Opening 04 | 26 | 24th Floor - UNIT 2405 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 24th Floor - UNIT 2405 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 24th Floor - UNIT 2405 - Opening 05 - Double Single Hung Window | Service and Clean | |
| Opening 06 | 28 | 24th Floor - UNIT 2405 - Opening 06 - Three Panel Sliding Glass Door | Water Damage | Replace |
| Opening 06 | 28 | 24th Floor - UNIT 2405 - Opening 06 - Three Panel Sliding Glass Door | Frame Movement | Replace |



ELEVA OR'S AREA

SI E PLAN

BUILDING
KEY PLAN

Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type   Two Frame Window Wall



UNI 2501

SI E PLAN

BUILDING KEY PLAN



Opening: 01

Assembly Type  Triple Single Hung Window

Unit: 2501



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001209



Opening: 02

Unit: 2501

Assembly Type   Triple Single Hung Window



**Opening:** 03

**Unit:** 2501

**Assembly Type** Single Hung Window



Opening: 04

Double Single Hung Window

Assembly Type

Unit: 2501



**Opening:** 05

**Unit:** 2501

**Assembly Type** Double Single Hung Window





**Opening:** 06

**Unit:** 2501

**Assembly Type** Three Panel Sliding Glass Door





Opening: 01



Unit: 2502

Assembly Type Triple Single Hung Window



**Opening:** 02

**Unit:** 2502

**Assembly Type** Three Panel Sliding Glass Door

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001217



**Opening:** 03

**Assembly Type** Triple Single Hung Window

**Unit:** 2502



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001218



SI E PLAN

BUILDING
KEY PLAN

UNI 2503



**Opening:** 01



**Unit:** 2503

**Assembly Type** Triple Single Hung Window



**Opening:** 02

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 2503





Opening: 03

Assembly Type Triple Single Hung Window

Unit: 2503







**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2504





**Opening:** 02

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 2504

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001225



**Opening:** 03

**Assembly Type** Triple Single Hung Window

**Unit:** 2504







**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2505





Opening: 02

Unit: 2505

Assembly Type   Triple Single Hung Window



**Opening:** 03

**Unit:** 2505

**Assembly Type**  Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001230



**Opening:** 04

**Unit:** 2505

**Assembly Type** Double Single Hung Window





Opening: 05

Unit: 2505

Assembly Type  Double Single Hung Window





Opening: 06

Unit: 2505

Assembly Type Three Panel Sliding Glass Door



# 25th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 25th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 25th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 25th Floor.pdf Capture Summary



**Page:** UNIT 2501
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2501 -  Op...

**Comments:**

Limited Access



LA (1 of 1)

---



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 25th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 25th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

----



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

----



**Page:** Opening 04
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

----

# 25th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 25th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

--------------------------------------------------------------------



**Page:** Opening 06
**Space:** 25th Floor - UNIT 2501 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

--------------------------------------------------------------------



**Page:** UNIT 2502
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

--------------------------------------------------------------------

# 25th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 25th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 25th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 25th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2502 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2503
**Space:**

**Comments:**

No Key



NK (1 of 1)

---

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001243

# 25th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 25th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 25th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 25th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2504 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Page:** UNIT 2505
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# 25th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

## 25th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 25th Floor - UNIT 2505 - Op...



WD (1 of 1)

**Comments:**

Water Damage

---



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2505 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2505 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

# 25th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 25th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 25th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

## 25th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 06
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 25th Floor - UNIT 2505 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 25th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 25th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 2501 | 3 | | Unit Number | |
| Opening 01 | 4 | 25th Floor - UNIT 2501 - Opening 01 - Triple Single Hung Window | Limited Access | |
| Opening 02 | 5 | 25th Floor - UNIT 2501 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 25th Floor - UNIT 2501 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 25th Floor - UNIT 2501 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 25th Floor - UNIT 2501 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 25th Floor - UNIT 2501 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 25th Floor - UNIT 2501 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 25th Floor - UNIT 2501 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 25th Floor - UNIT 2501 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 25th Floor - UNIT 2501 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 25th Floor - UNIT 2501 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 25th Floor - UNIT 2501 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 9 | 25th Floor - UNIT 2501 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| UNIT 2502 | 10 | | Unit Number | |
| Opening 01 | 11 | 25th Floor - UNIT 2502 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 25th Floor - UNIT 2502 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 25th Floor - UNIT 2502 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 11 | 25th Floor - UNIT 2502 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 25th Floor - UNIT 2502 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 25th Floor - UNIT 2502 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 25th Floor - UNIT 2502 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 13 | 25th Floor - UNIT 2502 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 25th Floor - UNIT 2502 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 25th Floor - UNIT 2502 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 13 | 25th Floor - UNIT 2502 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2503 | 14 | | No Key | |
| Opening 01 | 15 | 25th Floor - UNIT 2503 - Opening 01 - Triple Single Hung Window | No Key | |
| Opening 02 | 16 | 25th Floor - UNIT 2503 - Opening 02 - Three Panel Sliding Glass Door | No Key | |
| Opening 03 | 17 | 25th Floor - UNIT 2503 - Opening 03 - Triple Single Hung Window | No Key | |
| Opening 01 | 19 | 25th Floor - UNIT 2504 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 25th Floor - UNIT 2504 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 25th Floor - UNIT 2504 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 25th Floor - UNIT 2504 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 25th Floor - UNIT 2504 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 20 | 25th Floor - UNIT 2504 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 21 | 25th Floor - UNIT 2504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 25th Floor - UNIT 2504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 25th Floor - UNIT 2504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 25th Floor - UNIT 2504 - Opening 03 - Triple Single Hung Window | Hard To Operate | Repair |
| Opening 03 | 21 | 25th Floor - UNIT 2504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 25th Floor - UNIT 2504 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2505 | 22 | | Unit Number | |
| Opening 01 | 23 | 25th Floor - UNIT 2505 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 25th Floor - UNIT 2505 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 25th Floor - UNIT 2505 - Opening 01 - Triple Single Hung Window | Water Damage | Replace |
| Opening 01 | 23 | 25th Floor - UNIT 2505 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 25th Floor - UNIT 2505 - Opening 01 - Triple Single Hung Window | Hard To Operate | Repair |
| Opening 02 | 24 | 25th Floor - UNIT 2505 - Opening 02 - Triple Single Hung Window | Hard To Operate | Repair |
| Opening 02 | 24 | 25th Floor - UNIT 2505 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 25th Floor - UNIT 2505 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 25th Floor - UNIT 2505 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 25th Floor - UNIT 2505 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |



GCI CONSULTANTS, LLC

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 25 | 25th Floor - UNIT 2505 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 25th Floor - UNIT 2505 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 25th Floor - UNIT 2505 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 25th Floor - UNIT 2505 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 25th Floor - UNIT 2505 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 25th Floor - UNIT 2505 - Opening 05 - Double Single Hung Window | Hard To Operate | Repair |
| Opening 05 | 27 | 25th Floor - UNIT 2505 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 25th Floor - UNIT 2505 - Opening 05 - Double Single Hung Window | Frame Movement | Replace |
| Opening 05 | 27 | 25th Floor - UNIT 2505 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 28 | 25th Floor - UNIT 2505 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 25th Floor - UNIT 2505 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001256



Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type  Two Frame Window Wall



UNI 2601

SI E PLAN

BUILDING
KEY PLAN



**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2601





**Opening:** 02

**Unit:** 2601

**Assembly Type** Triple Single Hung Window



**Opening:** 03

**Assembly Type**  Single Hung Window

**Unit:** 2601



Opening: 04

Unit: 2601

Assembly Type Double Single Hung Window





Opening: 05

Unit: 2601

Assembly Type  Double Single Hung Window



Opening: 06

Unit: 2601

Assembly Type   Three Panel Sliding Glass Door



UNI  2602

SI  E PLAN

BUILDING
KEY PLAN



**Opening:** 01



**Unit:** 2602

**Assembly Type** Triple Single Hung Window



**Opening:** 02

**Unit:** 2602

**Assembly Type** Three Panel Sliding Glass Door

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001268





**Opening:** 03

**Assembly Type** Triple Single Hung Window

**Unit:** 2602









**Opening:** 01

**Unit:** 2603

**Assembly Type** Triple Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001271



**Opening:** 02

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 2603







Opening: 03

Unit: 2603

Assembly Type Triple Single Hung Window





**Opening:** 01

**Unit:** 2604

**Assembly Type** Triple Single Hung Window



**Opening:** 02

**Unit:** 2604

**Assembly Type**  Three Panel Sliding Glass Door

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001276



**Opening:** 03

**Assembly Type** Triple Single Hung Window

**Unit:** 2604







Opening: 01

Unit: 2605
Assembly Type Triple Single Hung Window





**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 2605

**Opening:** 03

**Assembly Type** Single Hung Window

**Unit:** 2605



**Opening:** 04

**Assembly Type** Double Single Hung Window

**Unit:** 2605





**Opening:** 05

**Unit:** 2605

**Assembly Type** Double Single Hung Window





Opening: 06

Assembly Type   Three Panel Sliding Glass Door

Unit: 2605



# 26th Floor.pdf Capture Summary



**Page:** UNIT 2601
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 26th Floor - UNIT 2601 -  Op...

**Comments:**

Service and Clean



SC (1 of 1)

---



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 26th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Water Damage



WD (1 of 1)

---



**Page:** Opening 03
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Service and Clean



SC (1 of 1)

---

# 26th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 26th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 26th Floor - UNIT 2601 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2602
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 26th Floor - UNIT 2602 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 26th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 26th Floor - UNIT 2602 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 26th Floor - UNIT 2602 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2602 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 26th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2602 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2602 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 26th Floor - UNIT 2602 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 26th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 26th Floor - UNIT 2602 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** UNIT 2603
**Space:**

**Comments:**

No Key



NK (1 of 1)



**Page:** UNIT 2604
**Space:**

**Comments:**

No Key



NK (1 of 1)

# 26th Floor.pdf Capture Summary



**Page:** UNIT 2605
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 26th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 26th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 26th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 26th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 26th Floor - UNIT 2605 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | No Entry | |
| Opening 01 | 2 | 26th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | No Entry | |
| UNIT 2601 | 3 | | Unit Number | |
| Opening 01 | 4 | 26th Floor - UNIT 2601 - Opening 01 - Triple Single Hung Window | Service and Clean | |
| Opening 01 | 5 | 26th Floor - UNIT 2601 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 26th Floor - UNIT 2601 - Opening 02 - Triple Single Hung Window | Water Damage | Replace |
| Opening 02 | 5 | 26th Floor - UNIT 2601 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 26th Floor - UNIT 2601 - Opening 03 - Single Hung Window | Service and Clean | |
| Opening 04 | 7 | 26th Floor - UNIT 2601 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 26th Floor - UNIT 2601 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 26th Floor - UNIT 2601 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 26th Floor - UNIT 2601 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 26th Floor - UNIT 2601 - Opening 06 - Three Panel Sliding Glass Door | Service and Clean | |
| UNIT 2602 | 10 | | Unit Number | |
| Opening 01 | 11 | 26th Floor - UNIT 2602 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 26th Floor - UNIT 2602 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 26th Floor - UNIT 2602 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 26th Floor - UNIT 2602 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 26th Floor - UNIT 2602 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 12 | 26th Floor - UNIT 2602 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 13 | 26th Floor - UNIT 2602 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 26th Floor - UNIT 2602 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2603 | 14 | | No Key | |
| Opening 01 | 15 | 26th Floor - UNIT 2603 - Opening 01 - Triple Single Hung Window | No Key | |
| Opening 02 | 16 | 26th Floor - UNIT 2603 - Opening 02 - Three Panel Sliding Glass Door | No Key | |
| Opening 03 | 17 | 26th Floor - UNIT 2603 - Opening 03 - Triple Single Hung Window | No Key | |
| UNIT 2604 | 18 | | No Key | |
| Opening 01 | 19 | 26th Floor - UNIT 2604 - Opening 01 - Triple Single Hung Window | No Key | |



GCI CONSULTANTS, LLC

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 02 | 20 | 26th Floor - UNIT 2604 - Opening 02 - Three Panel Sliding Glass Door | No Key | |
| Opening 03 | 21 | 26th Floor - UNIT 2604 - Opening 03 - Triple Single Hung Window | No Key | |
| UNIT 2605 | 22 | | Unit Number | |
| Opening 01 | 23 | 26th Floor - UNIT 2605 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 26th Floor - UNIT 2605 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 26th Floor - UNIT 2605 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 26th Floor - UNIT 2605 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 26th Floor - UNIT 2605 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 26th Floor - UNIT 2605 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 26th Floor - UNIT 2605 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 26th Floor - UNIT 2605 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 26th Floor - UNIT 2605 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 26th Floor - UNIT 2605 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 28 | 26th Floor - UNIT 2605 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 26th Floor - UNIT 2605 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 26th Floor - UNIT 2605 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |



Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type  Two Frame Window Wall



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001301





**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2701



**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 2701



**Opening:** 03

**Unit:** 2701

**Assembly Type**  Single Hung Window



Opening: 04

Unit: 2701

Assembly Type  Double Single Hung Window







**Opening:** 05

**Unit:** 2701

**Assembly Type** Double Single Hung Window





Opening: 06

Unit: 2701

Assembly Type   Three Panel Sliding Glass Door





Opening: 01



Unit: 2702

Assembly Type  Triple Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001309



**Opening:** 02

**Unit:** 2702

**Assembly Type**  Three Panel Sliding Glass Door



Opening: 03

Unit: 2702

Assembly Type Triple Single Hung Window









**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2703





Opening: 02

Assembly Type   Three Panel Sliding Glass Door

Unit: 2703





**Opening:** 03

**Assembly Type** Triple Single Hung Window

**Unit:** 2703







Opening: 01

Unit: 2704

Assembly Type Triple Single Hung Window





**Opening:** 02

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 2704



Opening: 03

Unit: 2704

Assembly Type   Triple Single Hung Window













**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2705





**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 2705



**Opening:** 03

**Unit:** 2705

**Assembly Type** Single Hung Window





Opening: 04

Unit: 2705

Assembly Type  Double Single Hung Window





Opening: 05

Assembly Type   Double Single Hung Window

Unit: 2705





Opening: 06

Unit: 2705

Assembly Type   Three Panel Sliding Glass Door



# 27th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** UNIT 2701
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2701 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2701 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 27th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 27th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 27th Floor - UNIT 2701 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** UNIT 2702
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Limited Access



LA (1 of 1)



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 27th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 27th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2702 - Op...

**Comments:**

Limited Access



LA (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** UNIT 2703
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2703 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2703 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 27th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2703 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2704
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2704 - Op...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** UNIT 2705
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 27th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2705 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 02
**Space:** 27th Floor - UNIT 2705 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 27th Floor - UNIT 2705 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 27th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---

# 27th Floor.pdf Capture Summary




**Page:** Opening 04
**Space:** 27th Floor - UNIT 2705 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 05
**Space:** 27th Floor - UNIT 2705 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 05
**Space:** 27th Floor - UNIT 2705 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

# 27th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 06
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 27th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 27th Floor - UNIT 2705 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 27th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 27th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 2701 | 3 | | Unit Number | |
| Opening 01 | 4 | 27th Floor - UNIT 2701 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 27th Floor - UNIT 2701 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 27th Floor - UNIT 2701 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 27th Floor - UNIT 2701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 27th Floor - UNIT 2701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 27th Floor - UNIT 2701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 27th Floor - UNIT 2701 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 27th Floor - UNIT 2701 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 27th Floor - UNIT 2701 - Opening 03 - Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 6 | 27th Floor - UNIT 2701 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 27th Floor - UNIT 2701 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 27th Floor - UNIT 2701 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 27th Floor - UNIT 2701 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 27th Floor - UNIT 2701 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 27th Floor - UNIT 2701 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 27th Floor - UNIT 2701 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 27th Floor - UNIT 2701 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 27th Floor - UNIT 2701 - Opening 06 - Three Panel Sliding Glass Door | Service and Clean | |
| UNIT 2702 | 10 | | Unit Number | |
| Opening 01 | 11 | 27th Floor - UNIT 2702 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 27th Floor - UNIT 2702 - Opening 01 - Triple Single Hung Window | Limited Access | |
| Opening 01 | 11 | 27th Floor - UNIT 2702 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 27th Floor - UNIT 2702 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 13 | 27th Floor - UNIT 2702 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |


GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 13 | 27th Floor - UNIT 2702 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 13 | 27th Floor - UNIT 2702 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 13 | 27th Floor - UNIT 2702 - Opening 03 - Triple Single Hung Window | Limited Access | |
| UNIT 2703 | 14 | | Unit Number | |
| Opening 01 | 15 | 27th Floor - UNIT 2703 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 27th Floor - UNIT 2703 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 27th Floor - UNIT 2703 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 16 | 27th Floor - UNIT 2703 - Opening 02 - Three Panel Sliding Glass Door | Service and Clean | |
| Opening 03 | 17 | 27th Floor - UNIT 2703 - Opening 03 - Triple Single Hung Window | Service and Clean | |
| UNIT 2704 | 18 | | Unit Number | |
| Opening 01 | 19 | 27th Floor - UNIT 2704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 27th Floor - UNIT 2704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 27th Floor - UNIT 2704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 27th Floor - UNIT 2704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 27th Floor - UNIT 2704 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 27th Floor - UNIT 2704 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 21 | 27th Floor - UNIT 2704 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 21 | 27th Floor - UNIT 2704 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 27th Floor - UNIT 2704 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 27th Floor - UNIT 2704 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 27th Floor - UNIT 2704 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2705 | 22 | | Unit Number | |
| Opening 01 | 23 | 27th Floor - UNIT 2705 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 27th Floor - UNIT 2705 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 23 | 27th Floor - UNIT 2705 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 02 | 24 | 27th Floor - UNIT 2705 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 27th Floor - UNIT 2705 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 27th Floor - UNIT 2705 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 25 | 27th Floor - UNIT 2705 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 27th Floor - UNIT 2705 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 27th Floor - UNIT 2705 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 27th Floor - UNIT 2705 - Opening 04 - Double Single Hung Window | Damaged Glass Stop | Replace |
| Opening 04 | 26 | 27th Floor - UNIT 2705 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 27th Floor - UNIT 2705 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 27th Floor - UNIT 2705 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 27th Floor - UNIT 2705 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 27th Floor - UNIT 2705 - Opening 05 - Double Single Hung Window | Damaged Glass Stop | Replace |
| Opening 06 | 28 | 27th Floor - UNIT 2705 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 27th Floor - UNIT 2705 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 27th Floor - UNIT 2705 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |



Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type  Two Frame Window Wall

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001353







**Opening:** 01

**Unit:** 2801

**Assembly Type** Triple Single Hung Window





Opening: 02



Assembly Type Triple Single Hung Window

Unit: 2801



**Opening:** 03

**Unit:** 2801

**Assembly Type**  Single Hung Window





Opening: 04

Unit: 2801

Assembly Type  Double Single Hung Window





**Opening:** 05

**Assembly Type** Double Single Hung Window

**Unit:** 2801



Opening: 06

Assembly Type   Three Panel Sliding Glass Door

Unit: 2801





Opening: 01

Unit: 2802

Assembly Type   Triple Single Hung Window





Opening: 02

Unit: 2802

Assembly Type   Three Panel Sliding Glass Door





**Opening:** 03

**Unit:** 2802

**Assembly Type** Triple Single Hung Window







**Opening:** 01





**Assembly Type** Triple Single Hung Window

**Unit:** 2803





**Opening:** 02

**Assembly Type**  Three Panel Sliding Glass Door

**Unit:** 2803



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001367





**Opening:** 03

**Assembly Type** Triple Single Hung Window

**Unit:** 2803





UNI **2804**

SI E PLAN

BUILDING
KEY PLAN





Opening: 01



Assembly Type Triple Single Hung Window

Unit: 2804



**Opening:** 02

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 2804





**Opening:** 03



**Unit:** 2804

**Assembly Type** Triple Single Hung Window









**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2805





**Opening:** 02

**Unit:** 2805

**Assembly Type** Triple Single Hung Window



**Opening:** 03

**Unit:** 2805

**Assembly Type** Single Hung Window



**Opening:** 04

**Assembly Type** Double Single Hung Window

**Unit:** 2805







**Opening:** 05

**Assembly Type** Double Single Hung Window

**Unit:** 2805





**Opening:** 06

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 2805

# 28th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 28th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2801
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2801 -  Op...

**Comments:**

Broken Balance



BB (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Service and Clean



SC (1 of 1)



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 28th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 04
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Limited Access



LA (1 of 1)



**Page:** Opening 04
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Limited Access



LA (1 of 1)

# 28th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Hard To Operate



HO (1 of 1)

---



**Page:** Opening 06
**Space:** 28th Floor - UNIT 2801 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2802
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2802 - Op...

**Comments:**

Frame Movement



FM (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** UNIT 2803
**Space:**

**Comments:**

Unit Number



UN (1 of 1)



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Water Damage



WD (1 of 1)

# 28th Floor.pdf Capture Summary




**Page:** Opening 01
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Limited Access



LA (1 of 1)



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 28th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2803 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2804
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

# 28th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2804 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2804 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2804 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2804 - Op...



FJD (1 of 1)

**Comments:**

Damaged Glass Stop

---



**Page:** UNIT 2805
**Space:**



UN (1 of 1)

**Comments:**

Unit Number

---



**Page:** Opening 01
**Space:** 28th Floor - UNIT 2805 - Op...



LA (1 of 1)

**Comments:**

Limited Access

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 04
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 05
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

## 28th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 28th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 28th Floor - UNIT 2805 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 28th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 28th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 28th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 2801 | 3 | | Unit Number | |
| Opening 01 | 4 | 28th Floor - UNIT 2801 - Opening 01 - Triple Single Hung Window | Broken Balance | Replace |
| Opening 02 | 5 | 28th Floor - UNIT 2801 - Opening 02 - Triple Single Hung Window | Service and Clean | |
| Opening 03 | 6 | 28th Floor - UNIT 2801 - Opening 03 - Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 6 | 28th Floor - UNIT 2801 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 28th Floor - UNIT 2801 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 28th Floor - UNIT 2801 - Opening 03 - Single Hung Window | Damaged Glass Stop | Replace |
| Opening 04 | 7 | 28th Floor - UNIT 2801 - Opening 04 - Double Single Hung Window | Limited Access | |
| Opening 04 | 7 | 28th Floor - UNIT 2801 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 28th Floor - UNIT 2801 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 8 | 28th Floor - UNIT 2801 - Opening 05 - Double Single Hung Window | Limited Access | |
| Opening 05 | 8 | 28th Floor - UNIT 2801 - Opening 05 - Double Single Hung Window | Hard To Operate | Repair |
| Opening 06 | 9 | 28th Floor - UNIT 2801 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| UNIT 2802 | 10 | | Unit Number | |
| Opening 01 | 11 | 28th Floor - UNIT 2802 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 28th Floor - UNIT 2802 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 28th Floor - UNIT 2802 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 28th Floor - UNIT 2802 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 11 | 28th Floor - UNIT 2802 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 12 | 28th Floor - UNIT 2802 - Opening 02 - Three Panel Sliding Glass Door | Service and Clean | |
| Opening 03 | 13 | 28th Floor - UNIT 2802 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 28th Floor - UNIT 2802 - Opening 03 - Triple Single Hung Window | Frame Movement | Replace |
| Opening 03 | 13 | 28th Floor - UNIT 2802 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 13 | 28th Floor - UNIT 2802 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| UNIT 2803 | 14 | | Unit Number | |
| Opening 01 | 15 | 28th Floor - UNIT 2803 - Opening 01 - Triple Single Hung Window | Water Damage | Replace |
| Opening 01 | 15 | 28th Floor - UNIT 2803 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 28th Floor - UNIT 2803 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 28th Floor - UNIT 2803 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 28th Floor - UNIT 2803 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 16 | 28th Floor - UNIT 2803 - Opening 02 - Three Panel Sliding Glass Door | Service and Clean | |
| Opening 03 | 17 | 28th Floor - UNIT 2803 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 28th Floor - UNIT 2803 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 28th Floor - UNIT 2803 - Opening 03 - Triple Single Hung Window | Limited Access | |
| Opening 03 | 17 | 28th Floor - UNIT 2803 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 28th Floor - UNIT 2803 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2804 | 18 | | Unit Number | |
| Opening 01 | 19 | 28th Floor - UNIT 2804 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 28th Floor - UNIT 2804 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 28th Floor - UNIT 2804 - Opening 02 - Three Panel Sliding Glass Door | Service and Clean | |
| Opening 03 | 21 | 28th Floor - UNIT 2804 - Opening 03 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 03 | 21 | 28th Floor - UNIT 2804 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2805 | 22 | | Unit Number | |
| Opening 01 | 23 | 28th Floor - UNIT 2805 - Opening 01 - Triple Single Hung Window | Limited Access | |
| Opening 02 | 24 | 28th Floor - UNIT 2805 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 28th Floor - UNIT 2805 - Opening 02 - Triple Single Hung Window | Hard To Operate | Repair |
| Opening 02 | 24 | 28th Floor - UNIT 2805 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 24 | 28th Floor - UNIT 2805 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 28th Floor - UNIT 2805 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 25 | 28th Floor - UNIT 2805 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 28th Floor - UNIT 2805 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 26 | 28th Floor - UNIT 2805 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 04 | 26 | 28th Floor - UNIT 2805 - Opening 04 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 28th Floor - UNIT 2805 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 28th Floor - UNIT 2805 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 27 | 28th Floor - UNIT 2805 - Opening 05 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 28 | 28th Floor - UNIT 2805 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 28th Floor - UNIT 2805 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 28th Floor - UNIT 2805 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 28th Floor - UNIT 2805 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 06 | 28 | 28th Floor - UNIT 2805 - Opening 06 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |



SI E PLAN

BUILDING KEY PLAN

ELEVA OR'S AREA



Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type  Two Frame Window Wall





**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 2901







Opening: 02



Assembly Type  Triple Single Hung Window

Unit: 2901



**Opening:** 03

**Assembly Type**  Single Hung Window

**Unit:** 2901

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001409



**Opening:** 04

**Assembly Type**  Single Hung Window

**Unit:** 2901

**Opening:** 05

**Assembly Type** Single Hung Window

**Unit:** 2901





**Opening:** 06

**Unit:** 2901

**Assembly Type** Double Single Hung Window





Opening: 07

Assembly Type   Three Panel Sliding Glass Door

Unit: 2901



Opening: 08

Assembly Type Triple Single Hung Window

Unit: 2901





**Opening:** 09

**Unit:** 2901

**Assembly Type**   Three Panel Sliding Glass Door



**Opening:** 10

**Unit:** 2901

**Assembly Type** Triple Single Hung Window







Opening: 01

Assembly Type Triple Single Hung Window

Unit: 2902





Opening: 02

Assembly Type   Three Panel Sliding Glass Door

Unit: 2902

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001419





**Opening:** 03

**Assembly Type** Triple Single Hung Window

**Unit:** 2902





UNI 2903

SI E PLAN

BUILDING
KEY PLAN

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001421





Opening: 01

Unit: 2903

Assembly Type  Triple Single Hung Window







Opening: 02

Assembly Type Triple Single Hung Window

Unit: 2903

**Opening:** 03

**Unit:** 2903

**Assembly Type**  Single Hung Window

**Opening:** 04

**Unit:** 2903

**Assembly Type**   Single Hung Window

**Opening:** 05

**Unit:** 2903

**Assembly Type** Single Hung Window





**Opening:** 06

**Unit:** 2903

**Assembly Type** Double Single Hung Window





Opening: 07

Unit: 2903

Assembly Type   Three Panel Sliding Glass Door





**Opening:** 08

**Assembly Type** Triple Single Hung Window

**Unit:** 2903



**Opening:** 09

**Assembly Type**   Three Panel Sliding Glass Door

**Unit:** 2903





Opening: 10



Unit: 2903

Assembly Type  Triple Single Hung Window

# 29th Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 29th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 29th Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 29th Floor.pdf Capture Summary



**Page:** UNIT 2901
**Space:**

**Comments:**

Refused Entry



RF (1 of 1)

---



**Page:** UNIT 2902
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 29th Floor - UNIT 2902 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 29th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 29th Floor - UNIT 2902 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 29th Floor - UNIT 2902 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 03
**Space:** 29th Floor - UNIT 2902 - Op...

**Comments:**

Limited Access



LA (1 of 1)

# 29th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 29th Floor - UNIT 2902 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 2903
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 03
**Space:** 29th Floor - UNIT 2903 - Op...

**Comments:**

Service and Clean



SC (1 of 1)

---

# 29th Floor.pdf Capture Summary



**Page:** Opening 07
**Space:** 29th Floor - UNIT 2903 -  Op...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 07
**Space:** 29th Floor - UNIT 2903 -  Op...

**Comments:**

Water Damage



WD (1 of 1)



**Page:** Opening 07
**Space:** 29th Floor - UNIT 2903 -  Op...

**Comments:**

Water Damage



WD (1 of 1)

# 29th Floor.pdf Capture Summary



**Page:** Opening 08
**Space:** 29th Floor - UNIT 2903 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 10
**Space:** 29th Floor - UNIT 2903 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 29th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 29th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 2901 | 3 | | Refused Entry | |
| Opening 01 | 4 | 29th Floor - UNIT 2901 - Opening 01 - Triple Single Hung Window | Refused Entry | |
| Opening 02 | 5 | 29th Floor - UNIT 2901 - Opening 02 - Triple Single Hung Window | Refused Entry | |
| Opening 03 | 6 | 29th Floor - UNIT 2901 - Opening 03 - Single Hung Window | Refused Entry | |
| Opening 04 | 7 | 29th Floor - UNIT 2901 - Opening 04 - Single Hung Window | Refused Entry | |
| Opening 05 | 8 | 29th Floor - UNIT 2901 - Opening 05 - Single Hung Window | Refused Entry | |
| Opening 06 | 9 | 29th Floor - UNIT 2901 - Opening 06 - Double Single Hung Window | Refused Entry | |
| Opening 07 | 10 | 29th Floor - UNIT 2901 - Opening 07 - Three Panel Sliding Glass Door | Refused Entry | |
| Opening 08 | 11 | 29th Floor - UNIT 2901 - Opening 08 - Triple Single Hung Window | Refused Entry | |
| Opening 09 | 12 | 29th Floor - UNIT 2901 - Opening 09 - Three Panel Sliding Glass Door | Refused Entry | |
| Opening 10 | 13 | 29th Floor - UNIT 2901 - Opening 10 - Triple Single Hung Window | Refused Entry | |
| UNIT 2902 | 14 | | Unit Number | |
| Opening 01 | 15 | 29th Floor - UNIT 2902 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 29th Floor - UNIT 2902 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 29th Floor - UNIT 2902 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 16 | 29th Floor - UNIT 2902 - Opening 02 - Three Panel Sliding Glass Door | Service and Clean | |
| Opening 03 | 17 | 29th Floor - UNIT 2902 - Opening 03 - Triple Single Hung Window | Limited Access | |
| Opening 03 | 17 | 29th Floor - UNIT 2902 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 2903 | 18 | | Unit Number | |
| Opening 01 | 19 | 29th Floor - UNIT 2903 - Opening 01 - Triple Single Hung Window | Service and Clean | |
| Opening 02 | 20 | 29th Floor - UNIT 2903 - Opening 02 - Triple Single Hung Window | Service and Clean | |
| Opening 03 | 21 | 29th Floor - UNIT 2903 - Opening 03 - Single Hung Window | Service and Clean | |
| Opening 04 | 22 | 29th Floor - UNIT 2903 - Opening 04 - Single Hung Window | Service and Clean | |
| Opening 05 | 23 | 29th Floor - UNIT 2903 - Opening 05 - Single Hung Window | Service and Clean | |
| Opening 06 | 24 | 29th Floor - UNIT 2903 - Opening 06 - Double Single Hung Window | Service and Clean | |



GCI CONSULTANTS, LLC

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 07 | 25 | 29th Floor - UNIT 2903 - Opening 07 - Three Panel Sliding Glass Door | Water Damage | Replace |
| Opening 07 | 25 | 29th Floor - UNIT 2903 - Opening 07 - Three Panel Sliding Glass Door | Water Damage | Replace |
| Opening 07 | 25 | 29th Floor - UNIT 2903 - Opening 07 - Three Panel Sliding Glass Door | Water Damage | Replace |
| Opening 08 | 26 | 29th Floor - UNIT 2903 - Opening 08 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 09 | 27 | 29th Floor - UNIT 2903 - Opening 09 - Three Panel Sliding Glass Door | Service and Clean | |
| Opening 10 | 28 | 29th Floor - UNIT 2903 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001446

Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type  Two Frame Window Wall



**SI E PLAN**

**BUILDING KEY PLAN**

**UNI 3001**



Opening: 01

Assembly Type   Triple Single Hung Window

Unit: 3001





**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 3001



**Opening:** 03

**Assembly Type** Single Hung Window

**Unit:** 3001

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001445

**Opening:** 04

**Assembly Type** Single Hung Window

**Unit:** 3001

**Opening:** 05

**Unit:** 3001

**Assembly Type** Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001447





Opening: 06

Unit: 3001

Assembly Type  Double Single Hung Window





Opening: 07

Unit: 3001

Assembly Type Three Panel Sliding Glass Door





**Opening:** 08

**Assembly Type** Triple Single Hung Window

**Unit:** 3001





Opening: 09

Unit: 3001

Assembly Type  Three Panel Sliding Glass Door

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001451





Opening: 10

Unit: 3001

Assembly Type Triple Single Hung Window



UNI  3002

SI E PLAN

BUILDING
KEY PLAN

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001455



Opening: 01

Unit: 3002

Assembly Type Triple Single Hung Window





Opening: 02

Assembly Type  Three Panel Sliding Glass Door

Unit: 3002





Opening: 03

Assembly Type Triple Single Hung Window

Unit: 3002



UNI 3003

BUILDING
KEY PLAN

SI E PLAN



Opening: 01

Unit: 3003

Assembly Type  Triple Single Hung Window





**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 3003



**Opening:** 03

**Unit:** 3003

**Assembly Type**  Single Hung Window

Opening: 04

Unit: 3003

Assembly Type  Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001461

**Opening:** 05

**Unit:** 3003

**Assembly Type** Single Hung Window





**Opening:** 06



**Unit:** 3003
**Assembly Type** Double Single Hung Window



**Opening:** 07

**Unit:** 3003

**Assembly Type**   Three Panel Sliding Glass Door





**Opening:** 08

**Assembly Type** Triple Single Hung Window

**Unit:** 3003





Opening: 09

Assembly Type   Three Panel Sliding Glass Door

Unit: 3003





**Opening:** 10

**Unit:** 3003

**Assembly Type** Triple Single Hung Window

# 30th Floor.pdf Capture Summary



**Page:** UNIT 3001
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3001 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3001 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3001 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Movement



FM (1 of 1)

---



**Page:** Opening 04
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Movement



FM (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 04
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 04
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 30th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 05
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 06
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 07
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 07
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Limited Access



LA (1 of 1)

---



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

---



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 09
**Space:** 30th Floor - UNIT 3001 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 10
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 10
**Space:** 30th Floor - UNIT 3001 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 3002
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3002 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3002 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3002 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3002 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

--------------------------------------------------



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3002 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

--------------------------------------------------



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3002 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

--------------------------------------------------

# 30th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3002 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3002 - Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3002 - Op...



HO (1 of 1)

**Comments:**

Hard To Operate

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3002 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** UNIT 3003
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3003 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3003 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3003 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 30th Floor - UNIT 3003 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3003 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 30th Floor - UNIT 3003 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 04
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 30th Floor.pdf Capture Summary



**Page:** Opening 05
**Space:** 30th Floor - UNIT 3003 -  Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 05
**Space:** 30th Floor - UNIT 3003 -  Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---



**Page:** Opening 06
**Space:** 30th Floor - UNIT 3003 -  Op...



FJD (1 of 1)

**Comments:**

Frame Joint Damage

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 06
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Movement



FM (1 of 1)

# 30th Floor.pdf Capture Summary



**Page:** Opening 07
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Limited Access



LA (1 of 1)



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 30th Floor.pdf Capture Summary



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Damaged Glass Stop


GS (1 of 1)



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Damaged Glass Stop


GS (1 of 1)



**Page:** Opening 08
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage


FJD (1 of 1)

# 30th Floor.pdf Capture Summary



**Page:** Opening 09
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 09
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 10
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 30th Floor.pdf Capture Summary



**Page:** Opening 10
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 10
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 10
**Space:** 30th Floor - UNIT 3003 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | No Entry | |
| Opening 01 | 2 | 30th Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | No Entry | |
| UNIT 3001 | 3 | | Unit Number | |
| Opening 01 | 4 | 30th Floor - UNIT 3001 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 30th Floor - UNIT 3001 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 4 | 30th Floor - UNIT 3001 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 30th Floor - UNIT 3001 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 30th Floor - UNIT 3001 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 30th Floor - UNIT 3001 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 5 | 30th Floor - UNIT 3001 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 30th Floor - UNIT 3001 - Opening 03 - Single Hung Window | Frame Movement | Replace |
| Opening 03 | 6 | 30th Floor - UNIT 3001 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 6 | 30th Floor - UNIT 3001 - Opening 03 - Single Hung Window | Frame Movement | Replace |
| Opening 04 | 7 | 30th Floor - UNIT 3001 - Opening 04 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 30th Floor - UNIT 3001 - Opening 04 - Single Hung Window | Frame Movement | Replace |
| Opening 04 | 7 | 30th Floor - UNIT 3001 - Opening 04 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 7 | 30th Floor - UNIT 3001 - Opening 04 - Single Hung Window | Frame Movement | Replace |
| Opening 05 | 8 | 30th Floor - UNIT 3001 - Opening 05 - Single Hung Window | Damaged Glass Stop | Replace |
| Opening 05 | 8 | 30th Floor - UNIT 3001 - Opening 05 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 30th Floor - UNIT 3001 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 9 | 30th Floor - UNIT 3001 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 07 | 10 | 30th Floor - UNIT 3001 - Opening 07 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 07 | 10 | 30th Floor - UNIT 3001 - Opening 07 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 08 | 11 | 30th Floor - UNIT 3001 - Opening 08 - Triple Single Hung Window | Limited Access | |
| Opening 08 | 11 | 30th Floor - UNIT 3001 - Opening 08 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 08 | 11 | 30th Floor - UNIT 3001 - Opening 08 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 08 | 11 | 30th Floor - UNIT 3001 - Opening 08 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 08 | 11 | 30th Floor - UNIT 3001 - Opening 08 - Triple Single Hung Window | Frame Joint Damage | Replace |


GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 09 | 12 | 30th Floor - UNIT 3001 - Opening 09 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 10 | 13 | 30th Floor - UNIT 3001 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 10 | 13 | 30th Floor - UNIT 3001 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 3002 | 14 | | Unit Number | |
| Opening 01 | 15 | 30th Floor - UNIT 3002 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 30th Floor - UNIT 3002 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 30th Floor - UNIT 3002 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 15 | 30th Floor - UNIT 3002 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 16 | 30th Floor - UNIT 3002 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 16 | 30th Floor - UNIT 3002 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 17 | 30th Floor - UNIT 3002 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 30th Floor - UNIT 3002 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 30th Floor - UNIT 3002 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 17 | 30th Floor - UNIT 3002 - Opening 03 - Triple Single Hung Window | Hard To Operate | Repair |
| UNIT 3003 | 18 | | Unit Number | |
| Opening 01 | 19 | 30th Floor - UNIT 3003 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 30th Floor - UNIT 3003 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 30th Floor - UNIT 3003 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 01 | 19 | 30th Floor - UNIT 3003 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 30th Floor - UNIT 3003 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 30th Floor - UNIT 3003 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 30th Floor - UNIT 3003 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 30th Floor - UNIT 3003 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 22 | 30th Floor - UNIT 3003 - Opening 04 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 22 | 30th Floor - UNIT 3003 - Opening 04 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 23 | 30th Floor - UNIT 3003 - Opening 05 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 23 | 30th Floor - UNIT 3003 - Opening 05 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 24 | 30th Floor - UNIT 3003 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |

**GCI CONSULTANTS, LLC**

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 06 | 24 | 30th Floor - UNIT 3003 - Opening 06 - Double Single Hung Window | Frame Movement | Replace |
| Opening 06 | 24 | 30th Floor - UNIT 3003 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 24 | 30th Floor - UNIT 3003 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 07 | 25 | 30th Floor - UNIT 3003 - Opening 07 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 08 | 26 | 30th Floor - UNIT 3003 - Opening 08 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 08 | 26 | 30th Floor - UNIT 3003 - Opening 08 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 08 | 26 | 30th Floor - UNIT 3003 - Opening 08 - Triple Single Hung Window | Limited Access | |
| Opening 08 | 26 | 30th Floor - UNIT 3003 - Opening 08 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 08 | 26 | 30th Floor - UNIT 3003 - Opening 08 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 09 | 27 | 30th Floor - UNIT 3003 - Opening 09 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 09 | 27 | 30th Floor - UNIT 3003 - Opening 09 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 10 | 28 | 30th Floor - UNIT 3003 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 10 | 28 | 30th Floor - UNIT 3003 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 10 | 28 | 30th Floor - UNIT 3003 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 10 | 28 | 30th Floor - UNIT 3003 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001494

Opening: 01

Unit: ELEVATOR'S AREA

Assembly Type  Two Frame Window Wall



UNI 3101

SI E PLAN

BUILDING
KEY PLAN



Opening: 01

Unit: 3101

Assembly Type Triple Single Hung Window







**Opening:** 02

**Assembly Type** Triple Single Hung Window

**Unit:** 3101



**Opening: 03**

**Unit: 3101**

**Assembly Type** Single Hung Window



**Opening:** 04

**Assembly Type**  Single Hung Window

**Unit:** 3101



**Opening:** 05

**Unit:** 3101
**Assembly Type** Single Hung Window





**Opening: 06**

**Assembly Type** Double Single Hung Window

**Unit: 3101**





Opening: 07

Unit: 3101

Assembly Type Three Panel Sliding Glass Door



**Opening:** 08

**Assembly Type** Triple Single Hung Window

**Unit:** 3101





Opening: 09

Assembly Type   Three Panel Sliding Glass Door

Unit: 3101



Opening: 10

Assembly Type Triple Single Hung Window

Unit: 3101









Opening: 01

Unit: 3102

Assembly Type  Triple Single Hung Window



Opening: 02

Assembly Type   Three Panel Sliding Glass Door

Unit: 3102



Opening: 03

Unit: 3102

Assembly Type Triple Single Hung Window





UNI 3103

SI E PLAN

BUILDING
KEY PLAN

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001511





**Opening:** 01

**Assembly Type** Triple Single Hung Window

**Unit:** 3103



Opening: 02

Unit: 3103

Assembly Type  Triple Single Hung Window



**Opening:** 03

**Assembly Type**  Single Hung Window

**Unit:** 3103

Opening: 04

Unit: 3103

Assembly Type   Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001515

Opening: 05

Unit: 3103

Assembly Type  Single Hung Window

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001516



**Opening:** 06

**Unit:** 3103
**Assembly Type** Double Single Hung Window





Opening: 07

Assembly Type   Three Panel Sliding Glass Door

Unit: 3103







**Opening:** 08

**Assembly Type** Triple Single Hung Window

**Unit:** 3103





**Opening:** 09

**Assembly Type** Three Panel Sliding Glass Door

**Unit:** 3103



Opening: 10

Unit: 3103

Assembly Type Triple Single Hung Window



St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001521

# 31st Floor.pdf Capture Summary



**Page:** ELEVATOR
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 01
**Space:** 31st Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 01
**Space:** 31st Floor - ELEVATOR'S A...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 31st Floor.pdf Capture Summary



**Page:** UNIT 3101
**Space:**



RF (1 of 1)

**Comments:**

Refused Entry



**Page:** UNIT 3102
**Space:**



UN (1 of 1)

**Comments:**

Unit Number



**Page:** Opening 01
**Space:** 31st Floor - UNIT 3102 - Op...



WD (1 of 1)

**Comments:**

Water Damage

# 31st Floor.pdf Capture Summary



**Page:** Opening 01
**Space:** 31st Floor - UNIT 3102 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 01
**Space:** 31st Floor - UNIT 3102 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 01
**Space:** 31st Floor - UNIT 3102 - Op...

**Comments:**

Limited Access



LA (1 of 1)

# 31st Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 31st Floor - UNIT 3102 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 31st Floor - UNIT 3102 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 31st Floor - UNIT 3102 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 31st Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 31st Floor - UNIT 3102 - Op...

**Comments:**

Limited Access



LA (1 of 1)

---



**Page:** UNIT 3103
**Space:**

**Comments:**

Unit Number



UN (1 of 1)

---



**Page:** Opening 02
**Space:** 31st Floor - UNIT 3103 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 31st Floor.pdf Capture Summary



**Page:** Opening 02
**Space:** 31st Floor - UNIT 3103 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 02
**Space:** 31st Floor - UNIT 3103 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 03
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 31st Floor.pdf Capture Summary



**Page:** Opening 03
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

--------------------------------------------------------------------------------



**Page:** Opening 04
**Space:** 31st Floor - UNIT 3103 -  Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

--------------------------------------------------------------------------------



**Page:** Opening 05
**Space:** 31st Floor - UNIT 3103 -  Op...

**Comments:**

Limited Access



LA (1 of 1)

--------------------------------------------------------------------------------

# 31st Floor.pdf Capture Summary



**Page:** Opening 06
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---



**Page:** Opening 06
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

---

# 31st Floor.pdf Capture Summary



**Page:** Opening 07
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Movement



FM (1 of 1)



**Page:** Opening 08
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Limited Access



LA (1 of 1)



**Page:** Opening 08
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)

# 31st Floor.pdf Capture Summary



**Page:** Opening 08
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Damaged Glass Stop



GS (1 of 1)



**Page:** Opening 10
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 10
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

# 31st Floor.pdf Capture Summary



**Page:** Opening 10
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)



**Page:** Opening 10
**Space:** 31st Floor - UNIT 3103 - Op...

**Comments:**

Frame Joint Damage



FJD (1 of 1)

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| ELEVATOR | 1 | | Unit Number | |
| Opening 01 | 2 | 31st Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| Opening 01 | 2 | 31st Floor - ELEVATOR'S AREA - Opening 01 - Two Frame Window Wall | Frame Joint Damage | Replace |
| UNIT 3101 | 3 | | Refused Entry | |
| Opening 01 | 4 | 31st Floor - UNIT 3101 - Opening 01 - Triple Single Hung Window | Refused Entry | |
| Opening 02 | 5 | 31st Floor - UNIT 3101 - Opening 02 - Triple Single Hung Window | Refused Entry | |
| Opening 03 | 6 | 31st Floor - UNIT 3101 - Opening 03 - Single Hung Window | Refused Entry | |
| Opening 04 | 7 | 31st Floor - UNIT 3101 - Opening 04 - Single Hung Window | Refused Entry | |
| Opening 05 | 8 | 31st Floor - UNIT 3101 - Opening 05 - Single Hung Window | Refused Entry | |
| Opening 06 | 9 | 31st Floor - UNIT 3101 - Opening 06 - Double Single Hung Window | Refused Entry | |
| Opening 07 | 10 | 31st Floor - UNIT 3101 - Opening 07 - Three Panel Sliding Glass Door | Refused Entry | |
| Opening 08 | 11 | 31st Floor - UNIT 3101 - Opening 08 - Triple Single Hung Window | Refused Entry | |
| Opening 09 | 12 | 31st Floor - UNIT 3101 - Opening 09 - Three Panel Sliding Glass Door | Refused Entry | |
| Opening 10 | 13 | 31st Floor - UNIT 3101 - Opening 10 - Triple Single Hung Window | Refused Entry | |
| UNIT 3102 | 14 | | Unit Number | |
| Opening 01 | 15 | 31st Floor - UNIT 3102 - Opening 01 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 01 | 15 | 31st Floor - UNIT 3102 - Opening 01 - Triple Single Hung Window | Water Damage | Replace |
| Opening 01 | 15 | 31st Floor - UNIT 3102 - Opening 01 - Triple Single Hung Window | Limited Access | |
| Opening 01 | 15 | 31st Floor - UNIT 3102 - Opening 01 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 16 | 31st Floor - UNIT 3102 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 02 | 16 | 31st Floor - UNIT 3102 - Opening 02 - Three Panel Sliding Glass Door | Frame Joint Damage | Replace |
| Opening 03 | 17 | 31st Floor - UNIT 3102 - Opening 03 - Triple Single Hung Window | Limited Access | |
| Opening 03 | 17 | 31st Floor - UNIT 3102 - Opening 03 - Triple Single Hung Window | Frame Joint Damage | Replace |
| UNIT 3103 | 18 | | Unit Number | |
| Opening 01 | 19 | 31st Floor - UNIT 3103 - Opening 01 - Triple Single Hung Window | Service and Clean | |
| Opening 02 | 20 | 31st Floor - UNIT 3103 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 31st Floor - UNIT 3103 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 02 | 20 | 31st Floor - UNIT 3103 - Opening 02 - Triple Single Hung Window | Frame Joint Damage | Replace |





GCI CONSULTANTS, LLC

| Page Label | Page Index | Space | Comments | Recommendations |
|---|---|---|---|---|
| Opening 03 | 21 | 31st Floor - UNIT 3103 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 03 | 21 | 31st Floor - UNIT 3103 - Opening 03 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 04 | 22 | 31st Floor - UNIT 3103 - Opening 04 - Single Hung Window | Frame Joint Damage | Replace |
| Opening 05 | 23 | 31st Floor - UNIT 3103 - Opening 05 - Single Hung Window | Limited Access | |
| Opening 06 | 24 | 31st Floor - UNIT 3103 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 24 | 31st Floor - UNIT 3103 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 06 | 24 | 31st Floor - UNIT 3103 - Opening 06 - Double Single Hung Window | Frame Joint Damage | Replace |
| Opening 07 | 25 | 31st Floor - UNIT 3103 - Opening 07 - Three Panel Sliding Glass Door | Frame Movement | Replace |
| Opening 08 | 26 | 31st Floor - UNIT 3103 - Opening 08 - Triple Single Hung Window | Limited Access | |
| Opening 08 | 26 | 31st Floor - UNIT 3103 - Opening 08 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 08 | 26 | 31st Floor - UNIT 3103 - Opening 08 - Triple Single Hung Window | Damaged Glass Stop | Replace |
| Opening 09 | 27 | 31st Floor - UNIT 3103 - Opening 09 - Three Panel Sliding Glass Door | Service and Clean | |
| Opening 10 | 28 | 31st Floor - UNIT 3103 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 10 | 28 | 31st Floor - UNIT 3103 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 10 | 28 | 31st Floor - UNIT 3103 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |
| Opening 10 | 28 | 31st Floor - UNIT 3103 - Opening 10 - Triple Single Hung Window | Frame Joint Damage | Replace |

**GCI CONSULTANTS, LLC**

St. Louis Condominium, Miami, FL
July 12, 2018
Page 2 of 7

## INTRODUCTION

GCI Consultants, LLC (GCI) is pleased to present this proposal to St. Louis Condominium Association (Client), to provide Consulting Services at St. Louis Condominium in Miami, FL as described herein.

## SCOPE OF SERVICES

Subject to the attached Terms and Conditions and other provisions of this agreement, GCI will provide Consulting Services for a flat fee, including all time and expenses as presented below:

| Task | Fee | Initials |
|---|---|---|
| • Conduct a Pre-inspection of the property and a report in digital format. <br>• Conduct a detailed visual examination of windows and doors in 130 units and common areas. Provide expert report in digital format upon completion. | $35,155.00 | |
| Option – Investigate reported water leakage using guidelines presented in ASTM E 2128. The investigation will include a review of project service history, visual inspection, and investigative testing. We will provide a written report in digital format upon completion. (2 days at $6,000.00* per day). | $12,000.00 | |

*The client is responsible for the cost of any necessary access equipment, preparation, and restoration of areas to be investigated. The client will contract for and pay these costs directly.

Please initial by each service you are accepting.

## PAYMENT TERMS

25% due upon acceptance of proposal, 25% due at start of Glazing inspections, 25% due at start of Water Leakage investigation and 25% due before delivery of report.



St. Louis Condominium, Miami, FL
July 12, 2018
Page 3 of 7

## CONTRACT AGREEMENT ACCEPTANCE

**GCI Consultants, LLC**


By:     Paul E. Beers
        CEO/Managing Member

Date:


**St. Louis Condominium Association**

By:     *Maria V. Sol Castillo*

Date:   *7/16/18*



**Proposed Fee Schedule for Expert Witness Services**

**St. Louis Condominium Association**
**800 Claughton Island Dr.**
**Miami, FL 33131**

**Prepared for:**
**Mrs. Susan C. Odess, Esq.**
**SRHL Law**
**201 Alhambra Circle, Eleveth Floor**
**Coral Gables, FL 33134**
sodess@srhl-law.com

**SEPTEMBER 26, 2018**



## INTRODUCTION

GCI Consultants, LLC (GCI) is pleased to present this proposal to SRHL Law (Client), to provide Expert Witness Services at St. Louis Condominium Association in Miami, FL as described herein.

## SCOPE OF SERVICES

Subject to the attached Terms and Conditions and other provisions of this agreement, GCI will provide Expert Witness Services on a time plus expenses basis.

| Resource | Rate |
|---|---|
| Principal | $325.00 per hour |
| Engineer/Consultant | $195.00 per hour |
| Inspector | $135.00 per hour |
| CAD Tech | $95.00 per hour |
| Mileage | at IRS approved rate |
| Expenses | at cost |

## PAYMENT TERMS

Payment due upon receipt of invoice



## CONTRACT AGREEMENT ACCEPTANCE

**GCI Consultants, LLC**


By:    Paul E. Beers
          CEO/Managing Member

Date:


**SRHL Law**


By:

Date:

**GCI CONSULTANTS, LLC**

## TERMS AND CONDITIONS

### ARTICLE 1 PROFESSIONAL ENGINEERING SERVICES

1.1   No Professional Engineering services are anticipated pursuant to this Agreement; however, if Professional Engineering services are provided by GCI, such services will be provided in conformance with applicable professional engineering standards in effect when the services are provided.  If GCI's Professional Engineer was not originally involved in this Agreement and GCI deems it necessary for its Professional Engineer to assist GCI in performing this Agreement, then GCI reserves the right to involve its Professional Engineer at Client's expense unless the Client objects, in which case, GCI has the right to immediately terminate this Agreement irrespective of any notice requirements in this Agreement.  If Professional Engineering services are provided pursuant to this Agreement, GCI will provide notice to the Client prior to providing such services, and a separate agreement will be signed evidencing such Professional Engineering services to be performed.

1.2   IF PROFESSIONAL ENGINEERING SERVICES ARE PROVIDED BY GCI PURSUANT TO THIS AGREEMENT, PURSUANT TO FLA. STAT. 558.0035, THE INDIVIDUAL PROFESSIONAL ENGINEER, EMPLOYEE, AND/OR AGENT OF GCI MAY NOT BE HELD INDIVIDUALLY LIABLE FOR NEGLIGENCE.  THIS PROVISION SURVIVES THE TERMINATION, FOR ANY REASON, OF THIS AGREEMENT.

### ARTICLE 2 WORK PRODUCT

2.1   The Client shall not make modifications of any kind to GCI's work product and/or report, including but not limited to printed or printable media produced by GCI.

2.2   GCI understands that the report issued by GCI may be forwarded to an insurance carrier and/or other entity for indemnification, reimbursement, benefits, proceeds, and/or to provide monies to cover damages to the property at issue.  GCI, however, cannot and does not guarantee, make any representations, warranties, and/or promises, explicitly or implicitly, that such insurance carrier or other entity will in fact indemnify, reimburse, pay benefits, pay proceeds, and/or provide any monies, in full or in part, to cover damages to the property at issue based on GCI's report. Similarly, GCI cannot and does not guarantee, make any representations, warranties, and/or promises, explicitly or implicitly, that GCI's report will be accepted, adopted, and/or agreed with by any insurance carrier and/or other entity.

2.3   GCI is not responsible for any repairs, renovations, fixes, improvements and/or corrections of any damages, deviations, and/or deficiencies identified in GCI's report issued in connection with this Agreement; rather, the Client or Property Owner is solely responsible for notifying and/or retaining the appropriate party, contractor, subcontractor, and/or professional regarding such.

2.4   The information presented in the GCI report represents the results of GCI's investigation as of the date of the report or the date indicated in the report. If additional information becomes available, GCI requests that it be brought to GCI's attention as soon as possible so that GCI can fully address it. Consequently, GCI reserves the right to amend the report should further data become available.



ARTICLE 3 EXPENSES

3.1   The Client agrees to reimburse GCI for any expenses that are not within the normal overhead of GCI.

ARTICLE 4 TERMINATION

4.1   Either GCI or the Client may terminate this agreement with or without cause upon ten (10) days written notice.  GCI may immediately terminate this agreement for nonpayment.  Time is of the essence with respect to any payment due to GCI.

ARTICLE 5 ARBITRATION, LIMITATION OF LIABILITY, WAIVER OF JURY TRIAL, and OTHER PROVISIONS

5.1   Assignment:  This agreement may not be assigned without the express written consent of all parties to this agreement.

5.2   Entire Agreement:  With the exception of the "Work Order" signed by the Client and the "Direction to Pay" signed by the Property Owner, this Agreement constitutes the complete and entire agreement between the Parties and revokes and supersedes all prior or simultaneous representations, discussions, negotiations, and agreements, whether written or oral.

5.3   LIMITATION OF LIABILITY:   The Client clearly, unequivocally, knowingly, and voluntarily agrees that the liability of GCI as to any claims arising out of and/or related to and/or in connection in any way to this Agreement, whether in tort, contract, and/or for statutory violations, shall be expressly limited to the total amount paid to GCI pursuant to this Agreement.  This limitation of liability has been determined to be supported by an analysis of services provided by GCI and the potential impact of such services upon the Client.  This provision survives the termination, for any reason, of this Agreement.

5.4   Hazardous Materials:  GCI shall have no responsibility for the discovery, presence, handling, removal or disposal of or exposure of persons to hazardous materials in any form, including but not limited to asbestos, asbestos products, lead paint, polychlorinated biphenyl (PCB), toxic mold or other toxic substances.

5.5   Jurisdiction and Venue: In the event the Arbitration Provision below is deemed waived, unenforceable, or inapplicable for any reason, in any lawsuit arising out of and/or related to and/or in connection with in any way this Agreement, jurisdiction and venue shall rest solely and exclusively in the state and/or federal courts of Palm Beach County, Florida.

5.6   Governing Law: This Agreement shall be interpreted and governed in accordance with Florida law.

5.7   Attorney's fees and Costs:  In the event of any lawsuit, claim, arbitration, proceeding, and/or dispute of any nature arising out of and/or related to and/or in connection with in any way this Agreement, including tort, contract, equitable, and/or statutory violations, between GCI



and the Client, the prevailing party shall be entitled to reimbursement of all reasonable attorney's fees, expenses, and costs, including but not limited to any attorney's fees, expenses, and costs incurred prior to the initiation, during, and on review/appeal of any such lawsuit, claim, arbitration, proceeding, and/or dispute, all of which may be made part of any judgment rendered in such lawsuit, claim, arbitration, proceeding, and/or dispute. The prevailing party shall be entitled to an award of all reasonable attorney's fees, expenses, and costs incurred regarding the determination of both the entitlement and amount of such attorney's fees, expenses, and costs. The prevailing party shall also be entitled to all reasonable attorney's fees, expenses, and costs incurred in any and all mediations. This provision survives the termination, for any reason, of this Agreement.

5.8     WAIVER OF JURY TRIAL: The parties clearly, unequivocally, knowingly, and voluntarily agree to waive their right to a trial by jury in any lawsuit, claim, arbitration, proceeding, and/or dispute arising out of and/or related to and/or in connection with in any way this Agreement, whether in tort, contract, equity, and/or statutory violations. This provision survives the termination, for any reason, of this Agreement.

5.9     ARBITRATION AND MEDIATION: The parties agree to arbitrate any lawsuit, claim, and/or dispute arising out of and/or related to and/or in connection with in any way this Agreement, including tort, contract, equitable, and/or statutory violations, pursuant to the Rules and Procedures of the American Arbitration Association ("AAA"), Construction Industry. The arbitration shall be governed by three arbitrators selected by the rules and procedures of the AAA with experience in Construction Industry arbitration and/or litigation. The claimant and/or plaintiff shall pay the "Initial Filing Fee" and "Proceed Fee" (if applicable); the "Final Fee" shall be paid by the appropriate party as determined by the arbitrator(s). The arbitration, including any hearings, shall be held in Palm Beach County, Florida. Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction.

        (i)     Prior to the initiation of the arbitration set forth above, the parties shall first mediate the aforementioned lawsuit, claim, and/or dispute. The mediation shall not proceed pursuant to the mediation rules and procedures of the AAA; but instead shall proceed as follows: the parties shall mutually agree upon the selection of the mediator. The mediation fees shall be paid equally by the parties. The mediation shall be held in Palm Beach County, Florida. The mediation process shall be initiated by the claimant/plaintiff putting the respondent/defendant on notice in writing of a demand for mediation, including a reasonable description of the nature of the dispute and the alleged damages. The respondent/defendant shall respond in writing within 30 days to the demand for mediation. If the respondent/defendant does not timely respond within 30 days to the demand for mediation, the claimant/plaintiff may proceed to arbitration without mediation.

        (ii)     This provision survives the termination, for any reason, of this Agreement.

5.10   If any provision or part of a provision of this Agreement is deemed unenforceable or invalid for any reason, the remaining provisions shall remain enforceable, valid, and binding between the parties to this Agreement. This provision survives the termination, for any reason, of this Agreement.



5.11 A waiver of any provision or part of a provision of this Agreement, shall not be deemed as a waiver of any other provision of this Agreement. This provision survives the termination, for any reason, of this Agreement.


5.12 Electronic Signatures: GCI or the Client may sign this Agreement by e-mail, digitally, or facsimile which shall have the same force and effect as a hand-written signature.

5.13 This agreement is based upon the client providing timely access to all areas for inspection. If GCI is delayed with access, we will notify the client of any additional fees via a written change order. If there are delays beyond GCI's control, any additional time needed to complete the inspection may not be contiguous.

ARTICLE 6 Indemnification

6.1 To the extent permitted by law, the Client shall indemnify, defend, and hold harmless GCI (including GCI's employees, agents, and officers) from any and/or all liability, damages, loss, claims, demands, actions, expenses, costs, and/or fees (including attorney's fees and all costs, expenses and fees associated with or incurred in litigation and/or mediation and/or arbitration) incurred by GCI arising out of and/or related to and/or in connection with the acts, errors, conduct, breaches of duty (contractual, statutory, and/or tort), and/or omissions by Client (including Client's employees, agents, and officers) regarding the work and/or services performed or provided by Client to the property owner and/or other individual/entity.


6.2 Indemnification for GCI's Alleged Acts: To the extent permitted by law, the Client clearly and unequivocally intends and agrees to indemnify, defend, and hold harmless GCI (including GCI's employees, agents, and officers) from any and/or all liability, damages, loss, claims, demands, actions, expenses, costs, and/or fees (including attorney's fees and all costs, expenses and fees associated with or incurred in litigation and/or mediation and/or arbitration) incurred by GCI arising out of and/or related to and/or in connection with the negligent acts, errors, conduct, and/or omissions, and/or breaches of contractual duties by GCI (including GCI's employees, agents, and officers) regarding the work and/or services performed or provided by GCI to the property owner and/or other individual/entity.

6.3 The Indemnification provisions in this Article 6 survive the termination, for any reason, of this Agreement.

**List of Testimony during the Previous Five Years by Paul E. Beers
(As of January, 2014)**

Rothal vs. Arvida (Deposition and Class Certification Hearing)
Ft. Lauderdale, FL

Ophir Management vs. Tesoro Corp (Deposition)
Jacksonville, FL

Westwood Gardens Condominium vs. FIGA (Deposition)
West Palm Beach, FL

Somerset Condominium vs. FIGA (Deposition)
West Palm Beach, FL

Pine Ridge III vs. FIGA (Deposition)
West Palm Beach, FL

Sterling Condominium vs. Citizens Property Insurance (Deposition)
West Palm Beach, FL

Cosmoplast vs. Nationwide Insurance (Deposition)
Ft. Lauderdale, FL

Reef at Marathon vs. Citizens Property Insurance (Deposition)
West Palm Beach, FL

Granada House vs. Citizens Property Insurance (Deposition)
West Palm Beach, FL

Architect of the Capitol vs. Grunley Construction (Deposition)
Washington, D.C.

Bermuda Isles vs. Westchester Surplus Lines (Deposition)
Ft. Lauderdale, FL

Majestic Gardens "D" Condominium Association vs. Citizens Property Insurance (Deposition)
West Palm Beach, FL

Judith Perry vs. Citizens Property Insurance Co. (Deposition)
West Palm Beach, FL

Los Palacios vs. Aspen Specialty Lines (Deposition)
Asheville, NC

Ocean View Towers Association vs. QBE Insurance Corporation (Deposition)
West Palm Beach, FL

Lee Memorial Health System vs. Bovis  Lendlease (Deposition)
Tampa and Miami, FL

Architect of the Capitol vs. Grunley Construction (Trial)
Washington, D.C.

Summit Towers vs. QBE Insurance Corporation (Deposition)
West Palm Beach, FL

Diplomat Properties Limited Partnership vs. RC Aluminum Industries (Deposition)
Fort Lauderdale, FL

Ocean View Towers Association vs. QBE Insurance Corporation (Trial), Federal Court
Miami, FL

Westin Diplomat Resort vs. RC Aluminum Industries (Arbitration Hearing)
Miami, FL

Summit Tower Condominium Association vs. QBE Insurance Corporation (Trial), Federal Court
Miami, FL

River Oaks Condominium vs. Aspen (Deposition)
Asheville, NC

Wynmoor  Association (various Condominium Associations within the Wynmoor Community) vs.
QBE Insurance Corporation (Deposition)
West Palm Beach, FL

Tull Brothers  vs. Peerless Products (Deposition)
West Palm Beach, FL

Braemer Isles Condo Association  Inc, vs. OBE Insurance Corporation (Deposition)
Highland Beach, FL

Villages of Emerald Bay Condominium Association, Inc. vs. Certain Interested
Underwriters at Lloyd's, London
Coral Gables, FL

Kings Bay Condominium Association, Inc. vs. Citizens Property Insurance Corporation (Deposition)
West Palm Beach, FL

Lago Grande 6 Condominium Association vs. Certain Underwriters at  Lloyd's  of London
West Palm Beach, FL

St. Louis - Plaintiff's Expert - GCI Consultants, LLC's File - 001546

| Date | File Matter | Service |
|---|---|---|
| 2/17/2014 | Lighthouse Bay Condominium Association Inc v. Citizens Property Insurance Corporation | Deposition |
| 03/04-03/05/2014 | Kings Bay Condominium Association, Inc vs. Citizens Property Insurance Corporation | Testimony |
| 9/18/2014 | Fox Haven of Foxfire Condominium IV Association Inc. vs. Nationwide Mutual Fire Insurance Company | Depositon |
| 7/21/2015 | Coronado at Highland Beach Condominium | Deposition |
| 8/17/2017 | Vista Trace Multicondominium Association v. Lawson Industries, Inc., et al. | Deposition |
| 11/13/2017 | Palmetto Hospitality of Tamarac I, LLC v Kast Construction III, LLC et al. | Deposition |
| 8/8/2018 | Inlet Marina Villas Condominium Association, Inc vs. United Specialty Insurance Compan and Interstate Fire & Casualty Company | Deposition |

| DLT BUILDING ADVISORS | | | ST LOUIS BRICKELL KEY CONDO ASSOC |
|---|---|---|---|
| 3470 North Miami Avenue | | State of F orida CGC | 800 C aughton Is and Drive |
| Upper Suite | | 058081 | Miami, F orida 33131 |
| Miami, F orida 33127 | | | |

## BUILDING RESTORATION ESTIMATE - *DETAIL*

| Proper y nspec e800 Claugh on sland Drive | | **Total GSF** | **ELEVATION** | | | |
|---|---|---|---|---|---|---|
| Loca ion: | Miami, lorida 33131 | **128420.60** | **NORTH** | **SOUTH** | **EAST** | **WEST** |
| Owner: | S Louis Brickell Key Condo Associa ion | Stucco Concrete | 3157.66 | 3157.66 | 9684.40 | 9684.40 |
| S ories | 31 | | | | | |
| To al Uni s | 130 | Window Glass | 12630.64 | 12630.64 | 38737.60 | 38737.60 |
| Claim Ca egory: | Hurricane rma - **WIND** | | | | | |
| Es ima e Da e: | Oc ober 27, 2017 | TOTAL | 15788.30 | 15788.30 | 48422.00 | 48422.00 |
| Prepared By: | Hec or Torres CGC 058081 -C:754.581.2475 | | | | | |

| CSI | Trade | UNIT | Qty | Unit Cost | | Subtotal |
|---|---|---|---|---|---|---|
| **1100** | **Equipment** | | | | | |
| 1 | Heavy Equipmen Ren al - Swing S age | 6 | MTHS | $36,000 | | $216,000 |
| 2 | Heavy Equipmen Opera ors | 6 | MTHS | $12,300 | | $73,800 |
| | | | | **Equipment Subtotal:** | | **$289,800** |
| **2100** | **Demolition** | | | | | |
| 3 | General, ongoing, Prepara ion of si e | 6 | MTHS | $15,000.00 | | **$90,000** |
| 4 | Debris Removal | 25 | EA | $1,200.00 | | **$30,000** |
| 5 | Hauling of Debris | 25 | EA | $650.00 | | **$16,250** |
| 6 | Si e Safe y - Overhead Pro ec ion | 6 | MTHS | $15,000.00 | | **$90,000** |
| | | | | **Demolition Subtotal** | | **$226,250** |
| **2200** | **Surveying, Staging & Permitting** | | | | | |
| 7 | Archi ec ural & plans | 1 | LS | $22,460.00 | | $22,460 |
| 8 | Environmen al Consul an - DERM | 1 | LS | $2,650.00 | | $2,650 |
| 9 | Building and Si e Con rol | 1 | LS | $2,500 | | $2,500 |
| 10 | Si e Boundary Analysis | 1 | LS | $1,500 | | $1,500 |
| 11 | Benchmarks | 1 | LS | $850 | | $850 |
| 12 | Exis ing Condi ions Repor | 1 | LS | $2,500 | | $2,500 |
| 13 | Miami Dade Coun y Moni oring - DERM | 1 | LS | $2,220 | | $2,220 |
| | | | | **Subtotal:** | | **$34,680** |
| **3200** | **Site Safety** | | | | | |
| 14 | Si e Safe y - OSHA COMPL ANCE H GH R SE | 6 | MTHS | $11,500.00 | | $69,000 |
| | | | | **Subtotal:** | | **$69,000** |
| **7100** | **Waterproofing** | | | | | |
| 15 | General Caulking - Windows/Doors | 102,736 | S | $3.50 | | $359,578 |
| | | | | **Subtotal:** | | **$359,578** |
| **8100** | **Doors and Hardware** | | | | | |
| 16 | Door & Hardware Package - SGD | 266 | EA | $3,500 | | $931,000 |
| | | | | **Subtotal:** | | **$931,000** |
| **8500** | **Window, Glass and Glazing** | | | | | |
| 17 | Glazing w/frame - Package | 102,736 | S | $75.00 | | $7,705,236 |
| | | | | **Subtotal:** | | **$7,705,236** |
| **9260** | **Framing and Drywall** | | | | | |
| 18 | Drywall Package- nside Uni s | 130 | EA | $3,585.00 | | $466,050 |
| | | | | **Subtotal:** | | **$466,050** |
| **9280** | **Stucco and Plastering** | | | | | |
| 19 | Ex erior S ucco Repair - | 25,684 | S | $36.00 | | $924,628 |
| | | | | **Subtotal:** | | **$924,628** |
| **9900** | **Painting** | | | | | |
| 20 | Pain ing - S ucco ex erior 2 coa s | 25,684 | S | $5.85 | | $150,252 |
| | | | | **Subtotal:** | | **$150,252** |
| **14000** | **Pools and Spas** | | | | | |
| 21 | Emp y, Acid Wash, Guni e | 1 | EA | $15,500 | | $15,500 |
| 22 | Power wash & repair pool deck | 1 | EA | $7,585 | | $7,585 |
| | | | | **Subtotal:** | | **$23,085** |

| DLT BUILDING ADVISORS<br>3470 North Miami Avenue<br>Upper Suite<br>Miami, Florida 33127 | State of F orida CGC 058081 | ST LOUIS BRICKELL KEY CONDO ASSOC<br>800 C aughton Is and Drive<br>Miami, F orida 33131 |
|---|---|---|

## BUILDING RESTORATION  ESTIMATE - *SUMMARY*

| Property nspected | 800 Claughton sland Drive | **Total GSF** | **ELEVATION** | | | |
|---|---|---|---|---|---|---|
| Location | Miami, Florida 33131 | **128420 60** | **NORTH** | **SOUTH** | **EAST** | **WEST** |
| Owner | St Louis Brickell Key Condo Association | Stucco/Concrete | 3157 66 | 3157 66 | 9684 4 | 9,684 |
| Stories | 31 | | | | | |
| Total Units | 130 | Window/Glass | 12630 64 | 12630 64 | 38737 6 | 38,738 |
| Claim Category | Hurricane rma - **WIND** | | | | | |
| Estimate Date | October 27, 2017 | Total GSF | 15788 3 | 15788 3 | 48,422 | 48,422 |
| Prepared By | Hector Torres CGC 058081 -C 754 581 2475 | | | | | |

| Item | Description | Mobilization | Materials | Supplies | Equipment | Total Cost |
|---|---|---|---|---|---|---|
| 1000 | General Requirements | $78,000 | | $65,000 | $138,000 | $281,000 |
| 1100 | Equipment | | | | $289,800 | $289,800 |
| 2100 | Demolition | | | | | $226,250 |
| 2200 | Surveying | | | | | $34,680 |
| 3200 | Site Safety | | | | | $69,000 |
| 7100 | Waterproofing | | | | | $359,578 |
| 8100 | Doors and Hardware | | | | | $931,000 |
| 8500 | Window, Glass and Glazing | | | | | $7,705,236 |
| 9260 | Framing and Drywall | | | | | $466,050 |
| 9280 | Stucco and Plastering | | | | | $924,628 |
| 9900 | Painting | | | | | $150,252 |
| 14000 | Pools & Spas | | | | | $23,085 |
| | **Subtotal Direct Cost** | | | $65,200 | $427,800 | **$11,460,559** |
| | General Conditions - Project Supervision | $630,000 | | | | $630,000 |
| | **Subtotal** | $630,000 | $0 | $65,200 | $427,800 | **$12,090,559** |
| | Contractor's Contingency - 3% | | | | | $362,717 |
| | **Subtotal** | | | | | **$12,453,276** |
| Major Loss tem | Construction Management Fee - 5% | | | | | $604,528 |
| | **Subtotal** | | | | | **$13,057,804** |
| | General Liability nsurance - 1 5% | | | | | $195,867 |
| | **Subtotal** | | | | | **$13,253,671** |
| | **Overhead - 10%** | | | | | **$1,325,367** |
| | **Profit - 10%** | | | | | **$1,457,904** |
| | Bond | | | | | N C |
| | **Total Restoration Estimate** | | | | | **$16,036,942** |

**DLT GLOBAL**
**CGC 058081**
**Development and Building Advisors**
**3470 North Miami Ave**
**Upper Suite**
**Miami, Florida 33127**
(a division of Delatorres Industries, LLC)

# FEE SCHEDULE
### AS OF JANUARY 1, 2018

BUILDING INSPECTION & CLAIM ANALYSIS = $ 5,000.00 minimum
LITIGATION EXPERT WITNESS SUPPORT = $ 2,500.00 minimum
DEVELOPMENT & CONSTRUCTION MANAGEMENT = $ 18,500 Monthly minimum
BUILDING ESTIMATING = $ 7,500 minimum

 The hourly billing rates for services of the Consultant for Additional Services above Lump Sum pricing, if any, are set forth below.

| Employee or Category | Rate |
| --- | --- |
| Consultants Employees: | |
| Principal | $350.00 |
| Project Engineer | $200.00 |
| Clerical Staff | $ 85.00 |
| | |
| Out of pocket expenses/travel/printing/meals, etc…. | At cost, plus 15% administration fee |

**DLT GLOBAL**
**CGC 058081**
**Development and Building Advisors**
**3470 North Miami Ave**
**Upper Suite**
**Miami, Florida 33127**
(a division of Delatorres Industries, LLC)

# EXPERT DEVELOPMENT & BUILDING CASES

| **PROJECT:** | **LAW FIRM:** |
|---|---|
| ***Marquis Residence and Hotel Tempo Spa*** | AKERMANN SENTERFITT |
| Miami Florida | |
| 68 Stories | |
| 306 Condominium Unit – 56 Key Hotel & Spa | |
| | |
| ***Soleil Residences, Miami Florida*** | AKERMANN SENTERFITT |
| 35 Stories | |
| 345 Condominium Units | |
| | |
| ***Blvd 57 Residences, Miami Florida*** | BILZIN SUMBERG |
| 8 Stories | |
| 86 Condominium Units/Retail | |
| | |
| ***Vitri Residences & Hotel, Miami Beach, Florida*** | BROAD & CASSELL |
| 5 Story | |
| Hotel & Residences | |
| | |
| ***Everglades on the Bay, Miami Florida*** | GREENBERG TRAURIG |
| Twin 52 Story Towers | |
| 836 Residences/Retail | |
| | |
| ***Capital at Brickell, Miami, Florida*** | GREENBERG TRAURIG |
| Twin 58 Story Towers | |
| 785 Residences/Retail | |
| | |
| ***Design 41, Miami Florida*** | DWAYNE MORRIS LLP |
| 6 Story Office Building | |
| Design District Office/Retail | |

## CURRICULUM VITAE

# Hector Torres

754.581.2475

3470 N. Miami Ave
Upper Suite
Miami, Florida 33127

htorres@dltglobal.co
www.dltglobal.co

## **Objective**

*To impact the Real Estate Industry through the creation of innovation and leadership in total collaboration with "Best in Class" professionals*.

## **Mission**

*"To live daily among humanity in a seamless environment where no distinction is made between Life, Work and Play focusing on the Quality items that motivate growth."*

St. Louis - Plaintiff's Expert - DLT Building Advisors' File - 000005

## Experience

**2017 - Present| Managing Principal**
DLT Global Development & Building Advisors | 3470 N. Miami Ave, Upper Suite, Miami, Florida 33127

### <u>CEO & President</u>

**Global Provider of Real Estate services:**

- *Insurance claim appraisals & litigation consulting*
- *Building & Development representation*
- *Investment Capital advisory*
- *International real estate brokerage and advisors*
- *Construction Management*
- *Development analytics and acquisitions*
- *Opportunity and recovery management*

**2014 - 2017 | Chief Operating Officer**
Unitas Development Group | 600 Brickell Avenue,  Miami, Florida

### <u>Manage the daily activities of  Unitas Development Group  .</u>

*Project 57* – MIMO District of Downtown Miami , Florida –  8 story mid Rise Tower – 580,000 square feet - $ 200 Million USD

Hector Torres

2

**Program Operational Leadership:**
- Provide effective and inspiring leadership by being actively involved in all programs and services, developing a broad and deep knowledge of all programs.
- Identify opportunities for Green Dragon Group to leverage cross-program strengths to take advantage of new opportunities and/or to address organizational challenges.
- Lead, coach, develop, and retain Green Dragon Group high-performance senior management team with an emphasis on developing capacity in strategic analysis and planning and program budgeting.
- Develop and implement training programs and retreats to expand the capacity of all staff.
- Prepare and submit an annual operational budget, manage effectively within this budget, and report accurately on progress made and challenges encountered.
- Ensure the continued financial viability of Green Dragon Group operational units through sound fiscal management.

**External Relationship Development:**
- Manage and cultivate existing relationships with Real Estate Industry to secure and expand recurring revenue streams.
- Publicly represent Green Dragon Group with the media and external constituency groups including community, governmental, and private organizations and build excitement for Green Dragon Group mission.
- 

**Strategic Plan Implementation:**
- Provide programmatic leadership and input for all strategic plan implementation processes with the Board of Directors and staff. Coach program directors as they implement the strategic plan and transition program operations.

**Develop and implement a system for tracking and reporting on the progress of the strategic Project plan implementation.**

Hector Torres

3

## Experience

**2012 - 2014| Vice President**
Cymbal Development | 3470 N. Miami Ave, Miami, Florida

### Manage and re-develop the Real Estate Assets of Cymbal Development .

*Marina Lofts Project* – Downtown Fort Lauderdale , Florida –
(3) Three 30 story High Rise Towers – 1.7 Million square feet - $ 380 Million USD

- Apply and obtain zoning entitlements.
- Resolve major issues to development site logistic including preservation of tree's
- Resolve FPL Transmission line underground relocation issues
- Meet with City of Fort Lauderdale Staff to process Development order
- Develop financial models feasibility studies
- Arrange for equity financing and Capital Stack
- Develop construction and management policies and procedures
- Position the Marina Loft Project for potential Sale

**2006 - 2012| Vice President of Development**
AFI Group/ AFIUSA / | 1100 Biscayne Blvd, Miami, Florida

Publicly traded entity in the London and Tel Aviv Stock Exchange

### Manage and Develop the Real Estate assets of AFI Florida Holdings .

*MARQUIS RESIDENCES AND HOTEL TEMPO – SPA* – Downtown Miami , Florida –
67 story High Rise Tower – 1.2 Million square feet - $ 380 Million USD

- Provide Construction Management  services during the Construction phase of the Project.
- Install Safety program  and OSHA compliance
- Provide support services to Sales/Marketing and Legal department
- Review and certify financial institution application for funds and oversee the disbursement of those funds for accuracy.
- Direct the Hotel/Spa/Restaurant operations of the project to provide for stabilization of the asset.

Hector Torres

4

## Experience

*SOLEIL RESIDENCES AND RETAIL CENTER* – Downtown Miami , Florida –
35 story and 22 story mixed use project – 650,000 square feet - $ 165 Million USD

- Provide pre construction management review for the efficient development of the project.
- Review financial feasibility of the project during a changing economy
- Manage and  negotiate successful cancellation of Sales Purchase Agreements

### *1101 Brickel Center*
550,000 square feet - $ 280 Million USD

- Manage active asset by reviewing commercial leases and managing Tenant Improvements.
- Developed a Master Development plan and obtained a City of Miami Major Use Special Permit
- Develop plan to repurpose and improve the existing property.
- Successfully negotiated the Short Sale of the Property.

*VITRI PROJECT – Miami Beach -*  Mixed Use High Profile Project – Miami Beach, Florida
130,000 square feet - $ 120 Million USD

- Provide for Highest and Best use of Land through Development and Design.
- Successfully negotiated the cancellation of existing Sales Purchase Agreement.
- Successfully managed the Short Sale of the Property.

*LAND –* Raw Land in the Heart of the Park West and Design District – Downtown Miami, Florida  25 Acres - $ 89 Million USD

- Successfully negotiated the Sale of Raw Land during the worse economic Real Estate times of the century.

Hector Torres

5

## Experience

**2001 - 2006| Director of Construction & Development**
Cabi Developers, LLC | Aventura, Florida

### Manage the Acquisition, Construction and Development of the Real Estate Assets of Cabi Developers, LLC .

*TURNBERRY OCEAN COLONY* -  Twin Luxury Towers on the Ocean, Sunny Isles, Florida  800,000 square feet - $ 420 Million USD

- Oversee the Financial and Construction Management processes for the joint venture between Turnberry Associates and Cabi Developers, LLC.

*TURNBERRY VILLAGE* – Golf Course community - Aventura, Florida
630,000 square feet - $ 195 Million USD

- Oversee the Financial and Construction Management processes for the joint venture

*COUNTRY CLUB CENTER* – 10 story office tower - Aventura, Florida  98,000 square feet - $ 36 Million USD

- Develop and Construct the U.S. headquarter office building of Cabi Developers, LLC

*EVERGLADES ON THE BAY* – 55 Story Twin Tower buildings - Downtown Miami, Florida
2.1 Million Square feet - $ 380 Million

- Acquire  various pieces of land to Develop and Construct a Major Mixed Use project.
- Assist the Financial Team to obtain $ 270 million construction loan
- Provide General Contractor License and Services to commence the building of the project.

*CAPITAL AT BRICKELL* – 66 Story and 42 Story Mixed Use Project – Downtown Miami, Florida
2.5 Million Square feet - $ 425 Million USD
- Acquire various pieces of land and Design Develop a Major Mixed Use Project.
- Direct design team to provide for maximum efficiency of the project.
- Construct a State of the Art Sales Center along Miami Avenue

Hector Torres

6

## Experience

**1998 - 2001| Executive Vice President**
Quality Concrete, Inc | West Palm Beach, Florida

**Manage the Administration, Project Management, Estimating and Financial operations of Concrete Shell Company.**

***BENTLEY OCEAN*** – 10 Story condominium project – Miami Beach, Florida  88,000 Square feet - $ 45 Million USD

***BENTLEY BAY*** – Twin 22 Story high rise condominium project – Miami Beach, Florida  335, 000 Square feet - $ 122 Million USD

**SKYLINE ON BRICKELL**  - 28 Story condominium project – Downtown Miami, Florida  125,000 Square feet - $ 56 Million USD

**1990 - 1998| PRINCIPAL - PRESIDENT**
NORTECH INDUSTRIES | Sunrise, Florida

**Owned and Managed a Construction Management and Insurance Restoration Firm**

***ULTIMATE SOFTWARE GROUP -*** 10 Story Office building - Weston Florida 100,000 Square feet - $ 19 million USD

***MIZNER FOREST -***  (***Torres Development)*** 27 Luxury homes - Boca Raton, Florida  32,000 Square feet - $ 12 Million USD

Hector Torres

7

## SKILLS

- ENTREPENEUR – SELF MOTIVATED
- BILINGUAL – ENGLISH/SPANISH
- POLISHED NEGOTIATION SKILLS
- FINANCIAL ANALYSIS PROFICIENCY
- UNDERSTANDING OF REAL ESTATE BUSINESS LAW
- PROJECT MANAGEMENT EXPERT
- CONSTRUCTION EXPERT
- SALES/MARKETING PROFICIENCY
- COMPUTER LITERACY

## Education

**HARVARD UNIVERSITY ALUMNI – GRADUATE SCHOOL OF DESIGN - CAMBRIDGE, MASS.**
*REAL ESTATE AVVANCED MANAGEMENT PROGRAM IN REAL ESTATE DEVELOPMENT*

**HARVARD BUSINESS SCHOOL – CAMBRIDGE, MASS.**
*REAL ESTATE MANAGEMENT PROGRAM: FINANCE, DESIGN, LEADERSHIP*

**TONY ROBBINS BUSINESS COACHING – SAN DIEGO, CA**
*BUSINESS AND LIFE COACHING MANAGEMENT PROGRAM*

- TIME MANAGEMENT
- IDENTIFYING AND ACHIEVING RESULTS
- CREATING A POWERFUL SENSE OF PURPOSE AND DRIVE
- DEVELOPING LEADERSHIP SKILLS

**GOLD COAST SCHOOL OF INSURANCE – OAKLAND PARK, FLORIDA**
*120 HOURS VOCATIONAL TRAINING IN PROPERTY AND CASUALTY RISK MANAGEMENT STUDIES – QUALIFICATION FOR FLORIDA DEPARTMENT OF INSURANCE – 220 – GENERAL LINES PROPERTY AND CASUALTY*

- RISK MANAGEMENT FOR CONSTRUCTION TRADES
- ADJUSTING PROPERTY AND CASUALTY INSURANCE CLAIMS
- ASSESMENT AND PROCUREMENT OF CONSTRUCTION SURETY BOND

Hector Torres

8

## Education

**GOLD COAST SCHOOL OF REAL ESTATE – OAKLAND PARK, FLORIDA** *100 HOURS VOCATIONAL TRAINING IN REAL ESTATE APPRAISING STUDIES – QUALIFICATION FOR DEPARTMENT OF PROFESSIONAL BUSINESS REGULATION – REAL ESTATE APPRAISER*

- PRACTICES AND PRINCIPLES OF GENERAL REAL ESTATE APPRAISING
- APPLICATION OF HIGHEST AND BEST USE PROCESSES
- STUDY OF FEDERAL GUIDELINES OF REAL ESTATE APPRAISING FOR FINANCIAL INSTITUTIONS

**FLORIDA CONSTRUCTION SCHOOL – POMPANO BEACH, FLORIDA**
*200 HOURS VOCATIONAL TRAINING IN CONSTRUCTION STUDIES – QUALIFICATION FOR DEPARTMENT OF PROFESSIONAL REGULATION – GENERAL CONTRACTORS LICENSE*

- APPLICATION OF CONSTRUCTION SCIENCES FOR HIGH RISE BUILDINGS
- CONSTRUCTION LAW AND ACCOUNTING PRACTICES AND PRINCIPLES
- FLORIDA BUILDING CODE, PROJECT MANAGEMENT AND ESTIMATING PRACTICES

**CARPENTERS UNION LOCAL – NEW YORK CITY**
*APPRENTICESHIP/JOURNEYMAN/FOREMAN*

- EDUCATED IN APPLICATION OF CONSTRUCTION SCIENCES
- WORK STUDY PROGRAMS DIRECTED TOWARD CONSTRUCTION PROFICIENCY
- VOCATIONAL ON THE JOB TRAINING

## PROFESSIONAL LICENSES –

- o **Florida Licensed General Contractor – CGC 058081**
- o **Florida Registered Real Estate Appraiser License –**
- o **Florida Department of Insurance 220 License –**
- o **Florida Department of Business and Professional Regulation**
  **- - Real Estate Broker license – BK 3203701**
- o **Supreme Court of Florida – Guardian Ad Litem**

Hector Torres

9

St. Louis - Plaintiff's Expert - DLT Building Advisors' File - 000013