# EXHIBIT "E"

**Engie Tapia**

| | |
|---|---|
| **From:** | Jocelyn Engracio <jocelyn@levylawgroup.com> |
| **Sent:** | Friday, October 19, 2018 2:05 PM |
| **To:** | Dania Brady |
| **Cc:** | Engie Tapia; Lourdes Artigas; Michael Metta; Lauren Levy; Susan Catania Odess |
| **Subject:** | RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV |
| **Importance:** | High |

Good afternoon Dania and Happy Friday.
Please note that Ms. Levy and Mr. Pesak are available for his deposition in New York on 11/27 at 1:00 p.m. or 11/28 at 9:00 a.m. I am still waiting to hear from Mr. Millard regarding his availability in November and will get back to you once I hear from him.
Please let me know at your earliest convenience which of these dates is good for Ms. Odess.

Thank you.



JOCELYN ENGRACIO, FRP
Paralegal
Levy Law Group
3399 Ponce de Leon Blvd.
Suite 202
Coral Gables, Florida 33134
Tel. (305) 444-1500
Fax (305) 503-9295
Jocelyn@levylawgroup.com

**From:** Dania Brady [mailto:dbrady@srhl-law.com]
**Sent:** Wednesday, October 17, 2018 4:13 PM
**To:** Susan Catania Odess; Lauren Levy
**Cc:** Engie Tapia; Jocelyn Engracio; Lourdes Artigas; Michael Metta
**Subject:** RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV
Good afternoon,
This will be our second email today to follow up on dates for the depositions we have requested.
Kindly respond so we can secure dates.
Thank you.
**Dania Brady**
Legal Assistant to:
Susan C. Odess and Daniel Jovanov
Siegfried, Rivera, Hyman, Lerner,
De La Torre, Mars & Sobel, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-3334 Ext 385 ● Fax: 305-446-8727
www.srhl-law.com ● dbrady@srhl-law.com
Follow us on: Facebook ● Twitter ● LinkedIn ● Youtube

1



This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

**From:** Dania Brady
**Sent:** Wednesday, October 17, 2018 10:15 AM
**To:** Susan Catania Odess; Lauren Levy
**Cc:** Engie Tapia; Jocelyn Engracio; Lourdes Artigas; Michael Metta
**Subject:** RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV

Good morning,
We are following up on our email below requesting your availability to set the depositions requested. Kindly send us dates.
Thank you.

**Dania Brady**
Legal Assistant to:
Susan C. Odess and Daniel Jovanov
Siegfried, Rivera, Hyman, Lerner,
De La Torre, Mars & Sobel, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-3334 Ext 385 ● Fax: 305-446-8727
www.srhl-law.com ● dbrady@srhl-law.com
Follow us on: Facebook ● Twitter ● LinkedIn ● Youtube

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

**From:** Dania Brady
**Sent:** Tuesday, October 16, 2018 2:58 PM
**To:** Susan Catania Odess; Lauren Levy
**Cc:** Engie Tapia; Jocelyn Engracio; Lourdes Artigas; Michael Metta
**Subject:** RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV

Good afternoon,
We have obtained the availability for Coffman for December 5, 2018 and Erdozain for December 7, 2018. Please confirm your availability.
Thank you.

**Dania Brady**
Legal Assistant to:

Susan C. Odess and Daniel Jovanov
Siegfried, Rivera, Hyman, Lerner,
De La Torre, Mars & Sobel, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-3334 Ext 385 ● Fax: 305-446-8727
www.srhl-law.com ● dbrady@srhl-law.com
Follow us on: Facebook ● Twitter ● LinkedIn ● Youtube

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

**From:** Dania Brady
**Sent:** Tuesday, October 16, 2018 2:29 PM
**To:** Susan Catania Odess; Lauren Levy
**Cc:** Engie Tapia; Jocelyn Engracio; Lourdes Artigas; Michael Metta
**Subject:** RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV

Good afternoon,
Please note we are working on obtaining dates for our experts but we can offer you December 3, 2018 at 11am for Mark Mintz. Also, please advise if you have obtained dates for Paul Millard and Stephen Pesak.
Thank you.

**Dania Brady**
Legal Assistant to:
Susan C. Odess and Daniel Jovanov
Siegfried, Rivera, Hyman, Lerner,
De La Torre, Mars & Sobel, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-3334 Ext 385 ● Fax: 305-446-8727
www.srhl-law.com ● dbrady@srhl-law.com
Follow us on: Facebook ● Twitter ● LinkedIn ● Youtube

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

**From:** Susan Catania Odess
**Sent:** Friday, October 12, 2018 7:37 PM
**To:** Lauren Levy

**Cc:** Engie Tapia; Dania Brady; Jocelyn Engracio; Lourdes Artigas; Michael Metta
**Subject:** Re: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV

Lauren,

There are other dates in the month of October, November, and December. It is unreasonable that you have only provided me one option for each of those individuals. My office advised I am unavailable on the two dates.

Susie Odess, Esq.
Sent from my iPhone

On Oct 12, 2018, at 7:28 PM, Lauren Levy <lauren@levylawgroup.com> wrote:

> Susan, we already advised that Paul Millard is out of the country the entire month of December and that Bert Davis is scheduled for surgery. These were the dates provided prior to the discovery cut-off.
>
> The information contained in this e-mail message may be privileged and confidential information and is intended only for the use of the individual and/or entity identified in the alias address of this message. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby requested not to distribute or copy this communication. If you have received this communication in error, please notify us immediately by telephone or return e-mail and delete the original message from your system.
>
> CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.
>
>
> -----Original Message-----
> From: Susan Catania Odess [mailto:sodess@srhl-law.com]
> Sent: Friday, October 12, 2018 7:23 PM
> To: Lauren Levy <lauren@levylawgroup.com>
> Cc: Engie Tapia <etapia@srhl-law.com>; Dania Brady <dbrady@srhl-law.com>; Jocelyn Engracio <jocelyn@levylawgroup.com>; Lourdes Artigas <lourdes@levylawgroup.com>; Michael Metta <michael@levylawgroup.com>
> Subject: Re: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV
>
> I was provided two dates for both of those individuals (one date for each exponent) and I do not have either available. Please procure additional dates.
>
> Susie Odess, Esq.

4

Sent from my iPhone

On Oct 12, 2018, at 7:14 PM, Lauren Levy <lauren@levylawgroup.com<mailto:lauren@levylawgroup.com>> wrote:

My understanding is we have provided dates for Mr. Davis and Mr. Millard. These are the dates we have at this time.

The information contained in this e-mail message may be privileged and confidential information and is intended only for the use of the individual and/or entity identified in the alias address of this message. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby requested not to distribute or copy this communication. If you have received this communication in error, please notify us immediately by telephone or return e-mail and delete the original message from your system.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

From: Engie Tapia [mailto:etapia@srhl-law.com<mailto:etapia@srhl-law.com>]
Sent: Friday, October 12, 2018 4:05 PM
To: Dania Brady <dbrady@srhl-law.com<mailto:dbrady@srhl-law.com>>; 'Jocelyn Engracio' <jocelyn@levylawgroup.com<mailto:jocelyn@levylawgroup.com>>
Cc: Lourdes Artigas <lourdes@levylawgroup.com<mailto:lourdes@levylawgroup.com>>; Michael Metta <michael@levylawgroup.com<mailto:michael@levylawgroup.com>>; Susan Catania Odess <sodess@srhl-law.com<mailto:sodess@srhl-law.com>>; Lauren Levy <lauren@levylawgroup.com<mailto:lauren@levylawgroup.com>>
Subject: RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV

Good afternoon, please provide dates of availability for the deposition of Paul Millard and Stephen Pesak for the end of October/early December.

Thank you.

From: Dania Brady
Sent: Wednesday, October 10, 2018 9:43 AM
To: 'Jocelyn Engracio'
Cc: Lourdes Artigas; Michael Metta; Susan Catania Odess; Engie Tapia; Lauren Levy
Subject: RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV

Good morning,

Ms. Odess has limited availability in November. We just gave out November 29-30 in another case and if they are not accepted, we can offer these two dates but if not we will have to go into December.

Thank you.

Dania Brady
Legal Assistant to:
Susan C. Odess and Daniel Jovanov
Siegfried, Rivera, Hyman, Lerner,
De La Torre, Mars & Sobel, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-3334 Ext 385 ? Fax: 305-446-8727
www.srhl-law.com<http://www.srhl-law.com> ?
dbrady@srhl-law.com<mailto:dbrady@srhl-law.com>

Follow us on:
Facebook<https://www.facebook.com/pages/Siegfried-Rivera-Hyman-Lerner-De-La-Torre-Mars-Sobel-PA/168748843171348>
? Twitter<https://twitter.com/SiegfriedLaw> ?
LinkedIn<http://www.linkedin.com/company/siegfried-rivera-lerner-de-la-torre-&-sobel-p-a-?trk=ppro_cprof>
? Youtube<http://www.youtube.com/user/SiegfriedLaw>
<http://www.srhl-law.com/>
This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.


From: Jocelyn Engracio
[mailto:jocelyn@levylawgroup.com<mailto:jocelyn@levylawgroup.com>]
Sent: Tuesday, October 09, 2018 4:54 PM
To: Dania Brady
Cc: Lourdes Artigas; Michael Metta; Susan Catania Odess; Engie Tapia; Lauren Levy
Subject: RE: St. Louis Condominium Association v. Rockhill Insurance Company, Case No.: 18-cv-21365-CIV
Importance: High


Good afternoon Dania,
Please be advised that Mr. Millard is available for deposition on November 8, 2018 to take place in Tampa, Florida. Also, Mr. Davis is available for

6

deposition on November 7, 2018 in Miami, Florida. Please advise if you are
agreeable to splitting the cost for Mr. Davis' travel expenses so that his
deposition can to take place in Miami. Please note these dates will remain
open through noon on Friday, October 12, 2018.
Should you have any questions regarding the foregoing, please do not
hesitate to contact us.

JOCELYN ENGRACIO, FRP
Paralegal
Levy Law Group
3399 Ponce de Leon Blvd.
Suite 202
Coral Gables, Florida 33134
Tel. (305) 444-1500
Fax (305) 503-9295
Jocelyn@levylawgroup.com<mailto:Jocelyn@levylawgroup.com>

This email has been scanned for email related threats and delivered safely
by Mimecast.
For more information please visit http://www.mimecast.com