UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21365-CIV-WILLIAMS

ST. LOUIS CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on two Reports & Recommendations issued by Magistrate Judge Edwin G. Torres. (DE 184 & DE 185). In the Reports, Judge Torres recommends that the Court deny both Parties' motions for summary judgment. (DE 118; DE 121). The Court has conducted a *de novo* review of the motions for summary judgment, the record, and the applicable law, and agrees with the analysis and conclusions in the Reports. For the reasons articulated by Judge Torres, genuine issues of fact prevent entry of summary judgment for either party. Accordingly, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Torres's Reports & Recommendations (DE 184; DE 185) are **AFFIRMED AND ADOPTED.**

    2.    The Parties' motions for summary judgment (DE 118; DE 121) are **DENIED.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 17th day of April, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE