UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21365-CIV-WILLIAMS

ST. LOUIS CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff St. Louis Condominium Association, Inc.'s motion for to alter or amend final judgment. (DE 272). Defendant Rockhill Insurance Company filed a response (DE 274) and Plaintiff filed a reply (DE 275). In its motion, Plaintiff requests that the Court alter or amend the final judgment to 1) award pre-judgment interest, 2) reserve jurisdiction to award attorney's fees, 3) exclude the deductible from the verdict, and 4) strike the jury's determination of pre-existing damages. For the reasons set forth below, Plaintiff's motion is **GRANTED IN PART AND DENIED IN PART.**

The Court reserves jurisdiction to determine attorney's fees upon the filing of separate motions. Plaintiff's remaining arguments were set forth in its motion for judgment as a matter of law. Accordingly, Plaintiff's motions for the Court to amend or alter final judgment to award pre-judgment interest, exclude the deductible, and strike the jury's determination of pre-existing damages are **DENIED AS MOOT** in light of the Court's order on Plaintiff's motion for judgment as a matter of law (DE 270). The Court will enter an amended final judgment in accordance with its order on Plaintiff's motion (DE 270).

**DONE AND ORDERED** in chambers in Miami, Florida, this 22nd day of August, 2019.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE