UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-21365-CIV-WILLIAMS

ST. LOUIS CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## AMENDED FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial and the Court's order granting in part and denying in part Plaintiff's motion for judgment as a matter of law. (DE 291). On August 22, 2019, the Court granted Plaintiff's motion to award pre-judgment interest and directed the Parties to submit within five days of the order a proposed final judgment incorporating the pre-judgment interest at the statutory rate authorized under Florida law. (*Id.*). The Parties were also advised to include authority to support the appropriate date that the pre-judgment interest shall begin to accrue. On August 27, 2019, Plaintiff submitted a proposed final judgment stating that pursuant to Fla. Stat. § 627.70131(5)(a), pre-judgment interest shall begin to accrue from September 13, 2017. (DE 293). To date, Defendant has not submitted a proposed final judgment or motion requesting an extension of time to do so. Accordingly, it is **ORDERED AND ADJUDGED** that the final judgment (DE 269) is **AMENDED AND ENTERED** *nunc pro tunc* as follows:

Judgment is entered in favor of Plaintiff St. Louis Condominium Association, Inc. and against Defendant Rockhill Insurance Company in the amount of TWO MILLION, THREE HUNDRED SIXTY-EIGHT THOUSAND, THREE HUNDRED EIGHTY-THREE

DOLLARS AND SIXTY-SEVEN CENTS **($2,368,383.67)**, plus pre-judgment interest from September 13, 2017 through June 13, 2019 in the amount of TWO HUNDRED, FORTY-THREE THOUSAND, SEVEN HUNDRED FIFTEEN DOLLARS AND ELEVEN CENTS **($243,715.11)**, plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961. Plaintiff shall also recover a total cost judgment of TWENTY-FOUR THOUSAND, FIVE HUNDRED TWENTY-FIVE DOLLARS AND SEVENTY-SEVEN CENTS **($24,525.77)** subject to interest at the legally available rate as of June 13, 2019. (DE 290). The Court reserves jurisdiction to determine attorneys' fees upon the filing of a separate motion.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of September, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE