UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21365-CIV-WILLIAMS

ST. LOUIS CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Defendant Rockhill Insurance Company's motion to post a supersedeas bond and a stay of execution pending appeal (the "Report"). (DE 318). The parties did not file objections to the Report and the time to do so has passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 318) is **AFFIRMED AND ADOPTED**.
2. Defendant's motion (DE 306) is **GRANTED**.
3. Defendant shall post an initial bond of $2,900,287.00 within seven days of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 8th day of November, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE